

# Piper Rudnick

6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.piperrudnick.com

PHONE   (410) 580-3000
FAX      (410) 580-3001

WRITER'S INFORMATION

robert.gaumont@piperrudnick.com
PHONE  (410) 580-4240

November 8, 2002

HAND DELIVERY

Honorable Benson Everett Legg
United States District Judge
United States District Court for the District of Maryland
U.S. Court House, Chambers 3D
101 West Lombard Street
Baltimore, Maryland  21201

   Re: <u>Xerox Corp. v. Phoenix Color Corp., *et. al*</u>
     <u>Civil Action No. L 02 CV 1734</u>

Dear Judge Legg:

   Piper Rudnick LLP represents the defendants Phoenix Color Corp. and Technigraphix, Inc. in the above-referenced case. Per your October 31, 2002 Scheduling Order, we have conferred with counsel for plaintiff and discussed the issues for which you set a November 8, 2002 deadline.

   Counsel for both sides agree to limit the amount of deposition time for fact witnesses to 15 hours per side. Further, counsel agree to limit the amount of deposition time for any expert witnesses to an additional 15 hours per side.

   At this time, counsel cannot agree to a settlement/ADR conference or to proceed before a magistrate. Counsel may, however, agree to such a conference or magistrate designation when discovery concludes and counsel have prepared their status reports.

*Approved : Nov. 14, 2002*
*B. Legg*
*USDJ*

# Piper Rudnick

Honorable Benson Everett Legg
November 8, 2002
Page 2

We appreciate the Court's continued attention to this case.

Respectfully,

Robert A. Gaumont

RAG/rg

cc:   Sidney S. Friedman