IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XEROX CORPORATION | * |
| Plaintiff | * |
| v. | * CIVIL ACTION NO. L 02 CV 1734 |
| PHOENIX COLOR CORPORATION | * |
| and | * |
| TECHNIGRAPHIX, INCORPORATED | * |
| Defendants | |

\* \* \* \* \* \* \* \* \*

**PHOENIX COLOR CORP.'S MOTION FOR LEAVE TO DESIGNATE
HANDWRITING EXPERT AND EXTEND DISCOVERY DEADLINE**

Phoenix Color Corp. ("Phoenix Color"), by its attorneys, moves for leave to designate a handwriting expert, for additional time to take factual depositions, and to extend the discovery period by two months. Phoenix Color recently has discovered fraud that was not reasonably foreseeable when this Court issued its Scheduling Order four months ago. The grounds for Phoenix Color's motion are set forth more fully in the accompanying Memorandum in Support and the Status Report that Phoenix Color has filed concurrent with this Motion.

John R. Wellschlager (Fed. Bar No. 24752)
Robert A. Gaumont (Fed. Bar No. 26302)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

*Attorneys for Phoenix Color Corporation
and Technigraphix, Inc., Defendants*