**EXHIBIT A**

X14 NUSSBAUM

7pp w/co

TO:

GWENDOLYN GUY

FROM:

BRUCE NUSSBAUM

8-459-7676

Tyler Deposition
Exh. No. 7   Date 3/5/03
Ilana Johnston   Salomon Reporting

GWEN — PLEASE PROCESS THESE TWO DIGIPATHS FOR PHOENIX. IF YOU NEED ANYTHING PLEASE CALL JONATHAN FRANCES AT 8-459-7954 OR CALL ME AT MY HOME 301 948-5036. I AM MOVING TODAY SO IT MAY BE VERY DIFFICULT TO GET IN TOUCH.

THANKS
BRUCE

# Greater Washington CBU

1301 K STREET NW, SUITE 300 WEST WASHINGTON, DC 20005 202-962-7878

DATE: 10/8/99    NUMBER OF PAGES: 3

TO: Patrie Woliver

FAX NUMBER: 8-736-2620

FROM: Jonathan Frances

TELEPHONE #: 8* 459-7954

COMMENTS: Here are the charges. Thanks for everything.

# LEASE AGREEMENT

**THE DOCUMENT COMPANY**
**XEROX**

Customer's Legal Name (Bill to): *PHOENIX COLOR CORP.*
Name Overflow (if needed): *SUBSIDIARY OF PHOENIX COLOR CORP.*
Street Address: *22977 ENGLEWOOD CT*
Box#/Routing: _____
City, State: *STERLING, VA*
Zip Code: *20166*
Tax ID#: _____

Customer Name (Install): *PBB PHOENIX COLOR*
Name Overflow (if needed): _____
Installed at Street Address: *18249 PHOENIX DR*
Floor/Room/Routing: _____
City, State: *HAGERSTOWN, MD*
Zip Code: *21742*
County Installed In: _____
Customer Requested Install Date: *9/29/99*

Check all that apply
- [ ] Tax Exempt (Certificate Attached)
- [ ] Assoc./Coop. Name: _____
- [x] Negotiated Contract #: *070716806*
- [ ] Attached Customer P.O. #s: Supplies: _____ Lease: _____
- [ ] State or Local Government Customer
  Int. Rate: ___% Total Int. Payable: $ _____
- [ ] Replacement/Modification of Prior Xerox Agreement
  Agreement covering Xerox Equipment Serial# (or 95#): _____
  is hereby [ ] modified. [ ] replaced. Effective Date: _/_/_
  Comments: _____

**Lease Information**
Lease Term: *60* months
- [ ] Supplies included in Base/Print Charges
- [ ] Refin. of Prior Agm't.: [ ] Xerox (95#) _____ [ ] 3rd Party Eq.
  Amt Refin: $ _____ Int Rate: ___% Total Int. Payable: $ _____

## Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|
| (1) DIGIPATH  (1) TWIN PAC | $ FMV | $ | ☐ | ☐ | ☐ |
| (1) DIGIPC A | $ FMV | | ☐ | ☐ | ☐ |
| (1) ADDSCAN-A | $ FMV | | ☐ | ☐ | ☐ |
| (1) OPTICAL-A | $ FMV | | ☐ | ☐ | ☐ |
| (1) MRTBL | $ FMV | | ☐ | ☐ | ☐ |

$ *1951* : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

## Price Information
[ ] Adjustment Period

| | | Period A - Mos. Affected: - | | Period B - Mos. Affected: - | |
|---|---|---|---|---|---|
| Monthly Base Charge | $ *1951* | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints 1 - ∞ | $ 0 | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints 1 - | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |

Mo. Min.# of Prints (based on Meter 1 Print Charges): _____
Mo. Min.# of Prints (based on Meter 1 Print Charges): _____
Mo. Min.# of Prints (based on Meter 1 Print Charges): _____

[ ] Purchased Supplies  [ ] Cash  [ ] Financed  [ ] Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

[ ] Application Software

| Software Title | Initial License Fee [ ] Cash [ ] Finance | Annual Renewal Fee [ ] Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

