**EXHIBIT C**

*[signature]*

TYLER
Deposition
Exh. No. 8    Date 3/5/03
Ilana Johnston    Salomon Reporting