**EXHIBIT D**

Rochester, NY 14644

(716) 423-1476

3. If you intend to rely upon any documents or other tangible things to support a position that you have taken or intend to take in the action, provide a brief description, by category and location, of all such documents and other tangible things, and identify all persons having possession, custody, or control of them.

Answer:

Rosalia Gianola, custodian of records

Contracts, Service Records, invoices, account statements

4.

Identify all contracts between you and Technigraphix, specifying the date upon which the contract was entered into, the location where the contract was executed, the identity of the persons who negotiated and signed the contract and, the amount, if any, that you contend is due from Technigraphix based on each contract.

Answer:

See lease contracts produced in response to document request from which information may be derived.

5. Identify all contracts between you and Phoenix Color, specifying the date upon which the contract was entered into, the location where the contract was executed, the identity of the persons who negotiated and signed the contract and, the amount, if any, that you contend is due from Phoenix Color based on each contract.

Answer:

See lease contracts produced in response to document request from which information may be derived.

6.  Identify the "account due and owing" that you allege against Phoenix Color in Count I of

the Amended Complaint and itemize how you calculate damages in the amount of

*$2,749,505,74.*

Answer:

| CUSTOMER # | DESRIPTION OF CHARGE | XEEP # | PRODUCT/SN | Itemization | BALANCE $ |
|---|---|---|---|---|---|
| 304744204 | Pooling (T/L) ( searching records for Pooling Agreement) See individual T/L contract for base charges. | 959503574 959393596 959393612 959393661 959392705 | 8VE051005 R9H201148 R9H201151 V6T060226 8VE050996 | | $118,826.66 |
| 666691662 | Rental | | BASE PC PLATFORM/ D0K800161 | $2,747.20 | $10,373.18 |
| | Rental (searching records for contract) | | DOCUCOLOR 40 COLOR COPIER D0C574655 | $189.73 | |
| | Supply | | | $1,769.05 | |
| | T&M | | | $1390.20 | |
| | FSMA | | DC100 PRINT ENGINE | $4,277.00 | |
| 098665581 | Term Lease | 951201318 | DIGIPCA/ GU9319412 | $33,771.14 | $364,271.42 |
| | Term Lease | 959393885 | DIGIPCA/ GU9319501 | $11,185.30 | |
| | Term Lease | 959393596 | CNTRLUL2C/ R9H201148 | $39,573.07 | |
| | Term Lease | 959393612 | CNTRLUL2C/ R9H201151 | $39,573.07 | |

| | Type | Contract ID | Product/Serial | Charge | Total |
|---|---|---|---|---|---|
| | Term Lease | 959393661 | DIGISYS/ V6T060226 | $22,442.44 | |
| | Term Lease | 959392705 | 6180PMF/ 8VE050996 | $189,964.16 | |
| | Rental | | BASE PC PLATFORM/ D0K800162 | $1962.29 | |
| | Rental | | XDODBASE/ E3N061638 | $12,223.65 | |
| | Rental | | XDMS DATABASE/ H3T010421 | $2,565.40 | |
| | Rental (searching records for contract) | | PC PLATFORM/ OGV100438 | $14,440.55 | |
| | FSMA (searching records for contract) | | 5028/ 68H473964 | $72.07 | |
| | Credit | | | $3,501.72- | |
| 666027669 | Pooling (T/L) ( searching records for Pooling Agreement) See individual T/L contract for base charges. | 955949466 955946066 955948518 955946546 955947056 955947460 950697664 950698639 | K8V100225 R9H200002 R9H200005 V6T050063 0GV101221 0GV101249 8VE050480 8VE050527 | | $223,390.41 |
| 950664664 | x | | Docusheeter/ (non-xerox) | | $93,822.20 |
| 955258835 | x | | Docusheeter/ (non-xerox) | | $101,889.27 |
| 950709188 | X | | Docusheeter/ (non-xerox) | | $32,552.99 |
| 941137127 | X | 950869639 | 6180/ 8VE050527 | | $249,310.33 |
| 941201337 | | | T&M Service 6180/ 8VE050996 | | $6,483.00 |
| 957303787 | X | | DIGIPATH/ V6T063290 DIGIPCA/ | | $74,765.97 |

