**EXHIBIT 2**

## Woliver, Pattie L

**From:** Burkey, Jim T
**Sent:** Friday, October 08, 1999 11:35 AM
**To:** Holmes, Denise K
**Cc:** Baxter, Temenia E; Woliver, Pattie L; Hamilton, Caron; Richardson, Charlotte M
**Subject:** Phoenix Color Corp and subsidiary Technographics Inc

10-8-99

Confirming our telephone conversation. The pending orders can only be approved if we have them re-written in the name of Phoenix Color Corp OR we have a signed Corporate Guaranty, where Phoenix Color Corp guaranties the debts of Technographics Inc.

You may use standard rates and ucc's to be filed by the CBC/XFC.

Original signed by James T Burkey

*10/8/99*
*Bruce faxing initialed changes so Mike P. can approve.*
*PLWoliver*

1