**EXHIBIT 5**

12-10-99;10:57AM;BWLC Conference

## LEASE AGREEMENT

**THE DOCUMENT COMPANY**
**XEROX**

Customer Legal Name (Bill to): **PHOENIX COLOR CORP**
Name Overflow (if needed):
Street Address: **18249 PHOENIX DR**
Box#/Routing:
City, State: **HAGERSTOWN MD**
Zip Code: **21742**
Tax ID#:
Customer Name (Install): **TECHNIGRAPHIX**
Name Overflow (if needed):
Installed at Street Address: **18249 PHOENIX DR**
Floor/Room/Routing:
City, State: **HAGERSTOWN MD**
Zip Code: **21742**
County Installed in: **WASHINGTON COUNTY**
Customer Requested Install Date: **01/01/00**

Check all that apply:
☒ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name: _____
☒ Negotiated Contract #: _____
☐ Attached Customer P.O. #:  Supplies: _____
   Lease: _____
☐ State or Local Government Customer
   Int. Rate: ___%   Total Int. Payable: $ _____
☒ Replacement/Modification of Prior Xerox Agreement
Agreement covering Xerox Equipment Serial# (or 95#): **954195889**
is hereby ☒ modified ☐ replaced. Effective Date: **02/01/00**
Comments:

Lease Information
Lease Term: **59** months
☒ Supplies included in Base/Print Charges
☐ Refin. of Prior Agrmt.: ☐ Xerox (95#): _____  ☐ 3rd Party Eq.
Amt Refin: $ _____   Int Rate: ___   %Total Int Payable: $ _____

### Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interest |
|---|---|---|---|---|
| EUROPAIF (8VE061126) | FMV | | ☐ | ☐ |
| DT BYPASS, GI80 INT, IGATE | | | ☐ | ☐ |
| AGATE, PH16, DSP-KIT3, DT STACK | | | ☐ | ☐ |
| | | | ☐ | ☐ |

Min. Lease Payment Freq. (excluding excess meter charges)
☐ Monthly   ☐ Other
☐ Quarterly
☐ Semi-Annual
☐ Annual

Min. Lease Payment Mode
☐ Advance   ☐ Arrears

**$ 20,543.43** : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

### Price Information
☐ Adjustment Period

| | | Period A - Mos. Affected: | | Period B - Mos. Affected: | |
|---|---|---|---|---|---|
| Monthly Base Charge | $20,543.43 | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints 1 - 4,500,000 | NC | Prints 1 - | $ | Prints 1 - | $ |
| Prints 4,500,000 - | $.0026 | Prints - | $ | Prints - | $ |
| Prints - | | Prints - | $ | Prints - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints 1 - | | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | | Prints - | $ | Prints - | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges) 4,500,000 | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | |

☐ Purchased Supplies   ☐ Cash ☐ Fin'd         ☐ Application Software

| Reorder # | Qty | Description | Price | Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|---|---|---|---|
| | | | $ | | $ | $ |
| | | | $ | | $ | $ |
| | | | $ | | $ | $ |
| | | Total Price = | $ | Total Initial License Fees = | $ | |

☐ Trade-In Allowance   Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equip. Balance: $ _____
☐ Price of Replacement Equip.: $ _____

☐ K-16 Billing Suspension
(check 1 as required)
Months affected:
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

Additional Options (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
   Description: _____ / $ _____ mo.
☐ Comp. Replacement Program: $ _____
☐ Attached Addenda
   form# _____ ( __ ) form# _____

Agreement Presented By:
Name: **BRUCE NUSSBAUM**   Phone: **202 962 7626**

Xerox Corporation - Acceptance By:
Name: _____   Date: _____
Signature: _____

Customer:
Name: **DON TYLER**   Phone: **800 632 9111**
Title: **VP PHOENIX COLOR**   Date: **12/10/99**
Signature: _____

Xerox Form# 51860 (10/1999)

TGI-002505