**EXHIBIT 6**

# ORIGINAL

1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MARYLAND

3

4

5     XEROX CORPORATION,           :

6          Plaintiff              :

7     Vs.                     :     CIVIL ACTION NO.

8     PHOENIX COLOR CORPORATION:    L-02-CV-1734

9     and TECHNIGRAPHIX, INC., :

10         Defendants            :

11              - - - - - - - - - - - - - - - - - - - -

12         Deposition of **DONALD C. TYLER**, taken on

13     Wednesday, March 5, 2003, at 1:28 p.m., at the

14     offices of Weinstock, Friedman & Friedman, P.A.,

15     Executive Centre, 4 Reservoir Circle, Suite 200,

16     Baltimore, Maryland, before Ilana E. Johnston,

17     R.P.R. and Notary Public.

18              - - - - - - - - - - - - - - - - - - - -

19

20     Reported by:

21     Ilana E. Johnston, R.P.R.

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888  Fax (410) 821-4889

78

Q.  When?

A.  I don't recall.

Q.  Do you remember what the purpose of the meeting was?

MR. GAUMONT:  Objection to form.

A.  Yes, to review and lower the current lease prices for the 6180s that were currently owned by TechniGraphix.

Q.  Why did you want to do that?

A.  To reduce the monthly lease expense.

Q.  What was your monthly lease expense with your Xerox equipment?

A.  I don't recall right now, sir.

Q.  What did you want to reduce it down to?

A.  I don't recall.

Q.  Was your monthly lease expense with Xerox more than $50,000 a month?

A.  I don't recall.

Q.  You have no idea sitting here today how much you were spending in monthly lease payments with Xerox; is that correct?

84

1    Exhibit No. 2, copy of business card, marked.)

2         Q.   When did you utilize this card,

3    Mr. Tyler?

4              MR. GAUMONT:   Objection.   Foundation,

5    form.

6         Q.   Do you remember?

7         A.   After I was given the cards or once I

8    received my promotion.

9         Q.   Which was when?

10        A.   In 1997 when I was promoted to

11   vice-president, quality service management.

12        Q.   If at any time you need to take a break,

13   just let me know.

14        A.   Thank you.

15        Q.   Do you have any cards, business cards,

16   with you today which indicate that you were the

17   chief operating officer of TechniGraphix?

18        A.   No, sir, I don't.

19        Q.   Did you ever have any cards printed up

20   indicating you were chief operating officer of

21   TechniGraphix?

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888  Fax (410) 821-4889

85

1          MR. GAUMONT:  Objection to form.

2      A.  I don't recall.

3      Q.  Do you recall ever handing out cards

4  indicating you were chief operating officer of

5  TechniGraphix?

6      A.  I don't recall.

7      Q.  Sitting here today it's your testimony

8  that during the year you were the chief operating

9  officer of TechniGraphix you have no recollection

10  of ever handing out a business card which

11  indicates you were chief operating officer of

12  TechniGraphix?

13          MR. GAUMONT:  Objection.  Compound,

14  form.

15      Q.  Is that your testimony?

16      A.  That's correct, sir.

17          MR. FRIEDMAN:  Here's a stack of

18  documents we're going to go through.  I would

19  like to start with -- let's do this, if you don't

20  mind.  Let's mark this as an exhibit next on

21  behalf of Mr. Tyler.

88

1        A.   Repeat the question, please.

2        Q.   Would you have signed this lease if your

3   name was not printed out or written out above

4   where you signed?

5        MR. GAUMONT:   Objection to form.   Asked

6   and answered.

7        A.   No, sir.

8        Q.   No.   Would you have signed this lease

9   agreement if the customer's name was not filled

10   out?

11        MR. GAUMONT:   Objection to form.

12        A.   Yes, sir.

13        Q.   Why?

14        A.   Because in my dealings with Xerox over

15   the period of time on numerous lease agreements

16   my concentration was that I was purchasing the

17   meat of the contract, which is the components of

18   the 6180 and the current lease breakdown and my

19   name and Bruce's name.

20        Q.   So it didn't matter to you whose name

21   was in the space marked customer's legal name?

1       Q.   Is that your testimony?

2       A.   I concentrated on the meat of the

3   contract, sir.

4       Q.   So that means you didn't care whether

5   the customer's name was filled out, correct?

