**EXHIBIT 8**

# LEASE AGREEMENT



**THE DOCUMENT COMPANY
XEROX**

Worksheet: 53124    Unit: 1

| | |
|---|---|
| Customer Legal Name (Bill to) Techingraphix Inc | A WHOLLY OWNED |
| Name Overflow (if needed) | SUBSIDIARY OF PHOENIX COLOR CORP |
| Street Address | 22977 Eaglewood Ct |
| Box/Routing | |
| City, State | Sterling, VA |
| Zip Code | 20166 |
| Tax ID= | |
| Customer Name (Install) | Techingraphix Inc |
| Name Overflow (if needed) | |
| Installed at Street Address | 22977 Eaglewood Ct |
| Floor Room Routing | |
| City, State | Sterling, VA |
| Zip Code | 20166 |
| County Installed In | |
| Customer Requested Install Date 3/11/99 | |

**Check all that apply**
- [ ] Tax Exempt (Certificate Attached)
- [ ] Assoc. Coop Name:
- [x] Negotiated Contract = 070936404
- [ ] Attached Customer P.O. =s    Supplies:
  Lease:
- [ ] State or Local Government Customer
  Int. Rate: %    Total Int. Payable: $
- [ ] Replacement/Modification of Prior Xerox Agreement
  Agreement covering Xerox Equipment Serial= (or 95=)
  is hereby [ ] modified [ ] replaced. Effective Date:
  Comments:

**Lease Information**
Lease Term: 60 months
- [x] Supplies included in Base Print Charges
- [ ] Refin. of Prior Agrmt. : [ ] Xerox (95=):    [ ] 3rd Party Eq
  Amt Refin $    Int Rate: %    Total Int Payable: $

## Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|
| 6180PMF | SFMV | $ | [ ] | [ ] | [ ] |
| 1)AGATE 1)DTBYPASS TGDTSTACK | $ | | [ ] | [ ] | [ ] |
| 1)NGATE 1)NSP-KIT3 1)PHUB | $ | | [ ] | [ ] | [ ] |
| 1)6180INT | $ | | [ ] | [ ] | [ ] |
| 20,747.89 | $ | | | | |

$ 20,747.89 : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

## Price Information

20,747.89    [ ] Adjustment Period

| | Period A - Mos. Affected: - | | Period B - Mos. Affected: - | |
|---|---|---|---|---|
| Monthly Base Charge $ | Monthly Base Charge $ | | Monthly Base Charge $ | |
| Print Charge Meter 1: | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints 1 - 4500000 $ 0.0000 | Prints 1 - $ | | Prints 1 - $ | |
| Prints 4500001 - $ 0.0026 | Prints - $ | | Prints - $ | |
| Prints - $ | Prints - $ | | Prints - $ | |
| Print Charge Meter 2: | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints 1 - $ | Prints 1 - $ | | Prints 1 - $ | |
| Prints - $ | Prints - $ | | Prints - $ | |
| Mo. Min.= of Prints (based on Meter 1 Print Charges) 4500000 | Mo. Min.= of Prints (based on Meter 1 Print Charges) | | Mo. Min.= of Prints (based on Meter 1 Print Charges) | |

[ ] Purchased Supplies    [ ] Cash [ ] Fin'd        [ ] Application Software

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

| Software Title | Initial License Fee [ ] Cash [ ] Finance | Annual Renewal Fee [ ] Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

[ ] Trade-In Allowance    Final Principal Payment=

| Manufacturer | Model Serial = | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: [ ]Trade-In Equip. Balance: $
[ ]Price of Replacmnt. Equip.: $

[ ] K-16 Billing
**Suspension**
(check 1 as required)
Months affected
- [ ] June only
- [ ] July only
- [ ] August only
- [ ] June - July
- [ ] July - August

**Additional Options (check all that apply)**
- [ ] Run Length Plan    [ ] Fixed Price Plan
- [ ] Per-Foot Pricing
- [x] Extended Service Hours:
  Description: 3/7 /$    mo.
- [ ] Comp. Replacement Program: $
- [x] Attached Addenda
  form# 51860-I ( 6 ) form#

**Agreement Presented By:**
Name BRUCE NUSSBAUM    Phone 202-962-7400
Xerox Corporation - Acceptance By:
Name    Date
Signature

**Customer**
Name Donald Tyler    Phone 703-834-
Title VP - Division Director    Date 3-10-99
Signature