**EXHIBIT 11**



1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MARYLAND

 3    XEROX CORPORATION              :

 4          Plaintiff                :

 5    Vs.                            : CIVIL ACTION NO.

 6    PHOENIX COLOR CORPORATION      :    L 02CV 1734

 7    and                            :

 8    TECHNIGRAPHIX, INCORPORATED    :

 9          Defendants               :

10

11

12         Deposition of PATRICIA ELIZONDO, taken

13    on Tuesday, March 4, 2003, at 9:30 a.m., at the

14    law offices of Piper Rudnick, LLP, 6225 Smith

15    Avenue, Baltimore, Maryland, before Bonnie L.

16    Russo, Notary Public.

17         --------------------------

18

19

20    Reported by:

21    Bonnie L. Russo
```

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888    Fax (410) 821-4889

1  is the best of your recollection?
2       A.   Yes.
3       Q.   At this meeting who did Mr. Tiner
4  introduce you to?
5       A.   His name escapes me.
6       Q.   Possibly his name Donnie Tyler?
7       A.   Donald Tyler.
8       Q.   Anyone else that Mr. Tiner introduced
9  you to?
10      A.   No.
11      Q.   And who else was at this meeting other
12 than Mr. Tiner and Mr. Tyler?
13      A.   And then there would have been either Ed
14 Buckson or Bruce.
15      Q.   What is your best recollection of how
16 Mr. Tiner introduced Mr. Tyler to you?
17      A.   As our decision maker.
18      Q.   Okay.
19      A.   The one who would be making all
20 operational decisions.
21      Q.   These were words that Mr. Tiner said; is

```
 1    that right?
 2        A.   Yes.
 3        Q.   Were they said in Mr. Tyler's presence?
 4        A.   Yes.
 5        Q.   And they were said at the Technigraphix
 6    plant in Sterling, Virginia?
 7        A.   Yes.
 8        Q.   Anything else that he used to describe
 9    Mr. Tyler's position at Technigraphix?
10        A.   Not that I recall.
11        Q.   Do you recall Mr. Tyler saying anything
12    at all?
13        A.   Yes.  Just confirming that he was the
14    guy that we should work with and the decision
15    maker and the person who would be making the
16    operational decisions of the floor
17    configurations, et cetera.
18        Q.   At the time Technigraphix was leasing
19    Docutech equipment from Xerox?
20        A.   Yes.
21        Q.   Was there any discussion as to whether
```

1  Technigraphix?

2  A. No. I know he didn't say that.

3  Q. Did anyone tell you that he was the new
4  chief operations officer?

5  A. I don't know the term chief operations
6  but I remember operations.

7  Q. Okay. Mr. Tiner tell you whether he was
8  going to remain involved with Technigraphix in
9  terms of sales?

10  A. I don't understand when you say relative
11  to sales.

12  Q. As I understand your testimony, you are
13  saying that he told you that he was turning over
14  the operations portion of Technigraphix to Mr.
15  Tyler; is that accurate?

16  A. No. That he had sold the business to
17  Phoenix and that the operation would be run by
18  Mr. Tyler.

19  Q. And my question was whether Mr. Tiner
20  within that description, whether Mr. Tiner would
21  remain involved with selling products on behalf

1 of Technigraphix?

2     A. No, I don't remember him saying that.

3     Q. Anyone tell you that they were going to
4 change the name of Technigraphix to Phoenix
5 Color?

6     A. No, I don't remember that being said.

7     Q. Mr. Tyler at any time, did he say or do
8 anything that would make you think that he was an
9 employee of Phoenix Color?

10     A. As I recall, he gave me a business card
11 that had his name on a business card that I
12 believe had Phoenix Color on it.

13     Q. To the best of your recollection, could
14 you tell me when he gave you this business card?

15     A. In the introductory meeting.

16     Q. Do you recall whether he gave this
17 business card to anyone else?

18     A. No, I don't recall. It would have been
19 customary that we would have all exchanged
20 business cards.

21     Q. Did you ever have any other