**EXHIBIT 5**

12-10-99;10:57AM;BWLC Conference

# LEASE AGREEMENT

**THE DOCUMENT COMPANY
XEROX**

Customer Legal Name (Bill to): PHOENIX COLOR CORP
Name Overflow (if needed):
Street Address: 18249 PHOENIX DR
Box#/Routing:
City, State: HAGERSTOWN MD
Zip Code: 21742
Tax ID#:
Customer Name (Install): TECHNIGRAPHIX
Name Overflow (if needed):
Installed at Street Address: 18249 PHOENIX DR
Floor/Room/Routing:
City, State: HAGERSTOWN MD
Zip Code: 21742
County Installed In: WASHINGTON COUNTY
Customer Requested Install Date: 01/01/00

Check all that apply:
☒ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name:
☒ Negotiated Contract #:
☐ Attached Customer P.O. #:  Supplies:
Lease:
☐ State or Local Government Customer
Int. Rate:   %   Total Int. Payable: $
☒ Replacement/Modification of Prior Xerox Agreement
Agreement covering Xerox Equipment Serial# (or 9S#): 954195889
is hereby ☒ modified ☐ replaced.  Effective Date: 02/01/00
Comments:

Lease Information
Lease Term: 59 months
☒ Supplies included in Base/Print Charges
☐ Refin. of Prior Agrmt.: ☐ Xerox (9S#): _____ ☐ 3rd Party Eq.
Amt Refin: $ _____ Int Rate: _____ %Total Int Payable: $ _____

## Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interest |
|---|---|---|---|---|
| EUROPAFF (SVE06126) | $ FMV | $ | ☐ | ☐ |
| DT BYPASS, GT80 INT, NGATE | | | ☐ | ☐ |
| AGATE, PH18, NSP-KT3, DT STACK | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

Min. Lease Payment Freq. (excluding excess meter charges)
☐ Monthly ☐ Other
☐ Quarterly
☐ Semi-Annual
☐ Annual

Min. Lease Payment Mode
☐ Advance ☐ Arrears

$ 20,543.43 : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

### Price Information
☐ Adjustment Period

| | | Period A - Mos. Affected: | | Period B - Mos. Affected: | |
|---|---|---|---|---|---|
| Monthly Base Charge | $20,543.43 | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints 1 - 4,500,000 | $ NC | Prints 1 - | $ | Prints 1 - | $ |
| Prints 4,500,000 - | $ .0026 | Prints - | $ | Prints - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints 1 - | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |

Mo. Min.# of Prints (based on Meter 1 Print Charges): 4,500,000

☐ Purchased Supplies ☐ Cash ☐ Fin'd

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ Application Software

| Software Title | Initial License Fee | Annual Renewal Fee |
|---|---|---|
| | ☐ Cash ☐ Finance | ☐ Support Only |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ Trade-In Allowance   Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to:
☐ Trade-In Equip. Balance: $
☐ Price of Replacmnt. Equip.: $

☐ K-16 Billing Suspension (check 1 as required) Months affected:
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

Additional Options (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours: Description: ___ / $ ___ mo.
☐ Comp. Replacement Program: $
☐ Attached Addenda form# ___ ( ___ ) form#

Agreement Presented By:
Name: BRUCE NUSSBAUM  Phone: 202 962 7626

Xerox Corporation - Acceptance By:
Name: _____ Date: _____
Signature: _____

Customer Name: DON TYLER  Phone: 800 632 4111
Title: VP PHOENIX COLOR  Date: 12/10/99
Signature: _____

Xerox Form# 51860 (10/1999)

TGI-002505

DEC-10-1999 16:11   PHOENIX COLOR BTP   3017973750   P.05/25