**EXHIBIT 7**

COPY                                                            1

1                IN THE UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF MARYLAND

3

4

5   XEROX CORPORATION,              :

6            Plaintiff             :

7       Vs.                        :    CIVIL ACTION NO.

8   PHOENIX COLOR CORPORATION:          L-02-CV-1734

9   and TECHNIGRAPHIX, INC.,      :

10           Defendants            :

11                   - - - - - - - - - - - - - - - - - - - -

12

13           Deposition of **BRUCE M. NUSSBAUM**, taken

14   on Tuesday, February 25, 2003, at 1:07 p.m., at

15   the offices of Piper Rudnick, 6225 Smith Avenue,

16   Baltimore, Maryland, before Ilana E. Johnston,

17   R.P.R. and Notary Public.

18                   - - - - - - - - - - - - - - - - - - - -

19

20   Reported by:

21   Ilana E. Johnston, R.P.R.

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888   Fax (410) 821-4889

92

1    for time.   On occasion you would fill out some of

2    the components afterward, but generally speaking,

3    98 percent of the time things were done, you

4    know, completed beforehand.   Like, for example,

5    you know, I can see that I might have filled in

6    this, my name, phone number.   It just depends on

7    the particular instance.

8         Q.   What is the significance if a term was

9    typed versus one that was handwritten by you?

10        A.   I got somebody to type it.

11        Q.   It just depends on whether you had

12   administrative support back at the office that

13   day?

14        A.   They had come up with a system that you

15   could generate the typed document.   It's

16   generally a lot later than, you know -- and if I

17   had the time, I would do it.

18        Q.   Okay.   Let's --

19        A.   But it requires such a magnanimous

20   amount of input.   That's why I didn't always do

21   it.

100

1    Tyler requested that this term be reduced from 60

2    to 59?

3         A.   He did not.   I'm trying to tell you what

4    was responsible for that.   Maybe I'm being too

5    honest.   And I think that's the problem.   I

6    should just -- you ask the question.   I'll give

7    you yes or no.

8              The reality is this -- he added a

9    component.   The only way to do it at Xerox, as

10   kludgey as this sounds, is take an existing

11   contract that's associated with this number that

12   happens to start with 95, and they replace it,

13   the whole new system, which has some value, for

14   whatever months are remaining, and that becomes

15   the contract.   And that's all this was, was when

16   he added this stacker.

17        Q.   Let's go to the next page.   This is

18   TGI-002506.   Whose signature is in the lower

19   right corner to the best of your knowledge?

20        A.   The lower right-hand corner?

21        Q.   Right.

101

1          A.   It looks like the same signature, Donald

2     Tyler.

3          Q.   And do you know whose handwriting is

4     throughout the document?

5          A.   It appears to be mine.

6          Q.   Including putting in the title

7     vice-president Phoenix Color, VP Phoenix Color?

8          A.   Yep.

9          Q.   Okay.  And do you have any recollection

10    of making this modification in December of 1999?

11    Do you recall the circumstances surrounding it?

12         A.   No, but when I look at it, what comes to

13    mind is he was adding this component right, here

14    this listing that designated a component.

15              MR. FRIEDMAN:   Read it.

16         A.   The N gate, the A gate, the PH hub, the

17    NSP kit 3, some type of kit.  I don't know.  And

18    that necessitated a contract

19    replacement/modification.  This was not a new

20    6180.

21         Q.   So as far as you're concerned, the only

102

1    thing that this contract did to the previous

2    contract was add these new components?

3         A.   And change the term, I mean, you know,

4    change the payment and the term.

5         Q.   Okay.  So it added a component, right,

6    and it lowered the term from 60 months to 59

7    months?  Did it do anything else to your

8    understanding when you filled out this document?

9         A.   As I look at it, that's what it appears

10   to be.

11        Q.   Okay.  Let's go to the next page,

12   2507.  Do you recognize the signature on the

13   lower right corner?

14        A.   Yes, sir.

15        Q.   Whose signature is that?

16        A.   Same, Donald Tyler.

17        Q.   Do you recognize the handwriting

18   throughout the document?

19        A.   Yes, I do.

20        Q.   Whose handwriting is that?

21        A.   Mine.

103

1          Q.    Okay.    Including the title VP Phoenix

2     Color, right?

3          A.    Yes.

4          Q.    Including the customer legal name

5     Phoenix Color Corp.; is that correct?

6          A.    Absolutely.

7          Q.    Okay.   And what is your understanding of

8     what this document did with respect to the

9     contract that it was modifying?

10         A.    According to the document, it says it's

11    a replacement/modification of a prior Xerox

12    agreement.   I checked it.   And the prior Xerox

13    agreement that it is replacing or modifying is

14    this number.   That's what I understand.

15         Q.    What is it doing that the previous

16    contract did not do?

17         A.    You're adding the stacker.   I mean, this

18    is the -- this is what he was doing.   He was

19    adding a component.

