**EXHIBIT 8**

## LEASE AGREEMENT

**THE DOCUMENT COMPANY XEROX**

Worksheet: 53124   Unit: 1

**Customer Legal Name (Bill to:** Technographix Inc *A WHOLLY OWNED*
**Name Overflow (if needed):** *SUBSIDIARY OF PHOENIX COLOR CORP*
**Street Address:** 22977 Eaglewood Ct
**Box= Routing:**
**City, State:** Sterling, VA
**Zip Code:** 20166
**Tax ID=**

**Customer Name (Install):** Technographix Inc
**Name Overflow (if needed):**
**Installed at Street Address:** 22977 Eaglewood Ct
**Floor/Room/Routing:**
**City, State:** Sterling, VA
**Zip Code:** 20166
**County Installed In:**
**Customer Requested Install Date:** 3/11/99

**Check all that apply**
- ☐ Tax Exempt (Certificate Attached)
- ☐ Assoc. Coop. Name:
- ☒ Negotiated Contract # 970936404
- ☐ Attached Customer P.O. #:   Supplies:   Lease:
- ☐ State or Local Government Customer

Int. Rate: %   Total Int. Payable: $
- ☐ Replacement/Modification of Prior Xerox Agreement
  Agreement covering Xerox Equipment Serial= (or 95=)
  is hereby ☐ modified ☐ replaced. Effective Date:
  Comments:

**Lease Information**
Lease Term: 60 months
☒ Supplies included in Base Print Charges
☐ Refin. of Prior Agrmt.: ☐ Xerox (95#):_____ ☐ 3rd Party Eq
Amt Refin: $____   Int Rate: %   Total Int Payable: $

### Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|
| 6180PMF | SFMV | $ | ☐ | ☐ | ☐ |
| 1)AGATE 1)DTBYPASS 1)DTSTACK | | $ | ☐ | ☐ | ☐ |
| 1)NGATE 1)NSP-KIT3 1)PHCB | | $ | ☐ | ☐ | ☐ |
| 161801NT | | $ | ☐ | ☐ | ☐ |
| $ 20,747.89 : MINIMUM MONTH(S) LEASE PAYMENT (excl. of applic. taxes) | | $ | | | |

### Price Information   ☐ Adjustment Period

| | | Period A - Mos. Affected: - | | Period B - Mos. Affected: - | |
|---|---|---|---|---|---|
| Monthly Base Charge | $ 20,747.89 | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints 1 - 4500000 | $ .0000 | Prints 1 - | $ | Prints 1 - | $ |
| Prints 4500001 - | $ .0026 | Prints - | $ | Prints - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints 1 - | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Mo. Min.= of Prints (based on Meter 1 Print Charges) 4500000 | | Mo. Min.= of Prints (based on Meter 1 Print Charges) | | Mo. Min.= of Prints (based on Meter 1 Print Charges) | |

☐ Purchased Supplies   ☐ Cash   ☐ Fin'd       ☐ Application Software

| Reorder # | Qty | Description | Price | Software Title | Initial License Fee | Annual Renewal Fee |
|---|---|---|---|---|---|---|
| | | | $ | | ☐ Cash ☐ Finance $ | ☐ Support Only $ |
| | | | $ | | | |
| | | | $ | | | |
| | | Total Price = | $ | Total Initial License Fees = | $ | |

☐ Trade-In Allowance   Final Principal Payment=

| Manufacturer | Model Serial = | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equip. Balance: $
☐ Price of Replacmnt. Equip.: $

☐ K-16 Billing Suspension
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☒ Extended Service Hours:
  Description: 3/7 / $_____ mo.
☐ Comp. Replacement Program: $
☒ Attached Addenda
  form# 51860-I ( 6 ) form#_____

**Agreement Presented By:**
Name: BRUCE NUSSBAUM   Phone: 202-962-7400
**Xerox Corporation - Acceptance By:**
Name: _____   Date: _____
Signature: _____

**Customer**
Name: Donald Tyler   Phone: 703-834-____
Title: VP - Division Director   Date: 3-10-99
Signature: Donald C Tyler

OrderQuiX Form# 51860 (10/1998)       3/10/1999       Page 1 of