**EXHIBIT 9**



DONALD TYLER
VICE PRESIDENT
QUALITY/SERVICE MANAGEMENT
EXT. 4516

101 TANDY DRIVE
HAGERSTOWN, MD 21740
800 632 4111
301 733 0018
FAX 301 733 6782
DTYLER@PHOENIXCOLOR.COM