**EXHIBIT 10**

COPY

1

1    IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF MARYLAND

3

4    XEROX CORPORATION              :

5         Plaintiff                 :

6    Vs.                            : CIVIL ACTION NO.

7    PHOENIX COLOR CORPORATION      :   L 02CV 1734

8    and                            :

9    TECHNIGRAPHIX, INCORPORATED    :

10        Defendants                :

11

12

13        Deposition of **ARMANDO GARCIA, III**, taken

14   on Monday, March 3, 2003, at 1:37 p.m., at the

15   law offices of Piper Rudnick, LLP, 6225 Smith

16   Avenue, Baltimore, Maryland, before Bonnie L.

17   Russo, Notary Public.

18   ---------------------------

19

20   Reported by:

21   Bonnie L. Russo


CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888     Fax (410) 821-4889

A. I don't believe so. Not that -- I don't recall.

Q. In your interaction with Phoenix Color did they ever ask for any sort of special pricing that went beyond your empowerment level?

A. I don't believe so. I don't think any of the discussions, at least not very many of them, I can recall had a lot to do with pricing. The reps know their abilities and it's only if there is a unique situation that they would come to me. I don't recall anything very unique about this circumstance.

Q. Do you recall whether there was any discussion about a need to lower the monthly payment?

A. I remember later there being a discussion about them being uncomfortable with their monthly outlay. I am not exactly sure why, but I do remember that. And we did some refinancing for them at their request on some of their existing gear.

A. Donnie is the only other person I can remember.

Q. Anyone else at Hagerstown that you met up with?

A. I don't remember if Ed was in town that day or not.

Q. Do you remember Donnie saying anything?

A. Hello maybe. I don't remember anything specific.

Q. Did you have an understanding as to whether Donnie was an employee of Phoenix Color?

A. I never believed him to be anything else. That's the way he presented himself.

Q. How did he present himself as an employee of Phoenix Color?

A. As the vice president of operations for Phoenix Color. He was the person from Phoenix Color who was integrating Technigraphix into Phoenix Color.

Q. And that you said vice president of what?

32

A.  I think it was operations or something like that. I don't really recall. I don't remember that part. I know I had a card that said vice president of something. I think it was operations.

Q.  Do you ever recall him saying I am vice president of Phoenix Color?

A.  I don't recall if he said it. I would assume he said it. If someone handed me their card and said they are vice president I probably wouldn't even ask the question. But I don't recall him saying I am vice president of Phoenix Color, no. But he did hand me a card and the conversations were always that he had been with Phoenix Color for years and that I guess he had done things like that before.

Q.  Do you recall whether he had handed you the card while he was at that meeting in Hagerstown?

A.  I don't recall if it was that meeting. I would assume since the only places I remember