# EXHIBIT 2

**Woliver, Pattie L**

---

| | |
|---|---|
| **From:** | Burkey, Jim T |
| **Sent:** | Friday, October 08, 1999 11:35 AM |
| **To:** | Holmes, Denise K |
| **Cc:** | Baxter, Temenia E; Woliver, Pattie L; Hamilton, Caron; Richardson, Charlotte M |
| **Subject:** | Phoenix Color Corp and subsidiary Technographics Inc |

10-8-99

Confirming our telephone conversation. The pending orders can only be approved if we have them re-written in the name of Phoenix Color Corp OR we have a signed Corporate Guaranty, where Phoenix Color Corp guaranties the debts of Technographics Inc.

You may use standard rates and ucc's to be filed by the CBC/XFC.

Original signed by James T Burkey

*[Handwritten note:]* 10/8/99 Bruce faxing initialed changes so mike P. can approve. PLWoliver

*[Exhibit stamp:]* Δπ EXHIBIT 2, Deponent Tobin, Date 3/10/03, Rptr. CS, WWW.DEPOBOOK.COM

1