# EXHIBIT 3

## Guy, Gwendolyn D

**From:** Porter, Arnise
**Sent:** Friday, October 08, 1999 12:21 PM
**To:** Frances, Jonathan; Nussbaum, Bruce M
**Cc:** Guy, Gwendolyn D
**Subject:** FW: Phoenix Color Corp and subsidiary Technographics Inc

Hi All,

This is the response received from Jim Burkey. Please let me know if you have any questions.

Thanks,
Arnise

-----Original Message-----
**From:** Hamilton, Caron
**Sent:** Friday, October 08, 1999 12:13 PM
**To:** Porter, Arnise
**Subject:** FW: Phoenix Color Corp and subsidiary Technographics Inc

-----Original Message-----
**From:** Burkey, Jim T
**Sent:** Friday, October 08, 1999 11:35 AM
**To:** Holmes, Denise K
**Cc:** Baxter, Temenia E; Woliver, Pattie L; Hamilton, Caron; Richardson, Charlotte M
**Subject:** Phoenix Color Corp and subsidiary Technographics Inc

10-8-99

Confirming our telephone conversation. The pending orders can only be approved if we have them re-written in the name of Phoenix Color Corp OR we have a signed Corporate Guaranty, where Phoenix Color Corp guaranties the debts of Technographics Inc.

You may use standard rates and ucc's to be filed by the CBC/XFC.

Original signed by James T Burkey

1



Δ π EXHIBIT 5
Deponent Tobin
Date 3/10/03  Rptr. CC
WWW.DEPOBOOK.COM