**EXHIBIT 4**

TO:

GWENDOLYN GUY

FROM:

BRUCE NUSSBAUM

8-459-7676

GWEN — PLEASE PROCESS THESE TWO DIGIPATHS FOR PHOENIX. IF YOU NEED ANYTHING PLEASE CALL JONATHAN FRANCES AT 8-459-7954 OR CALL ME AT MY HOME 301 948-5036. I AM MOVING TODAY SO IT MAY BE VERY DIFFICULT TO GET IN TOUCH. THANKS
BRUCE

Δ π EXHIBIT 6
Deponent Tobin
Date 3/10/03  Rptr. CS

Exh. No. 7   Deposition Date 3/15/03
Ilana Johnston   Salomon Reporting

# Greater Washington CBU

1301 K STREET NW, SUITE 300 WEST WASHINGTON, DC 20005 202-962-7878

DATE: 10/8/99       NUMBER OF PAGES: 3

TO: Pattie Woliver

FAX NUMBER: 8-736-2620

FROM: Jonathan Frances

TELEPHONE #: 8* 459-7954

COMMENTS: Here are the changes. Thanks for everything.

# LEASE AGREEMENT

THE DOCUMENT COMPANY
XEROX

Customer's Legal Name (Bill to) ~~PHOENIX GRAPHIX SUBSIDIARY~~ *PHOENIX COLOR CORP.*
Name Overflow (if needed) ~~SUBSIDIARY OF PHOENIX COLOR CORP~~
Street Address: 22977 EAGLEWOOD CT
Box#/Routing: ___
City, State: STERLING, VA
Zip Code: 20166
Tax ID#: ___
Customer Name (Install): ~~FOR~~ PHOENIX COLOR
Name Overflow (if needed): ___
Installed at Street Address: 18249 PHOENIX DR
Floor/Room/Routing: ___
City, State: HAGERSTOWN, MD
Zip Code: 21742
County Installed In: ___
Customer Requested Install Date: 9/29/99

**Check all that apply**
☐ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name: ___
☒ Negotiated Contract #: 0707168 06
☐ Attached Customer P.O. #s: ___ Supplies: ___
☐ Lease: ___
☐ State or Local Government Customer
Int. Rate: ___% Total Int. Payable: $___

☐ Replacement/Modification of Prior Xerox Agreement
Agreement covering Xerox Equipment Serial# (or 95#):
is hereby ☐ modified. ☐ replaced. Effective Date: _/_/_
Comments: ___

**Lease Information**
Lease Term: 60 months
☐ Supplies included in Base/Print Charges
☐ Refin. of Prior Agm't.: ☐ Xerox (95#) ___ ☐ 3rd Party Eq.
Amt Refin: $ ___ Int Rate: ___% Total Int. Payable: $ ___

## Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|
| (1) DIGIPATH    (1) TWIN PAIR | $ FMV | $ | ☐ | ☐ | ☐ |
| (1) DIGIPCA | $ FMV | | ☐ | ☐ | ☐ |
| (1) ADDSCAN-A | $ FMV | | ☐ | ☐ | ☐ |
| (1) OPTICAL-A | $ FMV | | ☐ | ☐ | ☐ |
| (1) MRTBL | $ FMV | | ☐ | ☐ | ☐ |

$ 1951 —  : **MINIMUM MONTHLY LEASE PAYMENT** (excl. of applic. taxes)

### Price Information     ☐ Adjustment Period

| | | Period A - Mos. Affected: - | | Period B - Mos. Affected: - | |
|---|---|---|---|---|---|
| Monthly Base Charge | $ 1951 — | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints   1 - ∞ | $ 0 | Prints   1 - | $ | Prints   1 - | $ |
| Prints   - | $ | Prints   - | $ | Prints   - | $ |
| Prints   - | $ | Prints   - | $ | Prints   - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints   1 - | $ | Prints   1 - | $ | Prints   1 - | $ |
| Prints   - | $ | Prints   - | $ | Prints   - | $ |

Mo. Min.# of Prints (based on Meter 1 Print Charges): ___
Mo. Min.# of Prints (based on Meter 1 Print Charges): ___
Mo. Min.# of Prints (based on Meter 1 Print Charges): ___

☐ Purchased Supplies  ☐ Cash  ☐ Financed  ☐ Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ Application Software

