**EXHIBIT B**

**ORIGINAL**                                                                1

1         IN THE UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF MARYLAND
3
4
5    XEROX CORPORATION,           :
6         Plaintiff               :
7         Vs.                     :    CIVIL ACTION NO.
8    PHOENIX COLOR CORPORATION:        L-02-CV-1734
9    and TECHNIGRAPHIX, INC.,    :
10        Defendants              :
11                    ---------------------
12
13        Deposition of **BRUCE M. NUSSBAUM**, taken
14   on Tuesday, February 25, 2003, at 1:07 p.m., at
15   the offices of Piper Rudnick, 6225 Smith Avenue,
16   Baltimore, Maryland, before Ilana E. Johnston,
17   R.P.R. and Notary Public.
18                    ---------------------
19
20   Reported by:
21   Ilana E. Johnston, R.P.R.

                         CRC-SALOMON
                      Baltimore, Maryland
            Phone (410) 821-4888   Fax (410) 821-4889

1     A. Are they all done on the same day?

2     Q. Yes.

3     A. They are all different equipment. That tells me usually, when they're done on the same day and it's all the equipment, that you're trying to get a lower payment. This may have been a genesis from one of the Ed Lieberman meetings. I don't recall.

9     Q. And do you remember any discussions with anyone at TechniGraphix or Phoenix Color about changing the name of the contracting party with respect to these contracts?

13    A. You mean to Phoenix Color?

14    Q. Changing the name from TechniGraphix to Phoenix Color.

16    A. No.

17    Q. You recall no discussions with anyone from TechniGraphix or Phoenix Color about that.

19    A. No.

20    Q. Okay. Let's go to the next page. Oh, let me just ask you if you can look through from

1  have been that any association with TechniGraphix
2  was not creditworthy.  Phoenix Color was.
3      Q.  Do you know whose handwriting that is up
4  there?
5      A.  It looks like Donny Tyler's, the DT.
6      Q.  Yeah, but whose -- do you recognize it
7  as being Tyler's handwriting?
8      A.  The DT?
9      Q.  Yes.
10     A.  Yes.
11     Q.  Okay.  But the actual writing Phoenix
12 Color Corp. Up there --
13     A.  I recognize that as mine.
14     Q.  So it's your handwriting that wrote
15 Phoenix Color Corp. And then you recognize
16 specifically Don Tyler's initials next to it.
17     A.  Yeah.
18     Q.  Okay.  Do you have any understanding as
19 to why you would have crossed out TechniGraphix
20 and replaced it with Phoenix Color Corp.?
21     A.  I just told you my answer.  There may

1   have been a negative association with
2   TechniGraphix from a credit standpoint.
3       Q.   Anyone ever tell you that you needed to
4   do this in order to get this order approved?
5       A.   I don't recall.
6       Q.   Do you recall ever explaining to Don
7   Tyler the significance of this?
8       A.   I don't recall.
9       Q.   And this fax apparently was sent from
10  Jonathan Frances to Pattie Woliver on
11  October 8th, 1999; is that right?
12      A.   Whatever it says.
13      Q.   And it says on this fax here are the
14  changes.  Thanks for everything.  Do you see
15  anything on these documents that's a change other
16  than the crossed off name, which you did?
17      A.   The initial.
18      Q.   The initial.
19      A.   That's it.
20      Q.   And the replaced name?
21      A.   That's all I see.

214

1  STATE OF MARYLAND    SS:

2          I, Ilana E. Johnston, RPR and Notary

3  Public of the State of Maryland, do hereby

4  certify that the within named, BRUCE M. NUSSBAUM,

5  personally appeared before me at the time and

6  place herein set out, and after having been duly

7  sworn by me, was interrogated by counsel.

8          I further certify that the examination

9  was recorded stenographically by me and this

10 transcript is a true record of the proceedings.

11         I further certify that the stipulations

12 contained herein were entered into by counsel in

13 my presence.

14         I further certify that I am not of

15 counsel to any of the parties, nor an employee of

16 counsel, nor related to any of the parties, nor i

17 any way interested in the outcome of this action.

18         As witness my hand and notarial seal

19 this 28th day of February, 2003.

20 My commission expires          _____

21 December 1, 2004                    Notary Public

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888  Fax (410) 821-4889