**EXHIBIT C**

COPY

1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MARYLAND
 3
 4
 5    XEROX CORPORATION,         :
 6           Plaintiff           :
 7    Vs.                        :   CIVIL ACTION NO.
 8    PHOENIX COLOR CORPORATION: L-02-CV-1734
 9    and TECHNIGRAPHIX, INC.,   :
10           Defendants          :
11           ---------------------
12           Deposition of DONALD C. TYLER, taken on
13    Wednesday, March 5, 2003, at 1:28 p.m., at the
14    offices of Weinstock, Friedman & Friedman, P.A.,
15    Executive Centre, 4 Reservoir Circle, Suite 200,
16    Baltimore, Maryland, before Ilana E. Johnston,
17    R.P.R. and Notary Public.
18           ---------------------
19
20    Reported by:
21    Ilana E. Johnston, R.P.R.
```

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888   Fax (410) 821-4889

1    A.  Repeat the question, please.

2    Q.  Would you have signed this lease if your name was not printed out or written out above where you signed?

5    MR. GAUMONT:  Objection to form.  Asked and answered.

7    A.  No, sir.

8    Q.  No.  Would you have signed this lease agreement if the customer's name was not filled out?

11   MR. GAUMONT:  Objection to form.

12   A.  Yes, sir.

13   Q.  Why?

14   A.  Because in my dealings with Xerox over the period of time on numerous lease agreements my concentration was that I was purchasing the meat of the contract, which is the components of the 6180 and the current lease breakdown and my name and Bruce's name.

20   Q.  So it didn't matter to you whose name was in the space marked customer's legal name?

1    MR. GAUMONT: Objection.
2    Characterization, form. Mr. Friedman, please
3    keep your voice down.
4            MR. FRIEDMAN: Mr. Gaumont, I'm going to
5    raise my voice so he can hear me because I don't
6    want you accusing me of speaking too softly.
7    We've already had testimony that he doesn't hear
8    well.
9            MR. GAUMONT: You're yelling.
10           MR. FRIEDMAN: No, I'm speaking loudly
11   so that he can hear me.
12       Q. Am I speaking too loudly for you?
13       A. A little bit now, yeah. As long as I
14   can see you, sir.
15       Q. As long as you can see me. All right.
16       A. Yes. Please repeat the question,
17   please.
18       Q. It didn't matter to you whether the
19   customer's legal name was filled out?
20           MR. GAUMONT: Objection. Foundation,
21   form.

90

1   Q.   Is that your testimony?
2   A.   I concentrated on the meat of the
3   contract, sir.
4   Q.   So that means you didn't care whether
5   the customer's name was filled out, correct?
6        MR. GAUMONT:  Objection.  Form,
7   characterization.
8   A.   No, sir.
9   Q.   You did care.
10       MR. GAUMONT:  Objection.  How many
11  questions you got out there?
12  Q.   You did care.
13  A.   Sir, your question was did I look to see
14  if the name was filled out.  And I stated to you
15  that I concentrated solely on the components of
16  the contract, the lease agreement and the price.
17  Q.   Was it important to you whether the name
18  of the customer was filled out when you signed
19  the lease?
20       MR. GAUMONT:  Objection to form.
21  A.   I did not look at the top of the

1    contract on every contract, sir.
2        Q.  Was it important to you whether the name
3    of the customer was filled out?  That's my
4    question.
5        MR. GAUMONT:  Objection to form.
6        A.  I can't answer that.
7        Q.  I take it then it was not important to
8    you.
9        MR. GAUMONT:  Objection.
10   Characterization, form.
11       A.  Yes, sir, it was important to me.
12       Q.  It was important to you, but you didn't
13   look to see whether it was filled out; is that
14   your testimony?
15       MR. GAUMONT:  Objection to form.
16       A.  Yes, sir.
17       Q.  Okay.  But sitting here today, you don't
18   have any recollection as to whether it was filled
19   out completely or not; is that correct?
20       A.  No, sir, I don't recall.
21       Q.  I will tell you now that the rest of the

1    around it and initials next to it?
2        A.   No, sir, it's not.
3        Q.   Is that your initials next to Phoenix
4    Color Corporation?
5        A.   No, sir, it's not.
6        Q.   Don't recognize that as your
7    handwriting.
8        A.   That's not my initials.
9        Q.   That's not your initials.
10       A.   No, sir, it's not.
11       Q.   And you don't know whose initials they
12   are or whose handwriting that is?
13       A.   No, sir, I don't.
14       Q.   All right.  Do me a favor and write out
15   your name please and your initials.
16       A.   (Witness complies.)
17           MR. FRIEDMAN:  Let's have this marked as
18   an exhibit next on behalf of Tyler, Exhibit
19   8.
20               (Whereupon, Tyler Deposition
21   Exhibit No. 8, Mr. Tyler's signature and

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888   Fax (410) 821-4889

