IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **XEROX CORPORATION** | * |
| Plaintiff | * |
| v. | * |
| **PHOENIX COLOR CORPORATION** | * |
| Defendant | * |
| | * Civil Action No.: WDQ 02 CV 1734 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF ROSALIA T. GIANOLA

I hereby certify under the penalties of perjury, the following statement is true and correct according to the books and records of the Plaintiff, Xerox Corporation:

1. I am Rosalia T. Gianola, and am employed by Xerox as a Paralegal, and legal liaison.

2. I am competent to be a witness and have personal knowledge of the facts and matters set forth herein.

3. I have reviewed the Motion for Partial Summary Judgment of the Plaintiff, Xerox Corporation, and hereby affirm under the penalties of perjury that the information set forth therein is true and correct according to the books and records of Xerox Corporation, and also according to my personal knowledge.

1

4. Exhibit 1, assembled into a binder, and filed with Plaintiff's Motion for Partial Summary Judgment, was compiled by me, and accurately reflects the balance due and owing as to the contracts set forth therein.

5. The balance due and owing Xerox Corporation by Phoenix Color Corporation is $1,966,668.00 (One Million Nine Hundred Sixty-Six Thousand Six Hundred and Sixty-Eight Dollars).

6. I have personal knowledge of the facts alleged in this affidavit.

7. I hereby certify under the penalties of perjury that the facts set forth in the above affidavit are true and correct according to my knowledge, information, and belief.

_____/s/_____          _____

Rosalia T. Gianola                                     Date

4. Exhibit 1, assembled into a binder, and filed with Plaintiff's Motion for Partial Summary Judgment, was compiled by me, and accurately reflects the balance due and owing as to the contracts set forth therein.

5. The balance due and owing Xerox Corporation by Phoenix Color Corporation is $1,966,668.00 (One Million Nine Hundred Sixty-Six Thousand Six Hundred and Sixty-Eight Dollars).

6. I have personal knowledge of the facts alleged in this affidavit.

7. I hereby certify under the penalties of perjury that the facts set forth in the above affidavit are true and correct according to my knowledge, information, and belief.

_____   April 8, 2003
Rosalia T. Gianola             Date

2