IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XEROX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX COLOR CORPORATION<br><br>and<br><br>TECHNIGRAPHIX, INC.,<br><br>Defendants. | CIVIL ACTION NO. WDQ 02 CV 1734 |

**PHOENIX COLOR CORPORATION'S MOTION FOR
SUMMARY JUDGMENT**

Pursuant to Federal Rule 56 and Rule 105(c) of the Local Rules of this Court, Phoenix Color Corporation ("Phoenix Color"), by its attorneys, files this Motion for Summary Judgment. The grounds for Phoenix Color's motion are set forth more fully in the accompanying Memorandum in Support.

Respectfully submitted,

*/s/ John R. Wellschlager*
John R. Wellschlager (Fed. Bar No. 24752)
Robert A. Gaumont (Fed. Bar No. 26302)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

*Attorneys for Phoenix Color Corporation and
Technigraphix, Inc. Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2003 a copy of Phoenix Color Corp.'s Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment and in Opposition to Xerox's Motion for Partial Summary Judgment was hand-delivered to: Sidney S. Friedman, Esquire and Rosemary E. Allulis, Weinstock, Friedman & Friedman, P.A., Executive Centre, 4 Reservoir Circle, Baltimore, Maryland 21208-7301, attorneys for plaintiff.

_____
John R. Wellschlager

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XEROX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX COLOR CORPORATION<br><br>and<br><br>TECHNIGRAPHIX, INC.,<br><br>Defendants. | CIVIL ACTION NO. WDQ  02 CV 1734 |

## ORDER

Upon consideration of the Motion for Partial Summary Judgment filed by plaintiff, Xerox Corporation, the Motion for Summary Judgment filed by defendant, Phoenix Color Corporation, and all oppositions and replies thereto, it is this ____ day of _____, 2003

ORDERED: that the Motion for Summary Judgment filed by Phoenix Color Corporation is GRANTED; and it is

FURTHER ORDERED: that the Motion for Partial Summary Judgment filed by Xerox Corporation is DENIED.

_____
United States District Court Judge