# EXHIBIT C

**ORIGINAL**                                                              1

1             IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF MARYLAND

3

4

5    XEROX CORPORATION,            :

6         Plaintiff                :

7         Vs.                      :    CIVIL ACTION NO.

8    PHOENIX COLOR CORPORATION:         L-02-CV-1734

9    and TECHNIGRAPHIX, INC.,     :

10        Defendants               :

11                  ---------------------

12

13             Deposition of **BRUCE M. NUSSBAUM**, taken

14   on Tuesday, February 25, 2003, at 1:07 p.m., at

15   the offices of Piper Rudnick, 6225 Smith Avenue,

16   Baltimore, Maryland, before Ilana E. Johnston,

17   R.P.R. and Notary Public.

18                  ---------------------

19

20   Reported by:

21   Ilana E. Johnston, R.P.R.


CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888   Fax (410) 821-4889

1  what you would call a flat rate program. I don't
2  recall the dollar amount, but whatever it was,
3  and this is basically any time they could get it,
4  this is what they were after.
5          They wanted to know what their monthly
6  nut was, so they would just sell, you know, this
7  is what I got to recoup during the monthly
8  period. Everything else is profit. Very easy to
9  count.
10     Q.  When is the first -- what's the earliest
11 date that you can recall servicing the
12 TechniGraphix account?
13     A.  I don't know. Maybe '97. It was just
14 about for my whole, my whole second stint at
15 Xerox. You know, it was -- I think I got
16 TechniGraphix when I -- I came back to Xerox in
17 May of '96, and at the end of that I think I got
18 a new assignment, and that was in the
19 assignment. They added some accounts.
20     Q.  Between the two periods that you were
21 employed by Xerox where did you work?

1  A.  Yeah.

2  Q.  How often would you visit TechniGraphix
3  as part of your job?

4  A.  As much as needed.  And what I mean, I'm
5  not trying to be smart or anything, but what I
6  mean by that is, you know, certainly you keep in
7  touch with your customers, but there are times
8  when you're trying to accomplish -- get a
9  transaction to become an order and place another
10 piece of equipment.

11        And there are times when you're just
12 doing customer service.  But usually probably two
13 or three times a month and more if I'm actively
14 engaged in some sort of equipment placement.

15 Q.  Who at TechniGraphix did you generally
16 meet with?  I'm talking about in the 1997, 1998
17 period when you would visit them.

18 A.  This is pre-Phoenix; is that what you're
19 talking about?

20 Q.  Yes.

21 A.  Pre-Phoenix Jack Tiner is the one I did

1  all the business with, but, you know, if Jack
2  wasn't there I would go and, you know, just meet
3  with some of the operators and the people that
4  were running the back room, but they didn't have
5  the authority to do any business. Jack Tiner was
6  the only person who had that authority.
7      Q.  Okay.  What was your understanding of
8  Jack Tiner's position with the company? And by
9  company I mean TechniGraphix.
10     A.  Jack ran the business, owned the
11 business with his wife Debbie.
12     Q.  Did you know as to whether he was
13 president of TechniGraphix?
14     A.  It might have been a -- there might have
15 been a technicality that Debbie was the
16 president, but it wasn't important to me because
17 Debbie wasn't going to authorize any purchases
18 unless Jack had made the, you know, blessed the
19 deal.
20         And I don't -- to my recollection, the
21 only time that she would ever have even offered a

1    A.  It looks like the same signature, Donald
2  Tyler.
3    Q.  And do you know whose handwriting is
4  throughout the document?
5    A.  It appears to be mine.
6    Q.  Including putting in the title
7  vice-president Phoenix Color, VP Phoenix Color?
8    A.  Yep.
9    Q.  Okay.  And do you have any recollection
10 of making this modification in December of 1999?
11 Do you recall the circumstances surrounding it?
12   A.  No, but when I look at it, what comes to
13 mind is he was adding this component right, here
14 this listing that designated a component.
15       MR. FRIEDMAN:  Read it.
16   A.  The N gate, the A gate, the PH hub, the
17 NSP kit 3, some type of kit.  I don't know.  And
18 that necessitated a contract
19 replacement/modification.  This was not a new
20 6180.
21   Q.  So as far as you're concerned, the only

```
1    thing that this contract did to the previous
2    contract was add these new components?
3         A.   And change the term, I mean, you know,
4    change the payment and the term.
5         Q.   Okay.  So it added a component, right,
6    and it lowered the term from 60 months to 59
7    months?  Did it do anything else to your
8    understanding when you filled out this document?
9         A.   As I look at it, that's what it appears
10   to be.
11        Q.   Okay.  Let's go to the next page,
12   2507.  Do you recognize the signature on the
13   lower right corner?
14        A.   Yes, sir.
15        Q.   Whose signature is that?
16        A.   Same, Donald Tyler.
17        Q.   Do you recognize the handwriting
18   throughout the document?
19        A.   Yes, I do.
20        Q.   Whose handwriting is that?
21        A.   Mine.
```

