# EXHIBIT D

959392705

# LEASE AGREEMENT

THE DOCUMENT COMPANY
XEROX

Worksheet:  53124    Unit:  1

Customer Legal Name (Bill to)  Technigraphix Inc   A WHOLLY OWNED
Name Overflow (if needed)  SUBSIDIARY OF PHOENIX COLOR CORP
Street Address  22977 Eaglewood Ct.
Box#/Routing
City, State  Sterling, VA
Zip Code  20166
Tax ID#

Customer Name (Install)  Technigraphix Inc
Name Overflow (if needed)
Installed at Street Address  22977 Eaglewood Ct.
Floor/Room/Routing
City, State  Sterling, VA
Zip Code  20166
County Installed In
Customer Requested Install Date  3/994499  3/11/99

Check all that apply:
☐ Tax Exempt (Certificate Attached)
☐ Assoc./Corp. Name:
☒ Negotiated Contract #  070936404
☐ Attached Customer P.O. #:    Supplies:
    Lease:
☐ State or Local Government Customer
    Int. Rate: %    Total Int. Payable: $
☒ Replacement/Modification of Prior Xerox Agreement
    Agreement covering Xerox Equipment Serial# (or 95#):
    is hereby ☐ modified ☐ replaced. Effective Date:
    Comments:

Lease Information
    Lease Term        60  months
☒ Supplies included in Base/Print Charges
☐ Refin. of Prior Agmt. ☐ Xerox (95#):                    ☐ 3rd Party Eq.
    Amt Refin: $        Int. Rate:  %    Total Int. Payable: $

## Lease Payment Information

| Product (with serial number, if in place equipment) | | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|---|
| 6180PMF  XUE050996 | | STMV | $ | ☐ | ☐ | ☐ |
| DNGATE DDTBYPASS DDTSTACK | | | $ | ☐ | ☐ | ☐ |
| DNGATE DNSP-KIT3 DFHUD | | | $ | ☐ | ☐ | ☐ |
| DG180INT | | | $ | ☐ | ☐ | ☐ |

18,900.00  20-24/7.22

$    : MINIMUM MONTHLY BASE PAYMENT (excl. of applic. taxes)

Price Information    18,900.00
                     20-24/2099    ☐ Adjustment Period

| | | Period A - Mos. Affected | | Period B - Mos. Affected | |
|---|---|---|---|---|---|
| Monthly Base Charge | $ | Monthly Base Charge | | Monthly Base Charge | |
| Print Charge Meter 1: | $ | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints    1 -    4500000 | $ | Prints    1 - | $ | Prints    1 - | $ |
| Prints    4500001 -    + | $  0.0026 | Prints | $ | Prints | $ |
| Prints | $ | Prints | $ | Prints | $ |
| Print Charge Meter 2: | $ | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints    1 - | $ | Prints    1 - | $ | Prints    1 - | $ |
| Prints | $ | Prints | $ | Prints | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges)    4500000 | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | |

☐ Purchased Supplies    ☐ Cash ☐ Fin'd

| Reorder # | Qty | Description | | Price |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | Total Price = | | |

☐ Application Software

| Software Title | Initial License Fee | | Annual Renewal Fee |
|---|---|---|---|
| | ☐ Cash ☐ Finance | | ☐ Support Only |
| | $ | | $ |
| | $ | | $ |
| Total Initial License Fees = | | | |

☐ Trade-In Allowance    Final Principal Payment#

| Manufacturer | Model/Serial # | | Allowance |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| Total Allowance Applied to: | Total Allowance = | | $ |
| | ☐ Trade-In Equip. Balance | | $ |
| | ☐ Price of Replacmnt. Equip. | | $ |

☒ K-16 Billing
    Suspension
    (check 1 as required)
    Months affected
    ☐ June only
    ☐ July only
    ☐ August only
    ☐ June - July
    ☐ July - August

Additional Options (check all that apply)
☐ Run Length Plan    ☐ Fixed Price Plan
☐ Per-Foot Pricing
☒ Extended Service Hours:
    Description:  3/7  1$1325  /mo.
☐ Comp. Replacement Program: $
☒ Attached Addenda
    form#  51860-1  ( 6 )  form#

Agreement Presented By:
Name  BRUCE NUSSBAUM    Phone  302-962-7600

Xerox Corporation - Acceptance By:
Name _____  Date _____
Signature _____

Customer:
Name  Donald Tyler    Phone:  703-834-411
Title  VP - Division Director    Date  3-10-99
Signature  Donald Tyler

OrderQnIX Form# 51860 (10/1998)    3/10/1999    Page 1 of 10

959392705
See attached for 95950,3574
27

# LEASE AGREEMENT (Additional Products)

**THE DOCUMENT COMPANY XEROX**

Worksheet: 53124    Unit: 2

Customer Legal Name (Billto) Technigraphix Inc  *A WHOLLY OWNED SUBSIDIARY OF PHOENIX COLOR CORP*
Name Overflow (if needed)
Date of Customer Signature on Attached Agreement
Customer Name (Install) Technigraphix Inc
Name Overflow (if needed)
Installed at Street Address    22977 Inglewood Ct.
Floor/Room/Routing
City, State    Sterling, VA
Zip Code    20166
County Installed in
Customer Requested Install Date    3/11/99

Check all that apply
☐ Attached Customer P.O. #s:    Supplies: _____
☐ Lease: _____
☐ State or Local Government Customer
Int. Rate: %    Total Int. Payable: $
☐ Replacement/Modification of Prior Xerox Agreement
Agreement covering Xerox Equipment Serial# (or 9SB):
is hereby ☐ modified ☐ replaced. Effective Date:
Comments:
Lease Information:
Lease Term : 60 months
☒ Supplies included in lease/Print Charges
☐ Retn. of Prior Agmnt. ☐ Xerox (9Sw):
Amt Refin: $    Int. Rate: %    Total Int Payable: $    ☐ 3rd Party Ev

## Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interim | Cust Install |
|---|---|---|---|---|---|
| 6180PME | SFMV | | ☐ | ☐ | ☐ |
| DMGATE DDTD/PAS4 DDTSTACK | | $ | ☐ | ☐ | ☐ |
| DMGATE DNSP-KIT3 DPHUB | | $ | ☐ | ☐ | ☐ |
| DX180INT | | $ | ☐ | ☐ | ☐ |

*18,900:00  20,216.89*    MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

## Price Information

*18,900.00  20,216.89*    ☐ Adjustment Period

| | | | ☐ Period A - Mos. Affected | - | | Period B - Mos. Affected | - |
|---|---|---|---|---|---|---|---|
| Monthly Base Charge | $ | ▓▓▓ | Monthly Base Charge | $ - | | Monthly Base Charge | $ |
| Print Charge Meter 1: | $ | ▓▓▓ | Print Charge Meter 1: | $ | | Print Charge Meter 1: | ▓▓▓ |
| Prints | 1 - 4500000 | $ 0.0000 | Prints | 1 - | $ | Prints | 1 - |
| Prints | 4500001 - | $ 0.0020 | Prints | | $ | Prints | |
| Prints | | $ | Prints | | $ | Prints | |
| Print Charge Meter 2: | ▓▓▓ | | Print Charge Meter 2: | ▓▓▓ | | Print Charge Meter 2: | ▓▓▓ |
| Prints | 1 - | $ | Prints | 1 - | $ | Prints | 1 - |
| Prints | | $ | Prints | | $ | Prints | |
| Mo. Min.# of Prints (based on Meter 1 Print Charges) | 4500000 | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | |

☐ Purchased Supplies    ☐ Cash ☐ Fin'd

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | |
| | | Total Price | |

☐ Application Software

| Software Title | Initial License Fee | | Annual Renewal Fee |
|---|---|---|---|
| | ☐ Cash ☐ Finance | | ☐ Support Only |
| | $ | | $ |
| Total Initial License Fees = | $ | | $ |

☐ Trade-In Allowance    Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-in Equip. Balance: $
☐ Price of Replcmnt. Equip.: $

☐ K-16 Billing Suspension
(check 1 as required)
Month affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

### Additional Options (check all that apply)
☐ Run Length Plan    ☐ Fixed Price Plan
☐ Per-Foot Pricing
☒ Extended Service Hours:
Description: 3/7 : $ *1325* mo.
☐ Comp. Replacement Program: $
☐ Attached Addenda
form= _____    form= _____

*9595 03574*

Order/JitX Forms 51850-1 (10/1998)    3/10/1999    Page 2 of 10

28

# LEASE AGREEMENT (Additional Products)

**THE DOCUMENT COMPANY**
**XEROX**

Customer Legal Name (Bill to): Technigraphix Inc  *A WHOLLY OWNED*
Name Overflow (if needed): ~~Phoenix~~ *SUBSIDIARY OF*
Date of Customer Signature on Attached Agreement  *PHOENIX COLOR*
Customer Name (Install): Technigraphix Inc  *CORP*
Name Overflow (if needed):
Installed at Street Address: 22977 Eaglewood Ct.
Floor/Room/Routing:
City, State: Sterling, VA
Zip Code: 20166-
County Installed In:
Customer Requested Install Date: ~~01/04/1999~~ 3/11/99

Worksheet: 53124   Unit: 3

Check all that apply
☐ Attached Customer P.O. #:   Supplies: _____
Lease: _____
☐ State or Local Government Customer
Int. Rate: % ___   Total Int. Payable: $ ___
☐ Replacement/Modification of Prior Xerox Agreement
   Agreement covering Xerox Equipment Serials (or 9SJ):
   is hereby ☐ modified ☐ replaced. Effective Date: ___
   Comments: _____
Lease Information
Lease Term: _____ 60 months
☒ Supplies included in Base/Print Charges
☐ Refin. of Prior Agmnt.  ☐ Xerox 9SCg  ☐ 3rd Party Eq.
Amt Refin: $ ___   Int Rate: % ___   Total Int Payable: $ ___

## Lease Payment Information

| Product (with serial number, or if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interim | Cust Install |
|---|---|---|---|---|---|
| CNTRLUL2C | SFMV | $ | ☐☐ | ☐☐ | ☐☐ |
| | | | ☐☐ | ☐☐ | ☐☐ |
| | | | ☐☐ | ☐☐ | ☐☐ |
| | | | ☐☐ | ☐☐ | ☐☐ |
| | | | ☐☐ | ☐☐ | ☐☐ |

**$ 12/2.15** ~~$333.16~~ : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

## Price Information

☐ Adjustment Period

| | 1213.15 | Period A - Max. Affected: ___ | | Period B - Max. Affected: ___ | |
|---|---|---|---|---|---|
| Monthly Base Charge | ~~$555.16~~ | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | ▓▓▓ | Print Charge Meter 1: | $ | Print Charge Meter 1: | $ |
| Prints | 1 - | Prints | 1 - | Prints | 1 - |
| Prints - | $ | Prints | $ | Prints | $ |
| Prints - | $ | Prints | $ | Prints | $ |
| Print Charge Meter 2: | ▓▓▓ | Print Charge Meter 2: | $ | Print Charge Meter 2: | $ |
| Prints | 1 - | Prints | 1 - | Prints | 1 - |
| Prints - | $ | Prints | $ | Prints | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges) | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | |

☐ Purchased Supplies   ☐ Cash ☐ Fin'd

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ Application Software

| Software Title | Initial License Fee | Annual Renewal Fee |
|---|---|---|
| | ☐ Cash ☐ Finance | ☐ Support Only |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ Trade-In Allowance   Final Principal Payments

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equip. Balance: $ ___
☐ Price of Replacmnt. Equip.: $ ___

☐ K-16 Billing Suspension
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

Additional Options (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☒ Extended Service Hours
   Description: 3/1 : $ **120** mo.
☐ Comp. Replacement Program: $ ___
☐ Attached Addenda
   form# ___   form# ___

