**EXHIBIT G**

Guy, Gwendolyn D

| | |
|---|---|
| From: | Porter, Amise |
| Sent: | Friday, October 08, 1999 12:21 PM |
| To: | Frances, Jonathan; Nussbaum, Bruce M |
| Cc: | Guy, Gwendolyn D |
| Subject: | FW: Phoenix Color Corp and subsidiary Technographics Inc |

Hi All,

This is the response received from Jim Burkey. Please let me know if you have any questions.

Thanks,
Amise

-----Original Message-----
From: Hamilton, Caron
Sent: Friday, October 08, 1999 12:13 PM
To: Porter, Amise
Subject: FW: Phoenix Color Corp and subsidiary Technographics Inc

-----Original Message-----
From: Burkey, Jim T
Sent: Friday, October 08, 1999 11:35 AM
To: Holmes, Denise K
Cc: Baxter, Temenia E; Woliver, Pattie L; Hamilton, Caron; Richardson, Charlotte M
Subject: Phoenix Color Corp and subsidiary Technographics Inc

10-8-99

Confirming our telephone conversation. The pending orders can only be approved if we have them re-written in the name of Phoenix Color Corp OR we have a signed Corporate Guaranty, where Phoenix Color Corp guaranties the debts of Technographics Inc.

You may use standard rates and ucc's to be filed by the CBC/XFC.

Original signed by James T Burkey

1

Δ π EXHIBIT 5
Deponent Tobin
Date 3/10/03 Rptr. CS
WWW.DEPOBOOK.COM