[ ] Trade-In Allowance   Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: [ ] Trade-In Equipment Balance: $ _____
[ ] Price of Replacement Equip.: $ _____

[ ] K-16 Billing Suspension (check 1 as required)
Months affected
- [ ] June only
- [ ] July only
- [ ] August only
- [ ] June - July
- [ ] July - August

**Additional Options** (check all that apply)
- [ ] Run Length Plan
- [ ] Fixed Price Plan
- [ ] Per-Foot Pricing
- [ ] Extended Service Hours: Description: _____ /$ ____ mo.
- [ ] Comp. Replacement Program: $ _____
- [ ] Attached Addenda form# _____ (_) form# _____

**Agreement Presented By:**
Name: *BRUCE NUSSBAUM*  Phone: *202-962-7676*
Xerox Corporation - Acceptance By:
Name: _____   Date: _____
Signature: _____

**Customer:**
Name: *DON TYLER*  Phone: *703-934-111_*
Title: *VP PHOENIX COLOR*  Date: *9/27/99*
Signature: _____

Form 51860 (10/97)

# LEASE AGREEMENT

THE DOCUMENT COMPANY
XEROX

Customer's Legal Name (Bill to): ~~ECOM-GRAPHIK - A WHOLLY OWNED~~ PHOENIX COLOR CORP. 01
Name Overflow (if needed): ~~SUBSIDIARY OF PHOENIX COLOR CORP.~~
Street Address: 22922 EAGLEWOOD CT.
Box#/Routing:
City, State: STERLING, VA
Zip Code: 20166
Tax ID#:

Customer Name (Install): PHOENIX COLOR
Name Overflow (if needed):
Installed at Street Address: 18249 PHOENIX DR
Floor/Room/Routing:
City, State: HAGERSTOWN, MD
Zip Code: 21742
County Installed In:
Customer Requested Install Date: 9/29/99

Check all that apply
- [x] Tax Exempt (Certificate Attached)
- [ ] Assoc./Coop. Name: _____
- [x] Negotiated Contract #: 0707168 06
- [ ] Attached Customer P.O. #s:   Supplies: _____
      Lease: _____
- [ ] State or Local Government Customer
      Int. Rate: ___ %   Total Int. Payable: $ _____

- [ ] Replacement/Modification of Prior Xerox Agreement
      Agreement covering Xerox Equipment Serial# (or 95#):
      is hereby [ ] modified. [ ] replaced.  Effective Date: _/_/_
      Comments:

### Lease Information
Lease Term: 60 months
- [ ] Supplies included in Base/Print Charges
- [ ] Refin. of Prior Agm't.: [ ] Xerox (95#) _____ [ ] 3rd Party Eq.
      Amt Refin: $ _____  Int Rate: ___ %  Total Int. Payable: $ _____

### Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|
| (1) DIGIPATH  (1) TWIN SPAIR | FMV | $ | ☐ | ☐ | ☐ |
| (1) DIGIPCA | FMV | | ☐ | ☐ | ☐ |
| (1) ADDSCAN-A | FMV | | ☐ | ☐ | ☐ |
| (1) OPTICAL-A | FMV | | ☐ | ☐ | ☐ |
| (1) MRTBL | FMV | | ☐ | ☐ | ☐ |

$ 1951 — : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

### Price Information          [ ] Adjustment Period

Period A - Mos. Affected: -

| | | | | | |
|---|---|---|---|---|---|
| Monthly Base Charge | $ 1951 | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | ▓▓▓ | Print Charge Meter 1: | ▓▓▓ | Print Charge Meter 1: | ▓▓▓ |
| Prints 1 - ∞ | $ 0 | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Print Charge Meter 2: | ▓▓▓ | Print Charge Meter 2: | ▓▓▓ | Print Charge Meter 2: | ▓▓▓ |
| Prints 1 - | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |

Mo. Min.# of Prints (based on Meter 1 Print Charges): _____

- [ ] Purchased Supplies  [ ] Cash  [ ] Financed  [ ] Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