GU9467908

| 098663859 | X | 954079182 | DIGIPATH/ GU9330662 | 26,130.59 | 606,383.30 |
|---|---|---|---|---|---|
| | | 954079174 | CNTRLUL2C/ R9H300263 | 40,624.81 | |
| | | 954079622 | DIGISYS/ V6T060435 | 26,606.84 | |
| | | 954054409 | 6100PMF/ U1C021796 | 179,007.27 | |
| | | 955946066 | CNTRLUL2C/ R9H200002 | 34,674.17 | |
| | | 955948518 | CNTRLUL2C/ R9H200005 | 30,780.07 | |
| | | 955946546 | DIGISYS/ V6T050063 | 20,747.88 | |
| | | 955947056 | DIGI PC/ OGV101221 | 38,283.46 | |
| | | 955947460 | DIGI PC/ OGV101249 | 7,185.76 | |
| | | 955949045 (Technigra phics) | 6180PMF/ 8VE050843 | 226,181.81 | |
| | | | Misc Credit | 331.86- 23,507.50- | |
| 666742630 | Pooling (T/L) ( searching records for Pooling Agreement) See individual T/L contract for base charges. | 953243524 953349990 953243235 953243441 956675722 954195889 953243706 | GU9330711 R9H300013 R9H300012 R9H300255 V6T062557 8VE051136 8VE051238 | | $94,583.35 |
| 666555271 | Term Lease | 954195889 | 6180PMF/ 8VE051136 | $293,901.85 | $493,534.57 |
| | Term Lease | 953243524 | DIGIPCA/ GU9330711 | $28,041.76 | |
| | Term Lease | 953243441 (searching for | CNTRLUL2C/ R9H300255 | $142,718.09 | |

| | | | contract) | | |
|---|---|---|---|---|---|
| | Term Lease | 956675722 | DIGISYS/ V6T062557 | $29,955.00 | |
| | | | Misc. credit | $1,082.13 | |
| 955288964 | Term Lease | | 3RD PARTY EQUIPMENT Docusheeter | | $107,177.32 |
| 950665760 | Term Lease | | 3RD PARTY EQUIPMENT | | $79,506.10 |
| 950663815 | Term Lease | | 3RD PARTY EQUIPMENT | | $92,635.67 |
| TOTAL | | | | | $2,749,505.74 |

Contract, Statements and Invoices Provided.

7. Identify the "account due and owing" that you allege against Phoenix Color in Count II of the Amended Complaint and itemize how you calculate damages in the amount of *$526,470.17.*

   Answer:

| CUSTOMER# | DESRIPTION OF CHARGE | XEEP # | PRODUCT/SN | Itemization | BALANCE $ |
|---|---|---|---|---|---|
| 957303878 | Term Lease | | Digipath/ V6T063304 DigiPCA/ GU9467952 | | $77,344.96 |
| 941154254 | T&M Service | | | | $374.00 |
| 958594335 | Term Lease | | XDJC/ G7F100331 | | $24,416.24 |
| 941203952 | T&M Service | | 6180/ 8VE051238 | | $4,237.72 |
| 098905946 | Term Lease | 953243235 | CNTRLUL2C/ R9H300012 | $227,126.40 | $420,097.25 |
| | Term Lease (Search records for contract) | 953243706 | 6180/ 8VE051238 | $192,970.85 | |
| TOTAL | | | | | $526,470.17 |

Contract, Statements and Invoices Provided.

8. Identify the "account due and owing" that you allege against Technigraphix in Count III of the Amended Complaint and itemize how you calculate damages in the amount of $526,470.17.

Answer:

See answer #7

9. If you contend that Phoenix Color is liable for any debts incurred by Technigraphix or contracts entered into by Technigraphix for any reason, including under a theory of "Successor Liability," state all facts supporting this contention, including the identity of all persons and documents upon which you will rely on in proving this allegation.

Answer:

Phoenix Color is liable in its own right as a lessee of the contract or in the alternative they are liable as successor or alter ego since they bought the stock of Technigraphix.

See contract copies previously provided and the stock purchase agreement between Phoenix Color and Technagraphix.

10. Describe in detail the circumstances regarding how Technigraphix and Xerox entered into any equipment or service contracts, including in your answer the identity of all persons involved with the contract negotiations, the dates upon which negotiations commenced, a detailed description of the negotiations between the parties of the terms of the contracts, and all representations that the parties made concerning their performance under the contracts.

Technigraphics was an existing customer of Xerox. Bruce Nussbaum would discuss with Jack Tiner, new price plan options, new products., discuss customer needs, make a proposal, if customer was interested then order was signed.

Negotiations commenced after 02-99. See contracts for terms. Phoenix Color informed Xerox it was interested in diversifying their business to include producing other types of printed product. At the time, they were primarily producing high quality color book jackets. They mentioned things like On-Demand Book Printing and other types of printing business they