6           MR. GAUMONT:   Objection.   Form,

7   characterization.

8       A.   No, sir.

9       Q.   You did care.

10          MR. GAUMONT:   Objection.   How many

11  questions you got out there?

12      Q.   You did care.

13      A.   Sir, your question was did I look to see

14  if the name was filled out.   And I stated to you

15  that I concentrated solely on the components of

16  the contract, the lease agreement and the price.

17      Q.   Was it important to you whether the name

18  of the customer was filled out when you signed

19  the lease?

20          MR. GAUMONT:   Objection to form.

21      A.   I did not look at the top of the

91

1    contract on every contract, sir.

2        Q.  Was it important to you whether the name

3    of the customer was filled out?  That's my

4    question.

5            MR. GAUMONT:  Objection to form.

6        A.  I can't answer that.

7        Q.  I take it then it was not important to

8    you.

9            MR. GAUMONT:  Objection.

10   Characterization, form.

11       A.  Yes, sir, it was important to me.

12       Q.  It was important to you, but you didn't

13   look to see whether it was filled out; is that

14   your testimony?

15           MR. GAUMONT:  Objection to form.

16       A.  Yes, sir.

17       Q.  Okay.  But sitting here today, you don't

18   have any recollection as to whether it was filled

19   out completely or not; is that correct?

20       A.  No, sir, I don't recall.

21       Q.  I will tell you now that the rest of the

Q.   We're now looking at Exhibit 4, Bates No. 2504.   I believe this is going to be a series of lease agreements all dated December the 10th, 1999, but we'll see in a second because we're going to go through each one.

A.   Okay.

Q.   The first one is Bates No. 2504.   Is that your signature at the bottom of that lease agreement?

A.   Yes, sir, it is.

Q.   Do you have any recollection sitting here today whether this was completely filled out before you signed it?

MR. GAUMONT:   Objection to form.

A.   I can't recall.

Q.   Okay.   Do you have recollection sitting here today whether the words Don Tyler were printed above your signature under the customer's name?

A.   I can't recall.

Q.   Is there any reason why when you signed

98

1      that you didn't put in your title --

2              MR. GAUMONT:  Objection.  Form,

3      foundation.

4          Q.  -- to your recollection?

5              MR. GAUMONT:  Objection to form and

6      foundation.

7          A.  I can't recall.

8          Q.  Is there any recollection sitting here

9      today whether the customer's name was filled out

10     prior to your signing?

11         A.  I can't recall.

12         Q.  Okay.  Bates No. 2505, lease agreement

13     dated December the 10th, 1999.  Is that your

14     signature at the bottom of that lease agreement?

15         A.  Yes, sir, it is.

16         Q.  Do you have any recollection sitting

17     here today whether that lease agreement was

18     completely filled out when you signed it?

19             MR. GAUMONT:  Objection to form.

20         A.  I can't recall.

21         Q.  Do you have any recollection sitting

99

1   here today whether the words under the customer

2   name were written in, those words being Don

3   Tyler, vice-president, Phoenix Color Corporation?

4          MR. GAUMONT:  Objection to form.

5      A.  I can't recall.

6      Q.  Do you have any recollection today as to

7   whether the customer's name was written in before

8   you signed it?

9      A.  I can't recall.

10     Q.  I apologize that this is so repetitive,

11  but there's just no other way to do it.

12          Bates No. 2506, lease dated December

13  the 10th, 1999.  Is that your signature at the

14  bottom of that lease agreement?

15     A.  Yes, sir, it is.

16     Q.  Do you have any recollection sitting

17  here today whether that lease was fully filled

18  out before you signed it?

19     A.  I can't recall.

20     Q.  Do you have any recollection sitting

21  here today whether under the customer's name the

100

1    words Don Tyler, vice-president, Phoenix Color

2    was written in before you signed it?

3            MR. GAUMONT:  Objection to form.

4        A.  I can't recall.

5        Q.  Do you have any recollection sitting

6    here today whether the customer's name was filled

7    out before you signed it?

8            MR. GAUMONT:  Objection to form.

9        A.  I can't recall.

10       Q.  Bates No. 2507.  I'm going to speed this

11   up since the questions are the same, so let's see

12   if we can short-circuit this a little bit.  Bates

13   No. 2507, Bates No. 2508, Bates

14   No. 2509, let's take those three.  Is that your

15   signature at the bottom of each one of those

16   lease agreements?