20         Q.    Adding a component and lowering the term

21    from 60 months to 59.

104

1    A.   It might not have been lowering it.   It

2  starts out a 60-month contract.

3    Q.   Okay.

4    A.   It might have been 59 left.   He might

5  have said hey, you know, I wanted to get the

6  stackers with those, why didn't you do that.

7  Well, you didn't tell me when we first did it.   I

8  want the stackers.   The paperwork is necessary.

9    Q.   Did this contract do anything other than

10  change the terms you just talked about?

11    A.   I don't believe so.

12    Q.   Okay.   Next page, 2508.   Whose signature

13  in the lower right, if you can identify it?

14    A.   It is the same signature of Donald

15  Tyler.

16    Q.   And whose handwriting is throughout that

17  document?

18    A.   The lower right-hand; is that what you

19  meant?

20    Q.   Yes.   And whose handwriting is

21  throughout the document?

105

1        A.   It appears to be mine.

2        Q.   Okay.   This document is dated 12/10/99;

3   is that right?

4        A.   Yep.   It looks like they're all done the

5   same day.

6        Q.   Okay.   What was -- what changed with

7   respect to this -- this is a contract

8   modification, and what was the new term with

9   respect to this contract?

10       A.   This, if I'm looking at this and I have

11  to make an opinion, all these contracts, and

12  they're mixed 6100s, and they're all on the same

13  day, usually you're lengthening what's left and

14  you're giving one group amount of months left on

15  the contract instead of some that are coming up

16  in 40 months and 30 months and 60 months.

17       Q.   Well, let's go through from 2509, and

18  I'll just ask you to look at 2510, 11, 12, 13,

19  14, 15, 16, 17, all the way up to --

20       A.   Are they all done the same day?

21       Q.   -- all the way up to 19.

106

1          A.   Are they all done on the same day?

2          Q.   Yes.

3          A.   They are all different equipment.  That

4    tells me usually, when they're done on the same

5    day and it's all the equipment, that you're

6    trying to get a lower payment.  This may have

7    been a genesis from one of the Ed Lieberman

8    meetings.  I don't recall.

9          Q.   And do you remember any discussions with

10   anyone at TechniGraphix or Phoenix Color about

11   changing the name of the contracting party with

12   respect to these contracts?

13         A.   You mean to Phoenix Color?

14         Q.   Changing the name from TechniGraphix to

15   Phoenix Color.

16         A.   No.

17         Q.   You recall no discussions with anyone

18   from TechniGraphix or Phoenix Color about that.

19         A.   No.

20         Q.   Okay.  Let's go to the next page.  Oh,

21   let me just ask you if you can look through from

107

1    2509 to 2519 and take all the time you need and

2    just tell me whether with respect to --

3         A.    Look, there's no date on this one.    I

4    really did a haphazard job.

5         Q.    With the exception of Don Tyler's

6    signature in the lower right corner, to your

7    knowledge, does anyone else's handwriting appear

8    on any of these pages?

9         A.    It appears that the only handwritings

10   that appear on these documents are mine and Don

11   Tyler's signature.

12        Q.    Okay.

13        A.    What am I going to, 19?

14        Q.    To 19.

15        A.    Yeah, this looks like one massive

16   contract extension or something like that.    It's

17   amazing.

18        Q.    Okay.    Let's go to --

19        A.    I don't remember any of this.

20        Q.    Let's go to 2520.    These contracts 2520

21   to 2533 anyway are typed.

108

1    A.    Right.    They were generated by that

2    system.

3    Q.    Okay.    Do you recall presenting these to

4    Mr. Tyler, which would have been, I guess, three

5    days after Christmas in 1999?

6    A.    Do I recall?    No.

7    Q.    Now, if an agreement is presented by

8    you, does that mean that you necessarily were the

9    person who brought that to him or would you have

10   been involved with that process?

11   A.    I was involved.

12   Q.    Okay.    Who else would have come with you

13   at any given time to present one of these

14   contracts or agreements?

15   A.    It could have been an analyst.    It could

16   have been -- I mean, generally speaking, it was

17   just me.    Jonathan wasn't there hardly at all.

18   Q.    When you say Jonathan, do you mean

19   Jonathan Frances?

20   A.    Yeah.    He helped me with proposals and

21   stuff and working numbers, but generally me.

109

1          Q.    Whose handwriting is that on the date?

2    Is that your handwriting?

3          A.    Which document are we on?

4          Q.    2520.

5          A.    2520.    Where it says date, right

6    there?

7          Q.    Uh-huh.

8          A.    That's mine.

9          Q.    That's yours.    So you dated all these

10   documents?

11         A.    It looks that way.

12         Q.    Some of the other ones actually have

13   more handwriting on them.    Any of the documents

14   from 2520 include handwriting other than yours

15   with the exception of Don Tyler's signature on

16   the lower right corner?

17         A.    2520 on to what?

18         Q.    To 2533.

19         A.    Oh, man.

20         Q.    Take your time.

21         A.    I am.    22 has none of my handwriting

110

1    except for the date.