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ Trade-In Allowance   Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance: $ ___
☐ Price of Replacement Equip.: $ ___

☐ K-16 Billing Suspension
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan    ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
   Description: ___ /$ ___ mo.
☐ Comp. Replacement Program: $ ___
☐ Attached Addenda
   form# ___ ( _ ) form# ___

**Agreement Presented By:**
Name: BRUCE NUSSBAUM    Phone: 202-962-7676
Xerox Corporation - Acceptance By:
Name: ___   Date: ___
Signature: ___

**Customer:**
Name: DON TYLER    Phone: 703-834-1111
Title: V.P. PHOENIX COLOR    Date: 9/27/99
Signature: [signed]

Form 51860 (10/97)

# LEASE AGREEMENT

**THE DOCUMENT COMPANY
XEROX**

*PHOENIX COLOR CORP.* 01

Customer's Legal Name (Bill to): ~~PHOENIX GRAPHIX, A WHOLLY OWNED~~
Name Overflow (if needed): ~~SUBSIDIARY OF PHOENIX COLOR CORP~~
Street Address: 22922 EAGLEWOOD CT.
Box#/Routing:
City, State: STERLING, VA
Zip Code: 20166
Tax ID#:

Customer Name (Install): PHOENIX COLOR
Name Overflow (if needed):
Installed at Street Address: 18249 PHOENIX DR
Floor/Room/Routing:
City, State: HAGERSTOWN, Md
Zip Code: 21742
County Installed In:
Customer Requested Install Date: 9/29/99

Check all that apply
- ☑ Tax Exempt (Certificate Attached)
- ☐ Assoc./Coop. Name: _____
- ☑ Negotiated Contract #: 0707168 06
- ☐ Attached Customer P.O. #s:   Supplies: ____
  Lease: ____
- ☐ State or Local Government Customer
  Int. Rate: ___ %   Total Int. Payable: $ ____

- ☐ Replacement/Modification of Prior Xerox Agreement
  Agreement covering Xerox Equipment Serial# (or 95#):
  is hereby ☐ modified. ☐ replaced. Effective Date: _/_/_
  Comments:

**Lease Information**
Lease Term: 60 months
☐ Supplies included in Base/Print Charges
☐ Refin. of Prior Agm't.: ☐ Xerox (95#) ____  ☐ 3rd Party Eq.
Amt Refin: $ ____  Int Rate: ___ % Total Int. Payable: $ ____

## Lease Payment Information

| Product (with serial number, if in place equipment) | | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|---|
| (1) DIGIPATH | (1) TWISPAIR | $ FMV | $ | ☐ | ☐ | ☐ |
| (1) DIGIPCA | | $ FMV | | ☐ | ☐ | ☐ |
| (1) ADDSCAN-A | | $ FMV | | ☐ | ☐ | ☐ |
| (1) OPTICAL-A | | $ FMV | | ☐ | ☐ | ☐ |
| (1) MRTBL | | $ FMV | | ☐ | ☐ | ☐ |

$ 1951 : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

### Price Information    ☐ Adjustment Period

| | | Period A - Mos. Affected: - | | Period B - Mos. Affected: - | |
|---|---|---|---|---|---|
| Monthly Base Charge | $ 1951 | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | ▓▓▓ | Print Charge Meter 1: | ▓▓▓ | Print Charge Meter 1: | ▓▓▓ |
| Prints 1 - ∞ | $ 0 | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Print Charge Meter 2: | ▓▓▓ | Print Charge Meter 2: | ▓▓▓ | Print Charge Meter 2: | ▓▓▓ |
| Prints 1 - | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges): | | Mo. Min.# of Prints (based on Meter 1 Print Charges): | | Mo. Min.# of Prints (based on Meter 1 Print Charges): | |

☐ Purchased Supplies  ☐ Cash  ☐ Financed  ☐ Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ Application Software

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ Trade-In Allowance    Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance: $ ____
                           ☐ Price of Replacement Equip.: $ ____

☐ K-16 Billing Suspension
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
   Description: ____ /$ ____ mo.
☐ Comp. Replacement Program: $ ____
☐ Attached Addenda
   form# ____ (__) form# ____

**Agreement Presented By:**
Name: BRUCE NUSSBAUM   Phone: 282-962-7676
Xerox Corporation - Acceptance By:
Name: _____   Date: _____
Signature: _____