```
 1   initials, marked.)
 2       Q.  Look at the next page where it also has
 3   Phoenix Color Corp. Written in place of
 4   TechniGraphix with initials next to it with a
 5   circle around it.  Is that your writing?
 6       MR. GAUMONT:  Objection.
 7       A.  No, sir, it's not.
 8       Q.  And are those your initials next to
 9   Phoenix Color Corporation?
10       A.  No, sir, it's not.
11       MR. FRIEDMAN:  Let's have this marked
12   next, please.
13           (Whereupon, Tyler Deposition
14   Exhibit No. 9, lease agreements, marked.)
15       Q.  Tyler Exhibit 9 is a photocopy of a
16   lease dated December the 6th, '99.  It could be
17   the same two pages.  Is that your signature at
18   the bottom of those two pages?
19       A.  Yes, sir, it is.
20       Q.  Did this lease agreement appear the same
21   when you signed it as it does today?
```

141

1   Q.  Did you sign any contracts with any
2   other vendors when you were employed by either
3   TechniGraphix or Phoenix Color?
4   A.  I don't recall.
5   Q.  Did you ever have a conversation with
6   Bruce Nussbaum about the creditworthiness of
7   TechniGraphix?
8       MR. GAUMONT:  Objection to form.
9   A.  No, sir.
10  Q.  Do you remember having a conversation
11  with Bruce Nussbaum about the lack of
12  creditworthiness of TechniGraphix?
13      MR. GAUMONT:  Objection to form.
14  A.  No, sir.
15  Q.  Do you remember Bruce Nussbaum or
16  anybody from Xerox telling you or stating to you
17  that Xerox was unwilling to extend credit to
18  TechniGraphix for the purchase of equipment or
19  the leasing of equipment?
20  A.  No, sir.
21  Q.  Do you remember anybody from Xerox

1    telling you that in order for TechniGraphix to
2    lease or purchase equipment from Xerox or
3    refinance, more specifically, as it did in
4    December of 1999, that the contracts would have
5    to be in the name of Phoenix Color or if they
6    were in the name of TechniGraphix they would have
7    to be guaranteed by Phoenix Color?
8         A.   No, sir.
9         Q.   Is your answer that you don't recall or
10   that no such conversation occurred?
11        A.   No such conversation occurred.
12        Q.   Why are you so certain of that?
13        A.   Because if that conversation had
14   occurred, I immediately had to bring Ed Lieberman
15   in as to why TechniGraphix had a credit problem.
16        Q.   You never had any discussion with Ed
17   Lieberman about the lack of credit that
18   TechniGraphix --
19        A.   No, sir.
20        Q.   -- had with Xerox.
21        A.   No, sir.

154

STATE OF MARYLAND

    SS:

    I, Ilana E. Johnston, RPR, a Notary Public of the State of Maryland, do hereby certify that the within named, DONALD C. TYLER, personally appeared before me at the time and place herein set out, and after having been duly sworn by me, was interrogated by counsel.

    I further certify that the examination was recorded stenographically by me and this transcript is a true record of the proceedings.

    I further certify that I am not of counsel to any of the parties, nor an employee of counsel nor related to any of the parties, nor in any way interested in the outcome of this action.

    As witness my hand and notarial seal this 10th day of March, 2003.

My commission expires: _____
December 1, 2004                              Notary Public

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888    Fax (410) 821-4889