1    Q.  Okay.  Including the title VP Phoenix
2    Color, right?
3    A.  Yes.
4    Q.  Including the customer legal name
5    Phoenix Color Corp.; is that correct?
6    A.  Absolutely.
7    Q.  Okay.  And what is your understanding of
8    what this document did with respect to the
9    contract that it was modifying?
10   A.  According to the document, it says it's
11   a replacement/modification of a prior Xerox
12   agreement.  I checked it.  And the prior Xerox
13   agreement that it is replacing or modifying is
14   this number.  That's what I understand.
15   Q.  What is it doing that the previous
16   contract did not do?
17   A.  You're adding the stacker.  I mean, this
18   is the -- this is what he was doing.  He was
19   adding a component.
20   Q.  Adding a component and lowering the term
21   from 60 months to 59.

```
 1      A.  It might not have been lowering it.  It
 2  starts out a 60-month contract.
 3      Q.  Okay.
 4      A.  It might have been 59 left.  He might
 5  have said hey, you know, I wanted to get the
 6  stackers with those, why didn't you do that.
 7  Well, you didn't tell me when we first did it.  I
 8  want the stackers.  The paperwork is necessary.
 9      Q.  Did this contract do anything other than
10  change the terms you just talked about?
11      A.  I don't believe so.
12      Q.  Okay.  Next page, 2508.  Whose signature
13  in the lower right, if you can identify it?
14      A.  It is the same signature of Donald
15  Tyler.
16      Q.  And whose handwriting is throughout that
17  document?
18      A.  The lower right-hand; is that what you
19  meant?
20      Q.  Yes.  And whose handwriting is
21  throughout the document?
```

1        A.    It appears to be mine.

2        Q.    Okay.  This document is dated 12/10/99;
3   is that right?

4        A.    Yep.  It looks like they're all done the
5   same day.

6        Q.    Okay.  What was -- what changed with
7   respect to this -- this is a contract
8   modification, and what was the new term with
9   respect to this contract?

10       A.    This, if I'm looking at this and I have
11  to make an opinion, all these contracts, and
12  they're mixed 6100s, and they're all on the same
13  day, usually you're lengthening what's left and
14  you're giving one group amount of months left on
15  the contract instead of some that are coming up
16  in 40 months and 30 months and 60 months.

17       Q.    Well, let's go through from 2509, and
18  I'll just ask you to look at 2510, 11, 12, 13,
19  14, 15, 16, 17, all the way up to --

20       A.    Are they all done the same day?

21       Q.    -- all the way up to 19.

1    A.  Are they all done on the same day?

2    Q.  Yes.

3    A.  They are all different equipment.  That
4 tells me usually, when they're done on the same
5 day and it's all the equipment, that you're
6 trying to get a lower payment.  This may have
7 been a genesis from one of the Ed Lieberman
8 meetings.  I don't recall.

9    Q.  And do you remember any discussions with
10 anyone at TechniGraphix or Phoenix Color about
11 changing the name of the contracting party with
12 respect to these contracts?

13   A.  You mean to Phoenix Color?

14   Q.  Changing the name from TechniGraphix to
15 Phoenix Color.

16   A.  No.

17   Q.  You recall no discussions with anyone
18 from TechniGraphix or Phoenix Color about that.

19   A.  No.

20   Q.  Okay.  Let's go to the next page.  Oh,
21 let me just ask you if you can look through from

107

1   2509 to 2519 and take all the time you need and
2   just tell me whether with respect to --
3       A.   Look, there's no date on this one.  I
4   really did a haphazard job.
5       Q.   With the exception of Don Tyler's
6   signature in the lower right corner, to your
7   knowledge, does anyone else's handwriting appear
8   on any of these pages?
9       A.   It appears that the only handwritings
10  that appear on these documents are mine and Don
11  Tyler's signature.
12      Q.   Okay.
13      A.   What am I going to, 19?
14      Q.   To 19.
15      A.   Yeah, this looks like one massive
16  contract extension or something like that.  It's
17  amazing.
18      Q.   Okay.  Let's go to --
19      A.   I don't remember any of this.
20      Q.   Let's go to 2520.  These contracts 2520
21  to 2533 anyway are typed.

1    A.  Right.  They were generated by that
2    system.
3    Q.  Okay.  Do you recall presenting these to
4    Mr. Tyler, which would have been, I guess, three
5    days after Christmas in 1999?
6    A.  Do I recall?  No.
7    Q.  Now, if an agreement is presented by
8    you, does that mean that you necessarily were the
9    person who brought that to him or would you have
10   been involved with that process?
11   A.  I was involved.
12   Q.  Okay.  Who else would have come with you
13   at any given time to present one of these
14   contracts or agreements?
15   A.  It could have been an analyst.  It could
16   have been -- I mean, generally speaking, it was
17   just me.  Jonathan wasn't there hardly at all.
18   Q.  When you say Jonathan, do you mean
19   Jonathan Frances?
20   A.  Yeah.  He helped me with proposals and
21   stuff and working numbers, but generally me.

1     Q. Whose handwriting is that on the date?
2 Is that your handwriting?
3     A. Which document are we on?
4     Q. 2520.
5     A. 2520. Where it says date, right
6 there?
7     Q. Uh-huh.
8     A. That's mine.
9     Q. That's yours. So you dated all these
10 documents?
11     A. It looks that way.
12     Q. Some of the other ones actually have
13 more handwriting on them. Any of the documents
14 from 2520 include handwriting other than yours
15 with the exception of Don Tyler's signature on
16 the lower right corner?
17     A. 2520 on to what?
18     Q. To 2533.
19     A. Oh, man.
20     Q. Take your time.
21     A. I am. 22 has none of my handwriting

1    except for the date.

2        Q.   Well, hold on a second.  22 is typed.

3        A.   Except for the date I said.

4        Q.   Okay.  Okay.

5        A.   If you're going to try to hang me,

6    listen to the whole thing here.  23 appears to be

7    my handwriting except for Donald Tyler.

8        Q.   His signature.

9        A.   Yes.

10       Q.   Okay.

11       A.   See, the system that typed it, once we

12   understood how it worked, we could generate the

13   order and it became less tedious to fill the

14   whole thing out.

15       Q.   Right.

16       A.   So once we got the hang of it, all we

17   had to do was get the authorization signature.

18       Q.   Do you recall ever explaining to anyone

19   at Phoenix Color or TechniGraphix that you were

20   changing the party of the contract from

21   TechniGraphix to Phoenix Color?