959393612
NQH201151

30

95939596

# LEASE AGREEMENT (Additional Products)

**THE DOCUMENT COMPANY**
**XEROX**

Worksheet: 53124    Unit: 4

Customer Legal Name (Bill to) Technigraphix Inc  *A WHOLLY OWNED*
Name Overflow (if needed)  *SUBSIDIARY OF PHOENIX COLOR CORP*
Date of Customer Signature on Attached Agreement
Customer Name (Install)  Technigraphix Inc
Name Overflow (if needed)
Installed at Street Address  22977 Eaglewood Ct
Floor/Room/Routing
City, State  Sterling, VA
Zip Code  20166-
County Installed In
Customer Requested Install Date  ~~03/22/1999~~  **3/11/99**

Check all that apply
☐ Attached Customer P.O. #:    Supplier:
☐ Lease :
☐ State or Local Government Customer
Int. Rate: %    Total Int. Payable: $
☐ Replacement/Modification of Prior Xerox Agreement
Agreement covering Xerox Equipment Serial# (or 95#):
is hereby ☐ modified ☐ replaced. Effective Date:
Comments:

**Lease Information**
Lease Term :    60    months
☒ Supplies included in Base/Print Charges
☐ Refin. of Prior Agrmt. ☐ Xerox (95#):    ☐ 3rd Party Eq
Amt Refin: $    Int Rate: %    Total Int Payable: $

## Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interim | Cust Install |
|---|---|---|---|---|---|
| CNTRI111.2C  29AIL0114Q B | SFMV | | ☐ | ☐ | ☐ |
| | $ | | ☐ | ☐ | ☐ |
| | $ | | ☐ | ☐ | ☐ |
| | $ | | ☐ | ☐ | ☐ |

**1213.15**
$ ~~4533.76~~ : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

## Price Information

☐ Adjustment Period

| | | Period A - Mon. Affected: | | Period B - Mon. Affected: | |
|---|---|---|---|---|---|
| Monthly Base Charge | **1213.16** ~~4533.76~~ | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | $ | Print Charge Meter 1: | $ |
| Prints      1      - | $ | Prints      1      - | $ | Prints      1      - | $ |
| Prints         - | $ | Prints         - | $ | Prints         - | $ |
| Prints         - | $ | Prints         - | $ | Prints         - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | $ | Print Charge Meter 2: | $ |
| Prints      1      - | $ | Prints      1      - | $ | Prints      1      - | $ |
| Prints         - | $ | Prints         - | $ | Prints         - | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges) | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | |

☐ Purchased Supplies    ☐ Cash ☐ Fin'd

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price | $ |

☐ Application Software

| Software Title | Initial License Fee | Annual Renewal Fee |
|---|---|---|
| | ☐ Cash ☐ Finance | ☐ Support Only |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees -- | $ | |

☐ Trade-In Allowance    Final Principal Payment/

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance | $ |

Total Allowance Applied to:
☐ Trade-In Equip. Balance: $
☐ Price of Replcmnt. Equip.: $

☐ K-16 Billing Suspension
(check 1 as required)
Months affected:
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan ☐ Fixed Price Plan
☐ Per-Foot Pricing
☒ Extended Service Hours:
Description  37 /$ **120** mo.
☐ Comp. Replacement Program: $
☐ Attached Addenda
form#    form#

# LEASE AGREEMENT (Additional Products)

959 393661

**THE DOCUMENT COMPANY**
**XEROX**

Customer Legal Name (Bill to) Technigraphix Inc — *A WHOLLY OWNED*
Name Overflow (if needed) *SUBSIDIARY OF PHOENIX COLOR CORP*
Date of Customer Signature on Attached Agreement
Customer Name (Install)   Technigraphix Inc
Name Overflow (if needed)
Installed at Street Address   22971 Englewood Ct.
Floor/Room/Routing
City, State   Sterling, VA
Zip Code   20166-
County Installed in
Customer Requested Install Date   3/11/99

Worksheet: 53124   Unit: 5

Check all that apply
☐ Attached Customer P.O. #:   Supplier:
☐ Lease:
☐ State or Local Government Customer
Int. Rate: %   Total Int. Payable: $
☐ Replacement/Modification of Prior Xerox Agreement
Agreement covering Xerox Equipment Serial# (or 95#):
is hereby ☐ modified ☐ replaced.  Effective Date:
Comments:

Lease Information
Lease Term: _____ 60 months
☒ Supplies included in Base/Print Charges
☐ Refin. of Prior Agrmt.  ☐ Xerox (95#):
Amt Refin: $        Int Rate: %        Total Int Payable $        ☐ 3rd Party Eq.

**Lease Payment Information**
Product (with serial number, if in place equipment)   DIGISYS   V6T060226

Purchase Option: STMV
Down Payment: $
Prev Install / Fin'l Interm / Cust Install

$ 793.96 : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

**Price Information**   ☐ Adjustment Period

793.96

| | Period A - Mot. Affected: | | Period B - Mot. Affected: |
|---|---|---|---|
| Monthly Base Charge | Monthly Base Charge | | Monthly Base Charge |
| Print Charge Meter 1: | Print Charge Meter 1: $ | | Print Charge Meter 1: |
| Prints 1 - | Prints 1 - | $ | Prints 1 - |
| Prints - | Prints - | $ | Prints - |
| Prints - | Prints - | $ | Prints - |
| Print Charge Meter 2: | Print Charge Meter 2: | $ | Print Charge Meter 2: |
| Prints 1 - | Prints 1 - | $ | Prints 1 - |
| Prints - | Prints - | $ | Prints - |
| Mo. Min.# of Prints | Mo. Min.# of Prints | | Mo. Min.# of Prints |
| (based on Meter 1 Print Charges) | (based on Meter 1 Print Charges) | | (based on Meter 1 Print Charges) |

☐ **Purchased Supplies**   ☐ Cash ☐ Fin'd

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ **Application Software**

| Software Title | Initial License Fee | Annual Renewal Fee |
|---|---|---|
| | ☐ Cash ☐ Vintage | ☐ Support Only |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ **Trade-In Allowance**   Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equip. Balance: $
☐ Price of Replacmnt. Equip.: $