- [ ] Application Software

| Software Title | Initial License Fee | Annual Renewal Fee |
|---|---|---|
| | [ ] Cash  [ ] Finance | [ ] Support Only |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

- [ ] Trade-In Allowance  Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to:
- [ ] Trade-In Equipment Balance: $
- [ ] Price of Replacement Equip.: $

- [ ] K-16 Billing Suspension (check 1 as required)
      Months affected
- [ ] June only
- [ ] July only
- [ ] August only
- [ ] June - July
- [ ] July - August

Additional Options (check all that apply)
- [ ] Run Length Plan  [ ] Fixed Price Plan
- [ ] Per-Foot Pricing
- [ ] Extended Service Hours:
      Description: _____ /S _____ mo.
- [ ] Comp. Replacement Program: $ _____
- [ ] Attached Addenda
      form# _____ ( ) form# _____

**Agreement Presented By:**
Name: BRUCE NUSSBAUM   Phone: 202-962-7676

Xerox Corporation - Acceptance By:
Name: _____  Date: _____
Signature: _____

**Customer**
Name: DON TYLER   Phone: 703 854 1111
Title: VP PHOENIX COLOR   Date: 9/27/99
Signature: X _____

Form 51860 (10/97)

# LEASE AGREEMENT

**THE DOCUMENT COMPANY**
**XEROX**

Customer's Legal Name (Bill to) _TECHNIGRAPHIX A WHOLLY OWNED_   Check all that apply
Name Overflow (if needed) _SUBSIDIARY OF PHOENIX COLOR CORP_   ☒ Tax Exempt (Certificate Attached)
Street Address _22922 EAGLEWOOD CT._   ☐ Assoc./Coop. Name: _____
Box#/Routing _____   ☒ Negotiated Contract #: _0707168 06_
City, State _STERLING, VA_   ☐ Attached Customer P.O. #s:   Supplies:_____
Zip Code _20166-____   Lease: _____
Tax ID# _____   ☐ State or Local Government Customer
   Int. Rate:____ %   Total Int. Payable: $_____
Customer Name (Install) _PHOENIX COLOR_   ☐ Replacement/Modification of Prior Xerox Agreement
Name Overflow (if needed) _____   Agreement covering Xerox Equipment Serial# (or 95#):
Installed at Street Address _18249 PHOENIX DR_   is hereby ☐ modified. ☐ replaced. Effective Date: _/_/_
Floor/Room/Routing _____   Comments: _____
City, State _HAGERSTOWN, MD_   **Lease Information**
Zip Code _21742-____   Lease Term: _60_ months
County Installed In _____   ☐ Supplies included in Base/Print Charges
Customer Requested Install Date _9/29/99_   ☐ Refin. of Prior Agm't.: ☐ Xerox (95#)_____ ☐ 3rd Party Eq.
   Amt Refin: $_____   Int Rate: ____ %   Total Int. Payable: $_____

**Lease Payment Information**

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|
| (1) _DIGIPATH_   (1) _TwinSPAIR_ | $ _FMV_ | $ | ☐ | ☐ | ☐ |
| (1) _DIGIPCA_ | $ _FMV_ |  | ☐ | ☐ | ☐ |
| (1) _ADDSCAN-IT_ | $ _FMV_ |  | ☐ | ☐ | ☐ |
| (1) _OPTICAL-IT_ | $ _FMV_ |  | ☐ | ☐ | ☐ |
| (1) _MRJBL_ | $ _FMV_ |  | ☐ | ☐ | ☐ |

$ _1951_ : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

**Price Information**   ☐ Adjustment Period

| | Period A - Mos. Affected: - | | Period B - Mos. Affected: - |
|---|---|---|---|
| Monthly Base Charge   $ _1951_ | Monthly Base Charge | $ | Monthly Base Charge   $ |
| Print Charge Meter 1: | Print Charge Meter 1: | | Print Charge Meter 1: |
| Prints   1 - ∞   $ _0_ | Prints   1 -   $ | | Prints   1 -   $ |
| Prints   -   $ | Prints   -   $ | | Prints   -   $ |
| Prints   -   $ | Prints   -   $ | | Prints   -   $ |
| Print Charge Meter 2: | Print Charge Meter 2: | | Print Charge Meter 2: |
| Prints   1 -   $ | Prints   1 -   $ | | Prints   1 -   $ |
| Prints   -   $ | Prints   -   $ | | Prints   -   $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges): ____ | Mo. Min.# of Prints (based on Meter 1 Print Charges): ____ | | Mo. Min.# of Prints (based on Meter 1 Print Charges): ____ |