17       A.  Yes, sir, it is.

18       Q.  Do you have any recollection sitting

19   here -- and they were all signed or dated

20   December the 10th, 1999, correct?

21       A.  Yes, sir, they are.

101

1        Q.  Do you have any recollection sitting

2   here today whether the lease agreements that

3   you've just identified were filled out before you

4   signed?

5        MR. GAUMONT:  Objection to form.

6        A.  I can't recall.

7        Q.  Do you have any recollection sitting

8   here today whether your name under the customer

9   portion was filled in, Don Tyler, vice-president,

10  Phoenix Color Corporation?

11       MR. GAUMONT:  Objection to form.

12       A.  I don't recall.

13       Q.  Do you have any recollection sitting

14  here today as to whether the customer's name,

15  Phoenix Color Corporation, was filled out before

16  you signed it?

17       MR. GAUMONT:  Objection to form.

18       A.  I don't recall.

19       Q.  Okay.  Bates No. 2510, lease

20  agreement.  I note that there is no date.  Would

21  you agree with me?

102

1          A.   Yes, sir, there is no date.

2          Q.   Is that your signature at the bottom of

3     that lease agreement?

4          A.   Yes, sir, it is.

5          Q.   Do you mind if I come around?

6          A.   Yes.

7          Q.   It's a little hard to bend over like

8     that.

9          A.   If you'd stand on this side.

10         Q.   Sure.   Is that your better ear over

11    here?

12         A.   Yes.

13         Q.   Okay.   Thank you.   Do you have any

14    recollection sitting here today whether the lease

15    agreement that's Bates No. 2510 was filled out

16    before you signed your name at the bottom?

17              MR. GAUMONT:   Objection to form.

18         A.   I don't recall.

19         Q.   Do you have any recollection sitting

20    here today whether the words Don Tyler were

21    written in under the customer's name before you

103

1    signed it?

2         A.  I don't recall.

3         Q.  Do you have any recollection sitting

4    here today whether the customer's name was filled

5    out before you signed it?

6              MR. GAUMONT:  Objection to form.

7         A.  I don't recall.

8         Q.  When you signed this document, is there

9    any reason why you didn't fill in the date and

10   your title under the customer's name?

11             MR. GAUMONT:  Objection.  Compound,

12   form.

13        A.  I don't recall.

14        Q.  Bates No. 2511, lease agreement dated

15   December the 10th, '99.  Is that your signature

16   at the bottom of that lease?

17        A.  Yes, sir, it is.

18        Q.  Do you have recollection sitting here

19   today whether that was completely filled out

20   before you signed it?

21             MR. GAUMONT:  Objection to form.

104

1          A.    I don't recall.

2          Q.    Do you have any recollection sitting

3     here today whether your name was written in under

4     the customer portion, Don Tyler, vice-president,

5     Phoenix Color?

6               MR. GAUMONT:   Objection to form.

7          A.    I don't recall.

8          Q.    Do you have any recollection sitting

9     here today whether the customer's name was filled

10    in, Phoenix Color Corporation?

11              MR. GAUMONT:   Objection to form.

12         A.    I don't recall.

13         Q.    Bates No. 2512, lease dated December the

14    10th, '99.  Is that your signature at the bottom?

15         A.    Yes, sir, it is.

16         Q.    Do you have any recollection sitting

17    here today whether this lease was completely

18    filled out before you signed it?

19              MR. GAUMONT:   Objection to form.

20         A.    I don't recall.

21         Q.    Do you have any recollection sitting

1    here today whether your name was written in with

2    the title at the bottom, Don Tyler,

3    vice-president, Phoenix Color?

4         MR. GAUMONT:  Objection to form.

5         A.  I don't recall.

6         Q.  Do you have any recollection sitting

7    here today whether the customer's name was filled

8    in under the lease agreement, Phoenix Color

9    Corporation?

10        MR. GAUMONT:  Objection to form.

11        A.  I don't recall.

12        Q.  Bates No. 2513, lease dated

13   December 10, '99.  Is that your signature at the

14   bottom?

15        A.  Yes, sir, it is.

16        Q.  Do you have any recollection sitting

17   here today whether this was completely filled out

18   before you signed it?