2         Q.   Well, hold on a second.   22 is typed.

3         A.   Except for the date I said.

4         Q.   Okay.   Okay.

5         A.   If you're going to try to hang me,

6    listen to the whole thing here.   23 appears to be

7    my handwriting except for Donald Tyler.

8         Q.   His signature.

9         A.   Yes.

10        Q.   Okay.

11        A.   See, the system that typed it, once we

12   understood how it worked, we could generate the

13   order and it became less tedious to fill the

14   whole thing out.

15        Q.   Right.

16        A.   So once we got the hang of it, all we

17   had to do was get the authorization signature.

18        Q.   Do you recall ever explaining to anyone

19   at Phoenix Color or TechniGraphix that you were

20   changing the party of the contract from

21   TechniGraphix to Phoenix Color?

111

1              MR. FRIEDMAN:  Objection.

2              MR. GAUMONT:  You can answer.

3              MR. FRIEDMAN:  There's been no

4    testimony he was changing TechniGraphix to

5    Phoenix Color.  Why do you say that?

6              MR. GAUMONT:  That's a speaking

7    objection.  I want the witness to answer.

8         A.  What was the question again?  Do I

9    recall ever changing what?

10        Q.  Do you recall ever explaining to anyone

11   from Phoenix Color or TechniGraphix that you were

12   changing the name of the contracting party from

13   TechniGraphix to Phoenix Color?

14        A.  No, that, that -- no, that was a matter

15   of course.  That was nothing -- and as I said to

16   you, the only time TechniGraphix was there was

17   when it was physically located in Virginia.  And

18   that was a matter of course.

19        Q.  Do you recall how these contracts that

20   were presented on December 28th, 1988, do you

21   recall any of the circumstances of presenting

112

1    them?

2         A.   Not at all.

3         Q.   No?

4         A.   I mean, you can look back and surmise,

5    but I don't recall.   It looks like a nightmare of

6    paperwork.

7         Q.   When you say you can look back and

8    surmise, how would you surmise that they were

9    negotiated?

10        A.   Are you talking about the ones that are

11   dated on the same date?   It looks like, when

12   you're doing so many types of pieces of equipment

13   on the same day and they're like the ones that

14   were dated the 10th and it says replacement/

15   modification, it looks like it was a contract

16   extension to try and get a better rate.   I don't

17   know if there was any equipment going in in

18   addition, but that's the way I look at it when I

19   look at these.

20        Q.   But the contract dated December 28th,

21   1999, all of them --

142

1    filling out the name, your name, his name or his

2    title.

3        A.   Okay.

4        Q.   Would you have -- do you recall whether

5    you filled this out afterwards?

6        A.   This is probably all that got done.

7        Q.   Okay.  Would a document like this, would

8    this order be approved?

9        A.   I think the only way that something like

10   this gets usually approved is if it's part of a

11   larger stack of documents.  And that's what I

12   think it was.

13        Because this is one little -- this is a

14   separate component.  This is not a machine like a

15   6180, its own machine that produces output.  This

16   does something to the output.  Like it's a

17   perforated folder or something.

18        Q.   Is it possible he just signed this

19   document and you filled in his customer name and

20   title afterwards?

21        MR. FRIEDMAN:  Objection.

143

1        A.   No, that's not what happened.

2        Q.   How do you know that?

3        A.   Because I didn't say hey, sign a blank

4   sheet of paper, you know, and I'll fill it out

5   later.  I didn't do that.

6        Q.   You said before that your general policy

7   was to fill this stuff out before you got to the

8   customer.

9        A.   Absolutely.

10       Q.   But sometimes the customer signed it and

11   you filled out the terms afterwards.

12       A.   No, I didn't say that.

13       Q.   Okay.

14       A.   You're changing exactly what I said.

15       Q.   I just want to get clear on the record

16   exactly what your practice was.

17       A.   Don't say that because I did not say

18   that.

19       Q.   Okay.

20       A.   You asked me if I -- I would typically

21   try to fill out as much as I could but always

144

1    fill out the pertinent financial information,

2    anything that was pertinent, and sometimes leave

3    out the name, my name, fill that out later, the

4    customer's stuff.   That's it.

5         Q.   Okay.

6         A.   There was nothing -- it was all due to

7    time.

8         Q.   Okay.

9              (Whereupon, Nussbaum Deposition

10   Exhibit No. 16, lease agreement, marked.)

11        Q.   I ask if you can identify this document.

12   Let me just ask you a very straightforward

13   question.   Do you have any idea who wrote all

14   these sort of circles and circled terms and

15   everything?

16        A.   Yeah, probably myself, what needed to be

17   done to get it passed through the order process,

18   but this looks like he was going on 24 by 7,

19   three shifts by seven service.   It's for existing

20   DocuTechs or existing 6180s.   That's what it

21   looks like.   And I needed to check the