**Customer:**
Name: DON TYLER   Phone: 703 834 1111
Title: VP PHOENIX COLOR   Date: 9/27/99
Signature: X _____

Form 51860 (10/97)

# LEASE AGREEMENT

**THE DOCUMENT COMPANY**
**XEROX**

Customer's Legal Name (Bill to): TECHNIGRAPHIX A WHOLLY OWNED
Name Overflow (if needed): SUBSIDIARY OF PHOENIX COLOR CORP
Street Address: 22922 EAGLEWOOD CT
Box#/Routing: _____
City, State: STERLING, VA
Zip Code: 20166-____
Tax ID#: _____
Customer Name (Install): PHOENIX COLOR
Name Overflow (if needed): _____
Installed at Street Address: 18249 PHOENIX DR
Floor/Room/Routing: _____
City, State: HAGERSTOWN, MD
Zip Code: 21742-____
County Installed In: _____
Customer Requested Install Date: 9/29/99

**Check all that apply**
☒ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name: _____
☒ Negotiated Contract #: 0707168 06
☐ Attached Customer P.O. #s:  Supplies: _____
   Lease: _____
☐ State or Local Government Customer
   Int. Rate: ___ %   Total Int. Payable: $ ___
☐ Replacement/Modification of Prior Xerox Agreement
   Agreement covering Xerox Equipment Serial# (or 95#): _____
   is hereby ☐ modified. ☐ replaced.  Effective Date: _/_/_
   Comments: _____

**Lease Information**
Lease Term: 60 months
☐ Supplies included in Base/Print Charges
☐ Refin. of Prior Agm't.; ☐ Xerox (95#) _____   ☐ 3rd Party Eq.
Amt Refin: $ ___   Int Rate: ___ %  Total Int. Payable: $ ___

## Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|
| (1) DIGIPATH   (1) TWINSPAIR | $ FMV | $ | ☐ | ☐ | ☐ |
| (1) DIGIPCA | FMV | | ☐ | ☐ | ☐ |
| (1) ADD SCAN-IT | FMV | | ☐ | ☐ | ☐ |
| (1) OPTICAL-IT | FMV | | ☐ | ☐ | ☐ |
| (1) MRTBL | FMV | | ☐ | ☐ | ☐ |

$ 1951 : **MINIMUM MONTHLY LEASE PAYMENT** (excl. of applic. taxes)

## Price Information               ☐ Adjustment Period

| | Period A - Mos. Affected: - | | Period B - Mos. Affected: - | |
|---|---|---|---|---|
| Monthly Base Charge | $ 1951 | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints  1 - ∞ | $ Ø | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints 1 - | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | | Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | | Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | |

☐ **Purchased Supplies** ☐ Cash ☐ Financed ☐ Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ **Application Software**

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | Total Initial License Fees = $ | |

☐ **Trade-In Allowance**   Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance: $ ___
☐ Price of Replacement Equip.: $ ___

☐ K-16 Billing Suspension
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
   Description: _____ /$ ___ mo.
☐ Comp. Replacement Program: $ ___
☐ Attached Addenda
   form# ___ (_) form# ___

**Agreement Presented By:**
Name: BRUCE NUSSBAUM   Phone: 202-962-7676

**Customer:**
Name: DON TYLER   Phone: 703-834-1111
Title: VP PHOENIX COLOR   Date: 9/27/99
Signature: X _____

**Xerox Corporation - Acceptance By:**
Name: _____   Date: _____
Signature: _____

Form 51860 (10/97)

## LEASE AGREEMENT

THE DOCUMENT COMPANY
XEROX

Customer's Legal Name (Bill to): TECHNI GRAPHIX A WHOLLY OWNED  Check all that apply
Name Overflow (if needed): SUBSIDIARY OF PHOENIX COLOR CORP
Street Address: 22977 EAGLEWOOD CT
Box#/Routing: 
City, State: STERLING, VA
Zip Code: 20166
Tax ID#: 
Customer Name (Install): DBA PHOENIX COLOR
Name Overflow (if needed): 
Installed at Street Address: 18249 PHOENIX DR
Floor/Room/Routing: 
City, State: HAGERSTOWN MD
Zip Code: 21742
County Installed In: 
Customer Requested Install Date: 9/29/99