☐ **K-16 Billing Suspension**
(check 1 as required)
Months allowed
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☒ Extended Service Hours:
Description: 3/7 / $ 130 mo.
☐ Comp. Replacement Program: $
☐ Attached Addenda
form#        form#

OrderQuiX Form# 51860-1 (10/1998)        3/16/1999        Page 5 of 10

959393661

# LEASE AGREEMENT (Additional Products)

THE DOCUMENT COMPANY
XEROX

Customer Legal Name (Bill to) Technigraphix Inc , *A WHOLLY OWNED SUBSIDIARY OF PHOENIX COLOR CORP*
Name Overflow (if needed)
Date of Customer Signature on Attached Agreement
Customer Name (Install)    Technigraphix Inc
Name Overflow (if needed)
Installed at Street Address   22977 Inglewood Ct.
Floor/Room/Routing
City, State    Sterling, VA
Zip Code    20166-
County Installed in
Customer Requested Install Date ~~03/22/99~~ *3/11/99*

Worksheet: 53124    Unit: G

Check all that apply
☐ Attached Customer P.O. #s:    Supplies:
☐ Lease
☐ State or Local Government Customer
Int. Rate: %    Total Int. Payable: $
☐ Replacement/Modification of Prior Xerox Agreement
Agreement covering Xerox Equipment Serial# (on 95#):
is hereby ☐ modified ☐ replaced. Effective Date:
Comments:

Lease Information
Lease Term :    60 months
☒ Supplies included in Base/Print Charges
☐ Refin. of Prior Agmt. ☐ Xerox (95#):
Amt Refin: $    Int Rate: %    Total Int Payable: $    ☐ 3rd Party #s

## Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Curr Install |
|---|---|---|---|---|---|
| DIGIPC | SFMV | | ☐ | ☐ | ☐ |
| DADDSCAN-A I IDWF(ADD) I36RTHL $ | | | ☐ | ☐ | ☐ |
| IXOPTICAL-A ▓▓▓ I ITWISPAIR $ | | | ☐ | ☐ | ☐ |
| *973.81* | | | ☐ | ☐ | ☐ |
| $ ~~TOTAL~~ : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes) | | | ☐ | ☐ | ☐ |

## Price Information

☐ Adjustment Period

*973.81*

| | Period A - Mos. Affected: | | | Period B - Mos. Affected: | |
|---|---|---|---|---|---|
| Monthly Base Charge - ~~1630.81~~ | Monthly Base Charge $ | | - | Monthly Base Charge | $ |
| Print Charge Meter 1: ▓▓▓ | Print Charge Meter 1: $ | | - | Print Charge Meter 1: | ▓▓▓ |
| Prints - $ | Prints 1 - | | $ | Prints 1 - | $ |
| Prints - $ | Prints | | $ | Prints | $ |
| Print Charge Meter 2: ▓▓▓ | Print Charge Meter 2: $ | | - | Prints | $ |
| Prints 1 - $ | Prints 1 - | | $ | Print Charge Meter 2: | ▓▓▓ |
| | Prints | | $ | Prints 1 - | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges) | Mo. Min.# of Prints (based on Meter 1 Print Charges) | | | Prints | $ |
| | | | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | |

☐ Purchased Supplies    ☐ Cash ☐ Fin'd

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price | $ |

☐ Application Software

| Software Title | Initial License Fee | Annual Renewal Fee |
|---|---|---|
| | ☐ Cash ☐ Finance | ☐ Support Only |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees - | $ | $ |

☐ Trade-In Allowance    Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance - | $ |

Total Allowance Applied to: ☐ Trade-In Equip. Balance: $
☐ Price of Replacem't. Equip.: $

☐ K-16 Billing Suspension
(check 1 as required)
Months effected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

Additional Options (check all that apply)
☐ Run Length Plan    ☐ Fixed Price Plan
☐ Per-Mnot Pricing
☒ Extended Service Hours
Description:    3/7 IS *65* mo.
☐ Comp. Replacement Program: $
☐ Attached Addenda
form#    form#

*951201318*
*GU9319412*

OrderQuiX Form# 518G0.1 (10/1998)    3-10/1999    Page 6 of 10

32

**LEASE AGREEMENT** (Additional Products)

THE DOCUMENT COMPANY
XEROX

Customer Legal Name (Bill to) Technigraphix Inc    *A WHOLLY OWNED*
Name Overflow (if needed)    *SUBSIDIARY OF PHOENIX COLOR*
Date of Customer Signature on Attached Agreement    *CORP*
Customer Name (Install) Technigraphix Inc
Name Overflow (if needed)
Installed at Street Address    22977 Eaglewood Ct.
Floor/Room/Routing
City, State    Sterling, VA
Zip Code    20166
County Installed In
Customer Requested Install Date 03/22/99 *3/11/99*

Worksheet: 53124    Unit: 7

Check all that apply
☐ Attached Customer P.O. #:    Supplies: _____
☐ Lease : _____
☐ State or Local Government Customer
Int. Rate: %    Total Int. Payable: $
☐ Replacement/Modification of Prior Xerox Agreement
Agreement covering Xerox Equipment Serial# (or 95#):
is hereby  ☐ modified  ☐ replaced.  Effective Date: _____
Comments: _____

Lease Information
Lease Term :    60   months
☒ Supplies included in Base/Print Charges
☐ Refin. of Prior Agmt    ☐ Xerox (95#): _____
Amt Refin: $    Int. Rate: %    Total Int Payable: $    ☐ 3rd Party Eq.