☐ Purchased Supplies  ☐ Cash  ☐ Financed  ☐ Contract#   ☐ Application Software

| Reorder # | Qty | Description | Price |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  | Total Price = | $ |

| Software Title | Initial License Fee ☐ Cash  ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
| Total Initial License Fees = | $ |  |

☐ Trade-In Allowance   Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance: $_____
☐ Price of Replacement Equip.: $_____

☐ K-16 Billing Suspension
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
   Description:_____ /$ ____ mo.
☐ Comp. Replacement Program: $_____
☐ Attached Addenda
   form#_____ (__) form#_____

**Agreement Presented By:**
Name _BRUCE NUSSBAUM_   Phon_e 202 462 7676_
Xerox Corporation - Acceptance By:
Name _____   Date _____
Signature _____

**Customer**
Name _DON TYLER_   Phone _203 834 1111_
Title _VP PHOENIX COLOR_   Date _9/27/99_
Signature X_____

Form 51860 (10/97)

# LEASE AGREEMENT

THE DOCUMENT COMPANY
XEROX

Customer's Legal Name (Bill to) TECHNIGRAPHIX A WHOLLY OWNED   Check all that apply
Name Overflow (if needed) SUBSIDIARY OF PHOENIX COLOR CORP
- ☐ Tax Exempt (Certificate Attached)
- ☐ Assoc./Coop. Name: _____
Street Address  22977 ENGLEWOOD CT
- ☒ Negotiated Contract #: 0707168 06
Box#/Routing _____
- ☐ Attached Customer P.O. #s:   Supplies: _____
City, State  STERLING, VA
  Lease: _____
Zip Code  20166-____
- ☐ State or Local Government Customer
Tax ID# _____
  Int. Rate: ____ %   Total Int. Payable: $ _____
Customer Name (Install)  PCC PHOENIX COLOR
- ☐ Replacement/Modification of Prior Xerox Agreement
Name Overflow (if needed) _____
  Agreement covering Xerox Equipment Serial# (or 95#): _____
Installed at Street Address  18249 PHOENIX DR
  is hereby ☐ modified.  ☐ replaced.  Effective Date: _/_/_
Floor/Room/Routing _____
  Comments: _____
City, State  HAGERSTOWN MD
Lease Information
Zip Code  21742
  Lease Term:  60  months
County Installed In _____
- ☐ Supplies included in Base/Print Charges
Customer Requested Install Date  9/29/99
- ☐ Refin. of Prior Agm't.: ☐ Xerox (95#) _____   ☐ 3rd Party Eq.
  Amt Refin: $ _____   Int Rate: ____ %  Total Int. Payable: $ _____

## Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|
| (1) DIGIPATH    (1) TWISPAIL | $ FMV | $ | ☐ | ☐ | ☐ |
| (1) DIGIPCA | $ FMV | | ☐ | ☐ | ☐ |
| (1) ADDSCAN -A | $ FMV | | ☐ | ☐ | ☐ |
| (1) OPTICAL -A | $ FMV | | ☐ | ☐ | ☐ |
| (1) MRTBL | $ FMV | | ☐ | ☐ | ☐ |

$ 1951 — : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

### Price Information      ☐ Adjustment Period

| | Period A - Mos. Affected: - | | Period B - Mos. Affected: - |
|---|---|---|---|
| Monthly Base Charge  $ 1951 — | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints  1 - ∞  $ 0 | Prints  1 -   $ | | Prints  1 -   $ |
| Prints  -  $ | Prints  -  $ | | Prints  -  $ |
| Prints  -  $ | Prints  -  $ | | Prints  -  $ |
| Print Charge Meter 2: | Print Charge Meter 2: | | Print Charge Meter 2: |
| Prints  1 -  $ | Prints  1 -  $ | | Prints  1 -  $ |
| Prints  -  $ | Prints  -  $ | | Prints  -  $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | | Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ |

☐ Purchased Supplies  ☐ Cash  ☐ Financed  ☐ Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ Application Software

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ Trade-In Allowance   Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance:  $ ____
                           ☐ Price of Replacement Equip.:  $ ____

☐ K-16 Billing Suspension _____
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

Additional Options (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
   Description: _____ /$ ____ mo.
☐ Comp. Replacement Program: $ ____
☐ Attached Addenda
   form# _____ (__) form# _____

**Agreement Presented By:**
Name  BRUCE NUSSBAUM   Phone 202 962 7676
Xerox Corporation - Acceptance By:
Name _____   Date _____
Signature _____

**Customer:**
Name  DON TYLER   Phone 703 934 111
Title  V.P. PHOENIX COLO   Date 9/27/99
Signature  [signed]

Form 51860 (10/97)

## ORDER AGREEMENT
### INTERNAL DOCUMENT

**THE DOCUMENT COMPANY XEROX**

★★ DOTTED AREAS ★★
To be completed by the Sales CBR.
All other areas to be completed by the Sales Rep.

**Customer Number:** 098663859
**95 Customer Number:**
**Sale Range Worksheet/Unit:** 3147651 2
**Product:** DIGIPATH
**Order Number:**

**Customer Name:** TECHNIGRAPHIX / PHOENIX
**Ordertaker Loc:**
**Install Rep Loc:**
**Order Emp #:** 955496
**Install Emp #:** AGBIWL
**Warr Mos:**
**Equip BCD:**
**Maint. BCD:**

**Sale Price List #:**
**Maint. Price List # / Plan Description:**
**Rental Price List #:**
**Applicable Marketing Guide Article(s) #:**
**Data Unit:** CPAS

**Config. Override:**
**Override Data Unit:**
**Commission Waiver Code:**
**Network ID:**
**Pooling ID:**
**Pooling ID / Type ( not CPC related ):**

**Tax Exempt:** ☐ Yes ☐ No
**Tax Codes State:** | County: | City:
**Tax Overrides:** ☐ PT&D ☐ P&A ☐ Rent ☐ Sale ☐ Other
**Geo Code State:** | County: | City:

**Standard Industrial Code (SIC):**
**Install Establishment #:**
**Nature of Business:** PRINTING
**Years in Business:**
**XNAC:**

**METER READS** (in place equipment)
1.
2.
3.
4.
5.

**NUMBER OF EMPLOYEES** at the Customer's Location
1. ☐ 1-9     5. ☒ 100-499
2. ☐ 10-19   6. ☐ 500-999
3. ☐ 20-49   7. ☐ 1000-1499
4. ☐ 50-99   8. ☐ 1500-2499
             9. ☐ 2500+

**State and Local Contract:** X
**Fed. Gov't Contract #:**
☐ Government Firm Contract Option
☐ Government Fiscal Year Option
**Government Fiscal Year Begins:**

**CUSTOMER INVOICING REQUIREMENTS** (check all that apply)
☐ Outbound   ☐ Inbound   ☐ RIC
☐ Meter Collection   ☐ Fax   ☐ Meter Cards
☐ Single Invoicing   ☐ Electronic Invoicing
☐ Summary Invoicing   ☐ Electronic Funds Transfer    Summary Override
☐ Finance Summary
☐ EBS    IMI Code
Statement Invoicing   Link #

**Supplies Automatic Replenishment Print Volume Adj.**
*Required for Supplies Included Machines
☐ Estimated Print Volume (EMCV)
☐ Monthly Print Volumes (fill in all months)
Jan ___ Feb ___ Mar ___ Apr ___
May ___ Jun ___ Jul ___ Aug ___
Sep ___ Oct ___ Nov ___ Dec ___