19        MR. GAUMONT:  Objection to form.

20        A.  I don't recall.

21        Q.  Do you have any recollection sitting

106

1    here today whether your name was written out, Don

2    Tyler, under the customer, with the title

3    vice-president, Phoenix Color?

4            MR. GAUMONT:  Objection to form.

5        A.  I don't recall.

6        Q.  Do you have any recollection sitting

7    here today whether the name Phoenix Color

8    Corporation was filled out as it is here where it

9    says customer legal name?

10       A.  I don't recall.

11       Q.  Bates No. 2514, lease dated

12   December 10, '99.  Is that your signature at the

13   bottom?

14       A.  Yes, sir, it is.

15       Q.  Do you have any recollection sitting

16   here today whether this was filled out before you

17   signed it?

18           MR. GAUMONT:  Objection to form.

19       A.  I don't recall.

20       Q.  Do you have any recollection sitting

21   here today whether your name was written in under

1    the customer name, Don Tyler, with title

2    vice-president, Phoenix Color?

3              MR. GAUMONT:  Objection to form.

4         A.  I don't recall.

5         Q.  Do you have any recollection sitting

6    here today whether the customer legal name,

7    Phoenix Color Corporation, was on the lease when

8    you signed it?

9         A.  I don't recall.

10         Q.  Bates No. 2515, no date.  Is that your

11    signature at the bottom of that lease agreement?

12         A.  Yes, sir, it is.

13         Q.  Do you have any recollection as to

14    whether this was completely filled out before you

15    signed it?

16         A.  I don't recall.

17         Q.  Do you have any recollection whether

18    your name under customer name, Don Tyler, was

19    written in?

20              MR. GAUMONT:  Objection to form.

21         A.  I don't recall.

108

1      Q.  Do you have any recollection whether the

2    customer legal name, Phoenix Color Corporation,

3    was written in as it's shown here?

4      A.  I don't recall.

5      Q.  Bates No. 2516, lease dated

6    December 10, '99.  Is that your signature at the

7    bottom?

8      A.  Yes, sir, it is.

9      Q.  Do you have any recollection whether

10   this was filled out as it is today before you

11   signed it?

12         MR. GAUMONT:  Objection to form.

13     A.  I don't recall.

14     Q.  Do you have any recollection whether

15   your name, Don Tyler, was written in at the

16   bottom with the title vice-president, Phoenix

17   Color before you signed it?

18         MR. GAUMONT:  Objection to form.

19     A.  I don't recall.

20     Q.  Do you have any recollection whether the

21   name Phoenix Color Corporation was on the lease

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888  Fax (410) 821-4889

109

1    agreement where it says customer legal

2    name --

3            MR. GAUMONT:  Objection to --

4        Q.  -- before you signed it?

5            MR. GAUMONT:  Objection to form.

6        A.  I don't recall.

7        Q.  Bates No. 2517, lease dated December the

8    10th.  Is that your signature at the bottom?

9        A.  Yes, sir, it is.

10       Q.  Do you have any recollection whether

11   this was filled out as is before you signed it?

12       A.  I don't recall.

13       Q.  Do you have any recollection as to

14   whether the customer name at the bottom where it

15   says Don Tyler, title, vice-president, Phoenix

16   was filled out before you signed it?

17           MR. GAUMONT:  Objection to form.

18       A.  I don't recall.

19       Q.  Looking at the customer legal name where

20   it says Phoenix Color Corporation, do you have

21   any recollection whether that was filled out

110

1    before you signed it?

2        A.  I don't recall.

3        Q.  Bates No. 2518, lease dated

4    December 10, '99.  Is that your signature at the

5    bottom?

6        A.  Yes, sir, it is.

7        Q.  Do you have any recollection whether

8    that was filled out as is before you signed it?

9            MR. GAUMONT:  Objection to form.

10       A.  I don't recall.

11       Q.  Do you have any recollection whether

12   your name at the bottom where it says in writing

13   Don Tyler and below that title, vice-president,

14   Phoenix was filled out before you signed it?

15           MR. GAUMONT:  Objection to form.

16       A.  I don't recall.

17       Q.  Do you have any recollection whether the

18   customer legal name, Phoenix Color Corporation,

19   was filled out before you signed it?

20       A.  I don't recall.

21       Q.  Bates No. 2519, lease dated

111

1    December 10, '99.  Is that your signature at the

2    bottom?