☐ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name: _____
☒ Negotiated Contract #: 070716806
☐ Attached Customer P.O. #s: Supplies:____ Lease:____
☐ State or Local Government Customer
Int. Rate: ___ %  Total Int. Payable: $ ___
☐ Replacement/Modification of Prior Xerox Agreement
Agreement covering Xerox Equipment Serial# (or 95#):
is hereby ☐ modified. ☐ replaced.  Effective Date: _/_/_
Comments:

**Lease Information**
Lease Term: 60 months
☐ Supplies included in Base/Print Charges
☐ Refin. of Prior Agm't.: ☐ Xerox (95#) ___ ☐ 3rd Party Eq.
Amt Refin: $ ___  Int Rate: ___% Total Int. Payable: $ ___

### Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|
| (1) DIGIPATH  (1) TWNS PAIR | $ FMV | $ | ☐ | ☐ | ☐ |
| (1) DIGIPCA | $ FMV | | ☐ | ☐ | ☐ |
| (1) ADDSCAN-A | $ FMV | | ☐ | ☐ | ☐ |
| (1) OPTICAL-A | $ FMV | | ☐ | ☐ | ☐ |
| (1) MRTBL | $ FMV | | ☐ | ☐ | ☐ |

$ 1951 — : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

### Price Information     ☐ Adjustment Period

| | Period A - Mos. Affected: - | | | Period B - Mos. Affected: - | |
|---|---|---|---|---|---|
| Monthly Base Charge | $ 1951 — | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints 1 - ∞ | $ 0 | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints 1 - | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges): | | Mo. Min.# of Prints (based on Meter 1 Print Charges): | | Mo. Min.# of Prints (based on Meter 1 Print Charges): | |

☐ Purchased Supplies ☐ Cash ☐ Financed ☐ Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ Application Software

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ Trade-In Allowance   Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance: $ ___
☐ Price of Replacement Equip.: $ ___

☐ K-16 Billing Suspension
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
   Description: ___ /$ ___ mo.
☐ Comp. Replacement Program: $ ___
☐ Attached Addenda
   form# ___ (_) form# ___

**Agreement Presented By:**
Name: BRUCE NUSSBAUM  Phone: 202-962-2676
Xerox Corporation - Acceptance By:
Name: ___  Date: ___
Signature: ___

**Customer:**
Name: DON TYLER  Phone: 703-834-1111
Title: V.P. PHOENIX COLOR  Date: 9/27/99
Signature: [signed]

Form 51860 (10/97)

★ ★ DOTTED AREAS ★ ★
To be completed by the Sales CBR.
All other areas to be completed by the Sales Rep.

**ORDER AGREEMENT**
INTERNAL DOCUMENT

THE DOCUMENT COMPANY
XEROX

Customer Number: 098663859
95 Customer Number:
Sale Range Worksheet/Unit: 3147651 2
Product: DIGIPATH
Order Number:

Customer Name: TECHNIGRAPHIX/PHOENIX
Ordertaker Loc:
Install Rep Loc:
Order Emp #: 955496
Install Emp #: AGBIWL
Warr Mos:
Equip BCD:
Maint. BCD:

Sale Price List #:
Maint. Price List # / Plan Description:
Rental Price List #:
Applicable Marketing Guide Article(s) #:
Data Unit: CPAS

Config. Override:  Override Data Unit:  Commission Waiver Code:  Network ID:  Pooling ID:  Pooling ID / Type (not CPC related):

Tax Exempt: ☐ Yes ☐ No   Tax Codes State:  | County:  | City:
Tax Overrides: ☐ PT&D ☐ P&A ☐ Rent ☐ Sale ☐ Other
Geo Code State:  | County:  | City:

Standard Industrial Code (SIC):  Install Establishment #:  Nature of Business: PRINTING
Years in Business:  XNAC:

**METER READS** (in place equipment)
1.
2.
3.
4.
5.

**NUMBER OF EMPLOYEES** at the Customer's Location
1. ☐ 1-9     5. ☒ 100-499
2. ☐ 10-19   6. ☐ 500-999
3. ☐ 20-49   7. ☐ 1000-1499
4. ☐ 50-99   8. ☐ 1500-2499
              9. ☐ 2500+

State and Local Contract: X
Fed. Gov't Contract #:
☐ Government Firm Contract Option
☐ Government Fiscal Year Option
Government Fiscal Year Begins:

**CUSTOMER INVOICING REQUIREMENTS** (check all that apply)
☐ Outbound   ☐ Inbound   ☐ RIC
☐ Meter Collection   ☐ Fax   ☐ Meter Cards
☐ Single Invoicing   ☐ Electronic Invoicing
☐ Summary Invoicing  ☐ Electronic Funds Transfer   Summary Override
☐ Finance Summary   IMI Code
☐ EBS
Statement Invoicing   Link #

Supplies Automatic Replenishment Print Volume Adj.
*Required for Supplies Included Machines
☐ Estimated Print Volume (EMCV)
☐ Monthly Print Volumes (fill in all months)
Jan   Feb   Mar   Apr
May   Jun   Jul   Aug
Sep   Oct   Nov   Dec

Supplies Automatic Replenishment Ship-To Address
*Required for Supplies Included Machines
☐ Same as Install Address   ☐ Ship-To Address Below
Attn Name
Contact Name
Phone
Special Delivery Instructions:

**Delivery / Installation Requirements**
Delivery Contact: DON TYLER   Phone: 1 800 632 4111   Ext. 5099
Alternate Delivery:   Phone:   Ext.
Survey Contact: DON TYLER   Phone: 703 834 1111   Ext.
Delivery Location/Department:   Floor #:   Room #:   Flooring: ☐ Carpet ☐ Tile ☐ Marble ☐ Other
Delivery Entrance: ☐ Front ☐ Back ☐ Side   Delivery Hours 7AM To 5PM   Doorway Width   RIC/FAX#

☒ Loading Dock  Elevator: ☐ Passenger ☐ Freight  ☐ Upend Required?  ☐ Rails Needed?  ☐ Staircrawler  ☐ Tech. Rep.
☐ Steps #   Landings #   ☐ Space Ready?  ☐ Site Cleared?  ☐ Supplies Ordered  ☐ Stand / Table Required?
☐ In place equipment / furniture needs to be moved prior to delivery?   ☐ Telephone Line Ready?
☒ Electricity / Receptacle Ready   Power Cord Type   Volts   Amps
☐ 20 Amp Receptacle To Customer  Customer 20 Amp Receptacle installed? ☐ Yes ☐ No
☐ Customer acknowledges request to be billed for Xerox Service Installation charges on customer Installable equipment? ☐ Software
☐ DTR Site Verification required?   ☐ Obstruction / obstacles in the delivery path? If checked, explain in space to the right.
☐ Installation Preparation Document reviewed?   ☐ Customer Satisfaction Checklist Completed?

- NOTES -
PLEASE PROCESS
& SHIP ASAP

☐ Pick up trade unit at same time as delivery?  Date:   ERC Code:   ☐ Repack Kit?
Make:   Model:   Serial Number:   Competitive Equipment Replacement Tag#

★ ★ EXCEPTION APPROVALS SHOULD BE OBTAINED BY SALES REP PRIOR TO SUBMITTING ORDER TO CBR ★ ★

Check all that apply:
☐ Competitive Trade-In Range Extension Promotion
☐ XTI / CTI / CRP Headquarters Exception Approval
☐ Waiver of Rental ETCs
☐ Other
☐ Other
☐ Other

Signatures below indicate approval for the items checked on the left

CBU Manager, Sales Operations   Date

CBU Controller   Date

★★ DOTTED AREAS ★★
To be completed by the Sales CBR.
All other areas to be completed by the Sales Rep.

# ORDER AGREEMENT
INTERNAL DOCUMENT

THE DOCUMENT COMPANY
XEROX

**Customer Number:** 0981663855
**95 Customer Number:** 836865 2
**Sale Range Worksheet/Unit:**
**Product:** DIGIPATH
**Order Number:**

**Customer Name:** TECHNIGRAPHX / PHOENIX
**Ordertaker Loc:**
**Install Rep Loc:**
**Order Emp #:** 959496
**Install Emp #:** A6BIWL
**Warr Mos:**
**Equip BCD:**
**Maint. BCD:**

**Sale Price List #:**
**Maint. Price List # / Plan Description:**
**Rental Price List #:**
**Applicable Marketing Guide Article(s) #:**
**Data Unit:** CPAS

**Config. Override:**
**Override Data Unit:**
**Commission Waiver Code:**
**Network ID:**
**Pooling ID:**
**Pooling ID / Type (not CPC related):**