**Lease Payment Information**

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interim | Cust Install |
|---|---|---|---|---|---|
| DIGIPC | SFMV | $ | ☐ | ☐ | ☐ |
| LTWISPAIR | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

$ 292.13 357.12 : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

**Price Information**

☐ Adjustment Period    *292.13*

| | | Period A - Mos. Affected: | | Period B - Mos. Affected: | |
|---|---|---|---|---|---|
| Monthly Base Charge | - | 357.12 | | Monthly Base Charge | $ |
| | | Monthly Base Charge | $ | | |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | $ |
| Prints    1 - | $ | Prints    1 - | $ | Prints    1 - | $ |
| Prints    - | $ | Prints    - | $ | Prints    - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | $ |
| Prints    - | $ | Prints    1 - | $ | Prints    1 - | $ |
| Prints    - | $ | Prints    - | $ | Prints    - | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges) | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | |

☐ **Purchased Supplies**    ☐ Cash  ☐ Fin'd

| Reorder # | Qty | Description | | Price |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | Total Price | | $ |

☐ **Application Software**

| Software Title | Initial License Fee | Annual Renewal Fee |
|---|---|---|
| | ☐ Cash  ☐ Finance | ☐ Support Only |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees - | $ | $ |

☐ **Trade-In Allowance**    Final Principal Payment/

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance - | $ |

Total Allowance Applied to:  ☐ Trade-In Equip. Balance: $
☐ Price of Replcmnt. Equip.: $

☐ K-16 Billing
**Suspension**
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan    ☐ Fixed Price Plan
☐ Per-Foot Pricing
☒ Extended Service Hours:
Description:  3.7 is *65*  mo.
☐ Comp. Replacement Program: $
☐ Attached Addenda
S.erial                              S.erial

*959393885*
*GU9319501*

**GENERAL TERMS:** The following terms apply to all lease transactions:

1. **PRODUCTS.** The term "Products" shall refer collectively to all equipment (the "Equipment"), software, and supplies ordered under this Agreement. You represent that the Products are being purchased for your own use (rather than resale) and that they will not be used primarily for personal, household or family purposes.

2. **CREDIT HISTORY.** As part of this transaction, Xerox may investigate your credit history. Even if Products have been delivered, Xerox may, within 60 days following its acceptance of this Agreement, revoke the Agreement if your credit approval is denied.

3. **PAYMENT.** Payment is due when you receive our invoice. All applicable taxes shall be added to your payment amount (unless you provide proof of your tax-exempt status). These taxes include, but are not limited to, sales and use, rental, excise, gross receipts and occupational or privilege taxes. You are not responsible for paying personal property taxes on the Products.

4. **BASIC SERVICES.** Xerox will provide the following Basic Services under this Agreement (unless you are acquiring Equipment for which Xerox does not offer Basic Services; such equipment to be designated as "No Svc."):

A. **REPAIRS AND PARTS.** Xerox will make adjustments and repairs necessary to keep Equipment in good working order. Parts required for repair may be new, reprocessed, or recovered. All replaced parts/materials will become Xerox' property.

B. **HOURS AND EXCLUSIONS.** Unless otherwise stated, Basic Services will be provided during Xerox' standard working hours (excluding Xerox-recognized holidays) in areas within the United States, its territories, and possessions open for repair service for the Equipment at issue. Basic Services shall cover repairs and adjustments required as a result of normal wear and tear or defects in materials or workmanship (and shall exclude repairs or adjustments Xerox determines to relate to or be affected by the use of options, accessories, or other connected products not serviced by Xerox as well as any non-Xerox alterations, relocation, service, supplies, or consumables).

C. **INSTALLATION SITE AND METER READINGS.** The equipment installation site must conform to Xerox' published requirements throughout the term of this Agreement. If applicable, you must provide meter readings in a manner prescribed by Xerox. If you fail to provide timely readings, Xerox may estimate them and bill you accordingly.

D. **REMEDY.** If Xerox is unable to maintain the Equipment as described above, Xerox will, as your exclusive remedy, replace the Equipment with an identical product or, at Xerox' option, another product of equal or greater capabilities. This replacement product shall be subject to these same terms and conditions.

E. **CARTRIDGE PRODUCTS.** If Xerox is providing Basic Services for a product utilizing cartridges designated by Xerox as customer replaceable ("Cartridges"), and unless you have entered into a Standard Maintenance Agreement as described below, you agree to use only unmodified Cartridges purchased directly from Xerox or its authorized resellers in the United States.

F. **OPERATOR MAINTENANCE PROCEDURES FOR DOCUCOLOR 70.** If Xerox is providing Basic Services for your DocuColor 70, you agree to perform all operator maintenance procedures set forth in the DocuColor 70 Printer Operator Guide (including the purchase of all referenced parts, tools, and supplies).

G. **PC/WORKSTATION REQUIREMENTS.** In order to receive Basic Services and/or Software Support for equipment requiring connection to a PC or workstation, you must utilize a PC or workstation that either (1) has been provided by Xerox or (2) meets Xerox' published specifications.

5. **WARRANTY DISCLAIMER.** XEROX DISCLAIMS THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE.

6. **INTELLECTUAL PROPERTY INDEMNITY.** Xerox will defend and indemnify you if any Product is alleged to infringe someone else's U.S. intellectual property rights provided you promptly notify Xerox of the alleged infringement and permit Xerox to direct the defense. Xerox is not responsible for any non-Xerox litigation expenses or settlements unless it preapproves them in writing. To avoid infringement, Xerox may modify or substitute an equivalent Product, refund the price paid for the Product (less the reasonable rental value for the period it was available to you), or obtain any necessary licenses. Xerox is not

liable for any infringement-related liabilities outside the scope of this parag[...] including but not limited to infringement based upon a Product being modifi[...] your specifications or being used or sold with products not provided by Xerox[...]

7. **LIMITATION OF LIABILITY AND ASSIGNMENT.** Neither p[...] shall be liable to the other for any direct damages greater than the amo[...] payable hereunder nor for any special, indirect, incidental, consequenti[...] punitive damages arising out of or relating to this Agreement, whether the c[...] alleges tortious conduct (including negligence) or any other legal theory. [...] may not assign any of your rights or obligations under this Agreement wi[...] Xerox' prior written consent.

8. **ASSIGNMENT BY XEROX.** In the event Xerox assigns any c[...] obligations under this Agreement, Xerox shall remain primarily responsibl[...] their performance; any claim or defense you may have relating to these obliga[...] must be asserted only against Xerox and not its assignee.