**Supplies Automatic Replenishment Ship-To Address**
*Required for Supplies Included Machines
☐ Same as Install Address   ☐ Ship-To Address Below
Attn Name ___
Contact Name ___
Phone ___
Special Delivery Instructions: ___

**Delivery / Installation Requirements**
**Delivery Contact:** DON TYLER   **Phone:** 1 800 632 4111   **Ext.** 5099
**Alternate Delivery:** ___   **Phone:** ___   **Ext.** ___
**Survey Contact:** DON TYLER   **Phone:** 703 834 1111   **Ext.** ___

**Delivery Location/Department:** ___   **Floor #:** ___   **Room #:** ___   **Flooring:** ☐ Carpet ☐ Tile ☐ Marble ☐ Other
**Delivery Entrance:** ☒ Front ☐ Back ☐ Side   **Delivery Hours:** 7AM To 5PM   **Doorway Width:** ___   **RIC/FAX#:** ___

☒ Loading Dock   Elevator: ☐ Passenger ☐ Freight ☐ Upend Required? ☐ Rails Needed? ☐ Staircrawler ☐ Tech. Rep.
☐ Steps #   Landings #   ☐ Space Ready? ☐ Site Cleared? ☐ Supplies Ordered ☐ Stand / Table Required?
☐ In place equipment / furniture needs to be moved prior to delivery?   ☐ Telephone Line Ready?
☒ Electricity / Receptacle Ready   Power Cord Type ___ Volts ___ Amps ___
☐ 20 Amp Receptacle To Customer   Customer 20 Amp Receptacle installed? ☐ Yes ☐ No
☐ Customer acknowledges request to be billed for Xerox Service Installation charges on customer installable equipment? ☐ Software
☐ DTR Site Verification required? ☐ Obstruction / obstacles in the delivery path? If checked, explain in space to the right.
☐ Installation Preparation Document reviewed?   ☐ Customer Satisfaction Checklist Completed?

**- NOTES -**
PLEASE PROCESS & SHIP A.S.A.P

☐ Pick up trade unit at same time as delivery?   Date: ___   ERC Code: ___   ☐ Repack Kit?
**Make:** ___   **Model:** ___   **Serial Number:** ___   **Competitive Equipment Replacement Tag#:** ___

★★ EXCEPTION APPROVALS SHOULD BE OBTAINED BY SALES REP PRIOR TO SUBMITTING ORDER TO CBR ★★

**Check all that apply:**
☐ Competitive Trade-In Range Extension Promotion
☐ XTI / CTI / CRP Headquarters Exception Approval
☐ Waiver of Rental ETCs
☐ Other ___
☐ Other ___
☐ Other ___

Signatures below indicate approval for the items checked on the left

CBU Manager, Sales Operations ___   Date ___

CBU Controller ___   Date ___

## ORDER AGREEMENT
### INTERNAL DOCUMENT

THE DOCUMENT COMPANY
**XEROX**

★ ★ DOTTED AREAS ★ ★
To be completed by the Sales CBR.
All other areas to be completed by the Sales Rep.

- Customer Number: 098663855
- 95 Customer Number: 
- Sale Range Worksheet/Unit: 836865T 2
- Product: DIGIPATH
- Order Number: 
- Customer Name: TECHNIGRAPHIX / PHOENIX
- Ordertaker Loc: 
- Install Rep Loc: 
- Order Emp #: 959496
- Install Emp #: AGBIUR
- Warr Mos: 
- Equip BCD: 
- Maint. BCD: 
- Sale Price List #: 
- Maint. Price List # / Plan Description: 
- Rental Price List #: 
- Applicable Marketing Guide Article(s) #: 
- Data Unit: CPAS
- Config. Override: 
- Override Data Unit: 
- Commission Waiver Code: 
- Network ID: 
- Pooling ID: 
- Pooling ID / Type (not CPC related): 

Tax Exempt: ☐ Yes ☐ No
Tax Codes State: | County: | City:
Tax Overrides: ☐ PT&D ☐ P&A ☐ Rent ☐ Sale ☐ Other
Geo Code State: | County: | City:

Standard Industrial Code (SIC): 
Install Establishment #: 
Nature of Business: PRINTING
Years in Business: 
XNAC: 

**METER READS** (in place equipment)
1.
2.
3.
4.
5.

**NUMBER OF EMPLOYEES** at the Customer's Location
1. ☐ 1-9    5. ☒ 100-499
2. ☐ 10-19  6. ☐ 500-999
3. ☐ 20-49  7. ☐ 1000-1499
4. ☐ 50-99  8. ☐ 1500-2499
             9. ☐ 2500+

State and Local Contract  X
Fed. Gov't Contract #
☐ Government Firm Contract Option
☐ Government Fiscal Year Option
Government Fiscal Year Begins:

**CUSTOMER INVOICING REQUIREMENTS** (check all that ap)
☐ Outbound  ☐ Inbound  ☐ RIC
☐ Meter Collection  ☐ Fax  ☐ Meter Cards
☐ Single Invoicing  ☐ Electronic Invoicing
☐ Summary Invoicing  ☐ Electronic Funds Transfer — Summary Override
☐ Finance Summary
☐ EBS  IMI Code
Statement Invoicing  Link #

Supplies Automatic Replenishment Print Volume Adj.
*Required for Supplies Included Machines
☐ Estimated Print Volume (EMCV)
☐ Monthly Print Volumes (fill in all months)
Jan  Feb  Mar  Apr
May  Jun  Jul  Aug
Sep  Oct  Nov  Dec

Supplies Automatic Replenishment Ship-To Address
*Required for Supplies Included Machines
☐ Same as Install Address  ☐ Ship-To Address Below
Attn Name
Contact Name
Phone
Special Delivery Instructions:

**Delivery / Installation Requirements**
- Delivery Contact: DON TYLER  Phone: 1 800 632 4111  Ext. 5055
- Alternate Delivery:  Phone:  Ext.
- Survey Contact: DON TYLER  Phone: 703 834 1111  Ext.
- Delivery Location/Department:  Floor #:  Room #:  Flooring: ☐ Carpet ☐ Tile ☐ Marble ☐ Other
- Delivery Entrance: ☐ Front ☐ Back ☐ Side  Delivery Hours 7AM to 5PM  Doorway Width  RIC/FAX#

☒ Loading Dock  Elevator: ☐ Passenger ☐ Freight  ☐ Upend Required? ☐ Rails Needed? ☐ Staircrawler ☐ Tech. Rep.
☐ Steps #  Landings #  ☐ Space Ready? ☐ Site Cleared? ☐ Supplies Ordered ☐ Stand / Table Required?
☐ In place equipment / furniture needs to be moved prior to delivery?  ☐ Telephone Line Ready?
☒ Electricity / Receptacle Ready  Power Cord Type  Volts  Amps
☐ 20 Amp Receptacle To Customer  Customer 20 Amp Receptacle installed? ☐ Yes ☐ No
☐ Customer acknowledges request to be billed for Xerox Service Installation charges on customer Installable equipment? ☐ Software
☐ DTR Site Verification required?  ☐ Obstruction / obstacles in the delivery path? If checked, explain in space to the right.
☐ Installation Preparation Document reviewed?  ☐ Customer Satisfaction Checklist Completed?

- NOTES -
PLEASE PROCESS
AND SHIP ASAP

☐ Pick up trade unit at same time as delivery?  Date:  ERC Code:  ☐ Repack Kit?
Make:  Model:  Serial Number:  Competitive Equipment Replacement Tag#

★ ★ EXCEPTION APPROVALS SHOULD BE OBTAINED BY SALES REP PRIOR TO SUBMITTING ORDER TO CBR ★ ★

Check all that apply:
☐ Competitive Trade-In Range Extension Promotion
☐ XTI / CTI / CRP Headquarters Exception Approval
☐ Waiver of Rental ETCs
☐ Other
☐ Other
☐ Other

Signatures below indicate approval for the items checked on the left

CBU Manager, Sales Operations  Date

CBU Controller  Date