3         A.  Yes, sir, it is.

4         Q.  Do you have any recollection whether

5    that lease was filled out as is before you signed

6    it?

7              MR. GAUMONT:  Objection to form.

8         A.  I don't recall.

9         Q.  Do you have any recollection whether

10   your name, Don Tyler, vice-president, Phoenix

11   Color, was filled out before you signed it?

12             MR. GAUMONT:  Objection to form.

13        A.  I don't recall.

14        Q.  Do you have any recollection whether the

15   name Phoenix Color was in the box for customer

16   legal name before you signed it?

17             MR. GAUMONT:  Objection to form.

18        A.  I don't recall.

19             MR. FRIEDMAN:  All right.  Let's see

20   what's next here.  Let's have this next packet

21   marked.

112

1           (Whereupon, Tyler Deposition

2    Exhibit No. 5, lease agreements, marked.)

3       Q.   This has been marked as Exhibit 5, and

4    let's see if there's some way for me to speed

5    this up a little bit and try to group it all

6    together.

7           These are all copies, except for one

8    page, of leases which are dated December the

9    28th, 1999.  Take a look at that entire packet

10   and tell me -- and just so we're clear, so I can

11   be clear, these are Bates Nos. 2520, 2521, 2522,

12   2523, 2524, 2525, 2526, 2527, 2528, 2529, 2530,

13   2531, 2532, 2533.  Tell me if your signature

14   appears at the bottom of those leases.

15      A.   Yes, sir, that's my signature.

16      Q.   Okay.  Now, take another look at this

17   and tell me whether you have any recollection

18   sitting here today whether these leases were

19   filled out and appear as they do today before you

20   signed them.

21       A.   No, sir, I don't recall.

113

1      Q.   No recollection.  Okay.  Take a look and

2    make sure or tell me whether you have any

3    recollection today regarding the title above your

4    signature on the leases.  Was it filled out as it

5    appears today before you signed it?

6          MR. GAUMONT:  Objection to form.

7      A.   I don't recall.

8      Q.   Take a look at the customer's name and

9    tell me if that was filled out as it appears

10   today before you signed it.

11         MR. GAUMONT:  Objection to form.

12     A.   I don't recall.

13     Q.   Okay.  Bates No. 2534 is a lease dated

14   December the 9th, 1999.  Is that your signature

15   at the bottom?

16     A.   Yes, sir, it is.

17     Q.   Do you have any recollection sitting

18   here today whether this was filled out as it

19   appears today before you signed it?

20         MR. GAUMONT:  Objection to form.

21     A.   I don't recall.

114

1        Q.   Do you have any recollection sitting

2   here today whether your name, Donald Tyler,

3   vice-president, Phoenix Color was filled out as

4   it appears today before you signed it?

5            MR. GAUMONT:  Objection to form?

6        A.   I don't recall.

7        Q.   Do you have any recollection sitting

8   here today whether the name Phoenix Color

9   Corporation next to customer legal name was

10  filled out before you signed it?

11           MR. GAUMONT:  Objection to form.

12       A.   I don't recall.

13           MR. FRIEDMAN:  Next exhibit.

14                (Whereupon, Tyler Deposition

15  Exhibit No. 6, lease agreements, marked.)

16                (Recess.)

17       Q.   Tyler Exhibit 6.

18           MR. GAUMONT:  Do you have a copy for me,

19  Sidney?

20           MR. FRIEDMAN:  It's all in there.

21           MR. GAUMONT:  Oh, it is?

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888  Fax (410) 821-4889

118

1        A.   Yes, sir, that's my signature.

2        Q.   Those four pages contain your signature.

3   Now, I want you to tell me, take a look at these,

4   and tell me whether they were filled out as they

5   appear today before you signed them.

6        MR. GAUMONT:  Objection to form.

7        A.   I don't recall.

8        Q.   Can you tell me whether your name, Don

9   Tyler, vice-president, Phoenix Color was written

10  in before you signed it as it appears on these

11  lease agreements?

12       MR. GAUMONT:  Objection to form.

13       A.   I don't recall.

14       Q.   Can you tell me whether the name Phoenix

15  Color Corporation where it says customer's legal

16  name was written in in place of, it looks like,

17  TechniGraphix?

18       MR. GAUMONT:  Objection to form.

19       A.   I don't recall.

20       Q.   Is that your writing at the top where it

21  says Phoenix Color Corporation with a circle

119

around it and initials next to it?