**Tax Exempt:** ☐Yes ☑No
**Tax Codes:** State: | County: | City:
**Tax Overrides:** ☐PT&D ☐P&A ☐Rent ☐Sale ☐Other
**Geo Code:** State: | County: | City:

**Standard Industrial Code (SIC):**
**Install Establishment #:**
**Nature of Business:** PRINTING
**Years in Business:**
**XNAC:**

**METER READS** (in place equipment)
1.
2.
3.
4.
5.

**NUMBER OF EMPLOYEES** at the Customer's Location
1. ☐ 1-9    5. ☑ 100-499
2. ☐ 10-19  6. ☐ 500-999
3. ☐ 20-49  7. ☐ 1000-1499
4. ☐ 50-99  8. ☐ 1500-2499
            9. ☐ 2500+

**State and Local Contract:** X
**Fed. Gov't Contract #:**
☐ Government Firm Contract Option
☐ Government Fiscal Year Option
**Government Fiscal Year Begins:**

**CUSTOMER INVOICING REQUIREMENTS** (check all that apply)
☐ Outbound  ☐ Inbound  ☐ RIC
☐ Meter Collection  ☐ Fax  ☐ Meter Cards
☐ Single Invoicing  ☐ Electronic Invoicing
☐ Summary Invoicing  ☐ Electronic Funds Transfer
☐ Finance Summary
☐ EBS
Statement Invoicing  Link #

Summary Override
IMI Code

**Supplies Automatic Replenishment Print Volume Adj.**
*Required for Supplies Included Machines
☐ Estimated Print Volume (EMCV)
☐ Monthly Print Volumes (fill in all months)

Jan ___ Feb ___ Mar ___ Apr ___
May ___ Jun ___ Jul ___ Aug ___
Sep ___ Oct ___ Nov ___ Dec ___

**Supplies Automatic Replenishment Ship-To Address**
*Required for Supplies Included Machines
☐ Same as Install Address  ☐ Ship-To Address Below
Attn Name
Contact Name
Phone
Special Delivery Instructions:

**Delivery / Installation Requirements**
Delivery Contact: DON TYLER     Phone: 1 800 632 4111    Ext. 5055
Alternate Delivery:              Phone:                  Ext.
Survey Contact: DON TYLER        Phone: 703 834 1111     Ext.

Delivery Location/Department: ___  Floor #: ___  Room #: ___  Flooring: ☐Carpet ☐Tile ☐Marble ☐Other
Delivery Entrance: ☐Front ☐Back ☐Side   Delivery Hours: 7AM To 5PM   Doorway Width: ___   RIC/FAX#:

☑ Loading Dock  Elevator: ☐Passenger ☐Freight ☐Upend Required? ☐Rails Needed? ☐Staircrawler ☐Tech. Rep.
☐ Steps #   Landings #   ☐Space Ready? ☐Site Cleared? ☐Supplies Ordered ☐Stand / Table Required?
☐ In place equipment / furniture needs to be moved prior to delivery?   ☐Telephone Line Ready?
☑ Electricity / Receptacle Ready   Power Cord Type ___  Volts ___  Amps ___
☐ 20 Amp Receptacle To Customer   Customer 20 Amp Receptacle installed? ☐Yes ☐No
☐ Customer acknowledges request to be billed for Xerox Service Installation charges on customer Installable equipment? ☐Software
☐ DTR Site Verification required?   ☐ Obstruction / obstacles in the delivery path? If checked, explain in space to the right.
☐ Installation Preparation Document reviewed?   ☐ Customer Satisfaction Checklist Completed?

**- NOTES -**
PLEASE PROCESS AND SHIP ASAP

☐ Pick up trade unit at same time as delivery?  Date: ___   ERC Code: ___   ☐ Repack Kit?
Make: ___  Model: ___  Serial Number: ___   Competitive Equipment Replacement Tag#

★★ EXCEPTION APPROVALS SHOULD BE OBTAINED BY SALES REP PRIOR TO SUBMITTING ORDER TO CBR ★★

**Check all that apply:**
☐ Competitive Trade-In Range Extension Promotion
☐ XTI / CTI / CRP Headquarters Exception Approval
☐ Waiver of Rental ETCs
☐ Other ___
☐ Other ___
☐ Other ___

Signatures below indicate approval for the items checked on the left

CBU Manager, Sales Operations _____  Date ___

CBU Controller _____  Date ___