9. **MINIMUM LEASE PAYMENTS.** The Minimum Lease Paym[...] along with any additional Print Charges, covers your cost for the use o[...] Equipment and its maintenance. The Minimum Lease Payment (which ma[...] billed on more than one invoice) shall consist of the total of (1) any Base Ci[...] and (2) any Monthly Minimum Number of Prints multiplied by the applic[...] Meter 1 Print Charge(s). For full-color equipment, color copies are counte[...] Meter 1.

10. **MAINTENANCE COMPONENT PRICE INCREASES.** Xerox [...] annually increase that amount of your Minimum Lease Payment and Print Ch[...] you are charged for the maintenance of the Equipment (the "Mainten[...] Component"), each such increase not to exceed 10%. (For state and l[...] government customers, this adjustment shall take place at the commencemen[...] each of your annual contract cycles.)

11. **TITLE, RISK, AND RELOCATION.** The title to the Equipment s[...] remain with Xerox unless and until you exercise your option to purchase [...] Equipment. The risk of loss due to your fault or negligence, as well as the [...] disappearance, shall pass to you upon installation (except for products desig[...] as Customer Installable for which this risk of loss will pass upon shipment fr[...] Xerox-owned facility). The risk of loss due to all other causes shall remain [...] Xerox unless and until you exercise your option to purchase the Equip[...] Unless and until title passes to you, all Equipment relocations must be arra[...] (or approved in advance) by Xerox. All parts/materials replaced as part o[...] upgrade will become Xerox' property.

12. **RENEWAL.** Unless either party provides notice at least 30 d[...] before the end of the lease term of its intention not to renew the lease, it wii[...] renewed automatically on a month-to-month basis at the same price and on [...] same terms and conditions. Billing will occur at the same frequency as[...] original lease. During this renewal period, either side may terminate [...] Agreement upon at least 30 days notice.

13. **BREACH.** If you breach this Agreement, Xerox, in addition to [...] other remedies (including the cessation of Basic Services), may require immec[...] payment of (a) all amounts then due; (b) the remaining Minimum Lease Paym[...] in the Agreement's then-current term (less any unearned finance, maintena[...] and supply charges]; (c) 15% of item (b) above as reasonable liquidated dama[...] and (d) the applicable Purchase Option. Once these sums are paid, title shall [...] to you.

14. **CARTRIDGES.** To enhance print quality, Xerox has designed [...] cartridge used in certain equipment models to cease functioning a[...] predetermined point (details regarding specific models are available upon requ[...] In addition, certain cartridges are sold as Environmental Partnership cartrid[...] you agree these cartridges shall remain Xerox property and that you will re[...] them to Xerox for remanufacturing once you have run them to their cease-func[...] point.

15. **EQUIPMENT STATUS.** In support of Xerox' environme[...] leadership goals, and unless you are acquiring Previously Installed Equipm[...] Equipment will be either (a) "Newly Manufactured", which may contain so[...] recycled components that are reconditioned ; (b) "Factory Produced New Moc[...] which is manufactured and newly serialized at a Xerox factory, adds functions [...] features to a product previously disassembled to a Xerox predetermined stand[...] and contains both new components and recycled components that [...] reconditioned; or (c) "Remanufactured", which has been factory produ[...] following disassembly to a Xerox predetermined standard and contains both [...] components and recycled components that are reconditioned.

16. **PURCHASE OPTIONS.** You may purchase the Equipment at the end of the lease term for the Purchase Option indicated in this Agreement (i.e., either a set dollar amount or the Fair Market Value of the Equipment at the lease term's conclusion ("FMV")). You may purchase the Equipment at any time during the lease by paying (a) all amounts then due; (b) the remaining Minimum Lease Payments in the Agreement's then-current term [less any unearned finance, maintenance, and supply charges]; (c) 15% of item (b) above as an early purchase charge; and (d) the applicable Purchase Option. When these amounts have been fully paid, title to the Equipment will transfer to you.

17. **PROTECTION OF XEROX' RIGHTS.** Unless and until you purchase the leased Equipment, you hereby authorize Xerox or its agents to execute on your behalf all documents necessary to protect Xerox' rights as the Equipment Lessor (including the perfection of Xerox' purchase money security interest that shall attach to all Equipment for which the Purchase Option is a set dollar amount).

18. **MISCELLANEOUS.** This Agreement constitutes the entire agreement as to its subject matter, supersedes all prior and contemporaneous oral and written agreements, and shall be construed under the laws of the State of New York (without regard to conflict-of-law principles). Xerox may retain a reproduction (e.g., electronic image, photocopy, facsimile) of this Agreement which shall be considered an equivalent to the original; in addition, Xerox may accept this Agreement either by its signature or commencing performance (e.g., Equipment delivery). All changes to this Agreement must be made in a writing signed by both parties; accordingly, any terms on your ordering documents shall be of no force or effect. In any action to enforce this Agreement, the parties agree to waive their right to a jury trial and to pay the prevailing party's costs and expenses, including reasonable attorneys' fees.

**SOFTWARE TERMS:** The following additional terms apply only to transactions covering Application Software and/or Xerox-brand Printing System, DocuTech, Color, High-Volume and Digital Copier-Duplicator, or Document Centre Products:

19. **SOFTWARE LICENSE.** The following terms apply to copyrighted software and the accompanying documentation, including but not limited to operating system software, provided with or within the Equipment ("Base Software") as well as software specifically set out as "Application Software" on the face of this Agreement. This license does not apply to any Diagnostic Software nor to any software and accompanying documentation made subject to a separate license agreement.

A. Xerox grants you a non-exclusive, non-transferable license to use the Base Software only on or with the Equipment with which (or within which) it was delivered. For Application Software, Xerox grants you a non-exclusive, non-transferable license to use this software on any single unit of equipment for as long as you are current in the payment of any indicated software license fees (including any Annual Renewal Fees). You have no other rights to the Base or Application Software and, in particular, may not (1) distribute, modify, create derivatives of, decompile, or reverse engineer this software; (2) activate any software delivered with or within the Equipment in an unactivated state; or (3) allow others to engage in same. Title to the Base and Application Software and all copyrights and other intellectual property rights in it shall at all times reside solely with Xerox and/or its licensors.