A.   No, sir, it's not.

Q.   Is that your initials next to Phoenix Color Corporation?

A.   No, sir, it's not.

Q.   Don't recognize that as your handwriting.

A.   That's not my initials.

Q.   That's not your initials.

A.   No, sir, it's not.

Q.   And you don't know whose initials they are or whose handwriting that is?

A.   No, sir, I don't.

Q.   All right.  Do me a favor and write out your name please and your initials.

A.   (Witness complies.)

MR. FRIEDMAN:  Let's have this marked as an exhibit next on behalf of Tyler, Exhibit 8.

(Whereupon, Tyler Deposition Exhibit No. 8, Mr. Tyler's signature and

143

1       Q.   Were you aware that TechniGraphix was

2    behind in its lease payments to Xerox?

3       A.   Define what you mean.

4       Q.   They were not current in their lease

5    obligations.

6            MR. GAUMONT:   Objection.   Foundation,

7    form.

8       A.   That wasn't unusual though.

9       Q.   That was not unusual?   Why do you say

10   that?

11      A.   Because it was the way, when

12   TechniGraphix, when we acquired it, was always on

13   a carry-over from month to month.   So it was not

14   unusual to be behind with Xerox on their lease

15   payments from the original when Jack Tiner owned

16   them.

17      Q.   Isn't that why you had discussions with

18   Xerox about lowering the monthly payments for the

19   Xerox equipment?

20           MR. GAUMONT:   Objection to form.

21      A.   The discussion with Xerox for lowering

144

1    the monthly payment was to lower the monthly

2    leases for the purpose of better utilizing the

3    equipment, not paying the current leases where

4    they stood, but to get a lower lease payment so

5    that we were making a better profit off of the

6    equipment based on the volume of work that was

7    being produced off of them.

8        Q.  Wasn't it also coupled with the idea of

9    purchasing some additional equipment from Xerox?

10       A.  That was the enticement I used to get

11   Xerox.

12       Q.  Oh, okay.  What equipment was that?

13       A.  It was the Docu 100, four-color digital

14   sheet fed printer.

15       Q.  But you ultimately didn't purchase it?

16       A.  No, sir, we did not.

17       Q.  So you enticed Xerox to lower their

18   lease payments by suggesting to them or leading

19   them to believe that you were going to purchase

20   that other equipment; is that correct?

21           MR. GAUMONT:  Objection.

146

1        A.   I don't recall.

2        Q.   Well, you signed the contracts to

3   refinance and lower your lease payments in

4   December of '99.  Would you agree with me?  All

5   those lease documents we looked at were dated

6   December 10, '99, correct?

7        A.   Yes, sir.

8        Q.   So the conversations you had with

9   Mr. Rothstein and Mr. Nussbaum would have been

10  sometime prior thereto, correct?

11            MR. GAUMONT:  Objection to form.

12       A.   Yes, sir.

13       Q.   Can we say that it was in the last

14  quarter of 1999 when you had those conversations?

15            MR. GAUMONT:  Objection to form.

16       A.   Yes, sir.

17       Q.   Okay.  Were those conversations

18  conducted in person between you, Mr. Rothstein

19  and Mr. Nussbaum?

20       A.   Yes, sir.

21       Q.   At the Hagerstown facility?

144

1    the monthly payment was to lower the monthly

2    leases for the purpose of better utilizing the

3    equipment, not paying the current leases where

4    they stood, but to get a lower lease payment so

5    that we were making a better profit off of the

6    equipment based on the volume of work that was

7    being produced off of them.

8        Q.  Wasn't it also coupled with the idea of

9    purchasing some additional equipment from Xerox?

10       A.  That was the enticement I used to get

11   Xerox.

12       Q.  Oh, okay.  What equipment was that?

13       A.  It was the Docu 100, four-color digital

14   sheet fed printer.

15       Q.  But you ultimately didn't purchase it?

16       A.  No, sir, we did not.

17       Q.  So you enticed Xerox to lower their

18   lease payments by suggesting to them or leading

19   them to believe that you were going to purchase

20   that other equipment; is that correct?

21           MR. GAUMONT:  Objection.

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888  Fax (410) 821-4889