B. Xerox may terminate your license for any Base Software (1) immediately if you no longer use or possess the Equipment or are a lessor of the Equipment and your first lessee no longer uses or possesses it or (2) upon the termination of any agreement under which you have rented or leased the Equipment.

C. If you transfer possession of the Equipment, Xerox will offer the transferee a license to use the Base Software on or with it, subject to Xerox' then-applicable terms and license fees, if any, and provided the transfer is not in violation of Xerox' rights.

D. Xerox warrants that the Base and Application Software will perform in material conformity with its published specifications for a 90-day period from the date it is delivered or, for software installed by Xerox, the date of software installation. Neither Xerox nor its licensors warrant that the Base or Application Software will be free from errors or that its operation will be uninterrupted.

20. **DCS SOFTWARE.** If you are acquiring any Application Software under this Agreement designed to work with a Xerox Document Centre System ("DCS"), Xerox grants you a license that in addition to the terms set forth above shall allow you to install this software on your networked workstation or server. Once installed, all of your organization's users connected to the workstation or server may utilize this software on any DCS obtained directly from Xerox or its

Authorized Resellers. For Visioneer PaperPort Software, however, the numb client computers that may utilize the software shall be limited to 25 (unless additional software seats from Xerox or Visioneer).

21. **SOFTWARE SUPPORT.** During the period that Xerox provides E Services for the Equipment, Xerox will also provide software support for the Software under the following terms. For Application Software, Xerox will provide this same level of support provided you are current in the payment c Initial License and Annual Renewal Fees (or, for programs not requiring Ar Renewal Fees, the payment of the Initial License Fee and the annual "Sup Only" Fees):

A. Xerox will assure that Base and Application Software performs in mat conformity with its published specifications and will maintain a toll hotline during standard business hours to answer related questions.

B. Xerox may make available new releases of the Base or Application Soft that primarily incorporate coding error fixes and are designated "Maintenance Releases". Maintenance Releases are provided at no ch and must be implemented within six (6) months after being made avail to you. Each new Maintenance Release shall be considered Bas Application Software governed by the Software License terms.

C. Xerox will use reasonable efforts, either directly and/or with its vendor resolve coding errors or provide workarounds or patches, provided you re problems in the manner specified by Xerox.

D. Xerox shall not be obligated (a) to support any Base or Application soft that is two or more generations older than Xerox' most current release o to remedy coding errors if you have modified the Base or Applicat Software.

E. Xerox may annually adjust the Annual Renewal and Support-Only F each such increase not to exceed 10%. (For state and local-governm customers, this adjustment shall take place at the commencement of eac your annual contract cycles.)

22. **DIAGNOSTIC SOFTWARE.** Software used to maintain Equipment and/or diagnose its failures or substandard performance (collecti "Diagnostic Software") is embedded in, resides on, or may be loaded onto Equipment. The Diagnostic Software and method of entry or access t constitute valuable trade secrets of Xerox. Title to the Diagnostic Software s at all times remain solely with Xerox and/or Xerox' licensors. You agree that your acquisition of the Equipment does not grant you a license or right to use Diagnostic Software in any manner and (2) that unless separately licensed Xerox to do so, you will not use, reproduce, distribute, or disclose the Diagnc Software for any purpose (or allow third parties to do so). You agree at all ti (including subsequent to the expiration of this Agreement) to allow Xerox access, monitor, and otherwise take steps to prevent unauthorized use reproduction of the Diagnostic Software.

**GOVERNMENTAL TERMS:** The following additional terms apply only to state and local government customers:

23. **GOVERNMENT CUSTOMER TERMS**

A. FUNDING. You state that it is your intent to make all payments requi under this Agreement. In the event that (1) through no action initiated by your legislative body does not appropriate funds for the continuation of Agreement for any fiscal year after the first fiscal year and has no funds do so from other sources and (2) you have made a reasonable unsuccessful effort to find a viable assignee within your general organiza who can continue this Agreement, this Agreement may be terminated. effect this termination, you shall, 30 days prior to the beginning of the fi year for which your legislative body does not appropriate funds, send Xe written notice stating that your legislative body failed to appropriate fu and that you have made the required effort to find an assignee. Your no must be accompanied by payment of all sums then owed Xerox under Agreement and must certify that the canceled Equipment is not be replaced by equipment performing similar functions during the ensuing fi year. In addition, you agree at your expense to return the Equipment in g condition to a location designated by Xerox and that, when returned, Equipment will be free of all liens and encumbrances. You will then released from your obligations to make any further payments to Xerox (w Xerox retaining all sums paid to date).

B. TAX TREATMENT. This Agreement has been accepted on the basis Xerox claiming any interest paid by you as exempt from federal income under Section 103(c) of the Internal Revenue Code of 1986. Should Xe lose the benefit of this exemption as a result of your failure to comply w

Form# 51860T&C (10/1998)

35

or be covered by Section 103(c) or its regulations, then, subject to the availability of funds and upon demand by Xerox, you shall pay Xerox an amount equal to its loss in this regard.

C.   ASSIGNMENT. Notwithstanding any provisions in this Agreement to the contrary, Xerox may not sell, assign or transfer this Agreement, and any attempted sale, assignment or transfer shall be void and without effect.

D.   PAYMENT. Your payment is due within 30 days of our invoice date.

**ADDITIONAL TERMS:** The following additional terms apply only to the extent that you have agreed to one or more of the options described below:

24.   SUPPLIES INCLUDED IN BASE/PRINT CHARGES. If this option has been selected, Xerox will provide you with black toner, black developer, copy cartridges, and fuser ("Consumable Supplies") throughout the term of this Agreement. For full-color Equipment, Consumable Supplies shall also include color toner and developer. You agree that the Consumable Supplies are Xerox' property until used by you, that you will use them only with the Equipment, that you will return all Cartridges to Xerox for remanufacturing once they have been run to their cease-function point, and that you will return any unused Consumable Supplies to Xerox at the end of this Agreement. Should your use of Consumable Supplies exceed the typical use pattern (as determined by Xerox) for these items by more than 10%, you agree that Xerox shall have the right to charge you for any such excess usage.

25.   REPLACEMENT/MODIFICATION OF PRIOR XEROX AGREEMENT. If this option has been selected, this Agreement will replace or modify a prior agreement between you and Xerox covering the specified equipment. If it is a replacement agreement, the prior agreement shall be null and void. If it is a modification, the prior agreement shall remain in effect except that any new terms presented in this modification agreement (e.g., price, duration, configuration) shall take precedence over the prior terms for the balance of the Agreement.

26.   XEROX AS FINANCIAL INTERMEDIARY. If this option has been selected, you are leasing specifically identified products that were selected by you and that are not sold by Xerox in the normal course of its business. With regard to these products, you agree that Xerox is leasing them to you "As Is" and without warranty or liability (either direct or indirect) of any kind. As such, and with regard to these products, YOU HEREBY WAIVE THE IMPLIED WARRANTY OF MERCHANTABILITY. Xerox assigns to you, to the extent assignable, any warranty rights it has to these products (which rights shall revert to Xerox if you breach this agreement). You agree (a) that these products are not covered by Xerox' obligation to provide Basic Services; (b) to maintain a service agreement for these products with a service provider acceptable to Xerox throughout this Agreement's term; (c) to pay all personal property taxes related to these products; and (d) to assign to Xerox any rights you have to these products until title passes from Xerox to you (which, subject to any software licenses surrounding the acquisition of these products, shall occur when you obtain  title to all Xerox Equipment covered by this Agreement).

27.   FINANCED SOFTWARE TOTAL. If this option has been selected, the initial license fees for any Application Software set forth in this Agreement shall be paid for through your Minimum Lease Payments. If you breach this license or any of your obligations regarding the Equipment, the full amount of the initial license fees shall be immediately due and payable.

28.   FINANCED SUPPLIES TOTAL. If this option has been selected, the cost of any supplies you have purchased under this Agreement shall be paid for through your Minimum Lease Payments. If you breach any of your obligations regarding the Equipment, the full amount of the supply costs shall become immediately due and payable.

29.   REFINANCE OF PRIOR AGREEMENT. If this option has been selected, the balance of your prior installed agreement with Xerox or a third-party shall be paid for through your Minimum Lease Payments. If your prior agreement is with a third-party, you hereby acknowledge that you have the right to terminate the agreement and agree to provide a statement from the third-party identifying the equipment at issue and the amount to be paid off (as well as a statement from you identifying the payee and mailing address for your payoff check). If your prior agreement was with Xerox, the use of this refinance option shall render your prior agreement null and void. If you breach this Agreement, the full amount of your prior agreement balance shall be immediately due and payable.

30.   ADJUSTMENT PERIOD. If this option has been selected, your Minimum Lease Payment and/or Print Charges shall be adjusted in accordance with the information contained in the Adjustment Period portion of this

Agreement; as a result, your initial payment(s) shall be different from the payable during the balance of this Agreement.

31.   K-16 BILLING SUSPENSION. If this option has been selected, Maintenance Component of your Minimum Lease Payment and Print Charges be suspended each year during the months indicated. During these months, agree not to use the Equipment and that Xerox shall not be responsible providing Basic Services on it.

32.   TRADE-IN RETURN. If this option has been selected, you providing equipment to Xerox as part of this Agreement ("Trade-In Equipment and the following shall apply:

A.   TITLE TRANSFER. You warrant that you have the right to transfer tit the Trade-In Equipment and that it has been installed and performing intended function for the previous year at the address where the replace equipment is to be installed. Title and risk of loss to the Trade-In Equipment shall pass to Xerox when Xerox removes it from your premises.

B.   CONDITION. You warrant that the Trade-In Equipment is in good work order, has not been modified from its original configuration (other tha Xerox), and has a UL label attached. You agree to maintain the Trad Equipment at its present site and in substantially its present condition removed by Xerox.

C.   ACCRUED CHARGES. You agree to pay all accrued charges for Trade-In Equipment up to and including payment of the Final Prin Payment Number and to pay all maintenance, administrative, supply finance charges for this equipment through the date title passes to Xerox.

33.   RUN LENGTH PLAN. If this option has been selected, the first prints of each original (per run) are recorded and billed on both meters wit subsequent prints recorded and billed on Meter A only. (Note that if a 5090 fa product covered by this plan has its document handler left open, all affected co will be recorded and billed on both  meters.)

34.   FIXED PRICE PLAN. If this option has been selected, Xerox forego its right to increase the Maintenance Component throughout the initial of this Agreement.

35.   PER-FOOT PRICING. If this option has been selected, all P Charges will be billed on a per-foot basis, with each linear foot equal to one pr

36.   EXTENDED SERVICE HOURS. If this option has been selec Xerox will provide Basic Services during the hours indicated, with the number establishing the number of eight-hour shifts covered and the sec establishing the days of the week (e.g., 2 x 6 would provide service from A.M. to 11:59 P.M., Monday through Saturday).  The cost of this enhar service coverage will be billed separately and, as such, is not included in y Minimum Lease Payment or Print Charges.

37.   COMPETITIVE REPLACEMENT PROGRAM. If this option been selected, Xerox will provide you with the discount indicated in exchange your agreement to return a unit of non-Xerox equipment you are currently lea (the "Competitive Equipment") to its Lessor. In doing so, you acknowledge Equipment you are acquiring under this Agreement is replacing Competitive Equipment and that your agreement with its Lessor allows you return the Competitive Equipment at this time.

38.   ATTACHED ADDENDA. If this option has been selected, acknowledge that one or more specified addenda (as indicated) have b provided to you. These addenda, which provide additional terms relevant to transactions covered hereunder, are hereby fully integrated into this Agreement

39.   NEGOTIATED CONTRACT. If this option has been selected, Agreement is subject to the terms contained in the identified Negotiated Contr If the terms contained in this Agreement conflict with those contained in Negotiated Contract, the terms of the Negotiated Contract shall prevail.

Form# 51860T&C (10/1998)