# EXHIBIT I

# LEASE AGREEMENT

**THE DOCUMENT COMPANY**
**XEROX**

**Customer's Legal Name (Bill to)** *PHOENIX COLOR CORP.*
**Name Overflow (if needed)** *SUBSIDIARY OF PHOENIX COLOR CORP.*
**Street Address** 22977 ENGLEWOOD CT
**Box#/Routing**
**City, State** STERLING, VA
**Zip Code** 20166
**Tax ID#**

**Check all that apply**
☐ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name: _____
☒ Negotiated Contract #: 07071680G
☐ Attached Customer P.O. #s: Supplies:____
   Lease: _____
☐ State or Local Government Customer
   Int. Rate: ___% Total Int. Payable: $____

**Customer Name (Install)** PHOENIX COLOR
**Name Overflow (if needed)**
**Installed at Street Address** 18249 PHOENIX DR
**Floor/Room/Routing**
**City, State** HAGERSTOWN, MD
**Zip Code** 21742
**County Installed In**
**Customer Requested Install Date** 9/29/99

☐ Replacement/Modification of Prior Xerox Agreement
Agreement covering Xerox Equipment Serial# (or 95#): _____
is hereby ☐ modified. ☐ replaced. Effective Date: _/_/_
Comments: _____

**Lease Information**
Lease Term: 60 months
☐ Supplies included in Base/Print Charges
☐ Refin. of Prior Agm't.: ☐ Xerox (95#)_____ ☐ 3rd Party Eq.
Amt Refin: $____ Int Rate: ___% Total Int. Payable: $____

## Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|
| (1) DIGIPATH   (1) TWIN PAIR | $ FMV | $ | ☐ | ☐ | ☐ |
| (1) DIGIPCA | $ FMV | | ☐ | ☐ | ☐ |
| (1) ADDSCAN-A | $ FMV | | ☐ | ☐ | ☐ |
| (1) OPTICAL-A | $ FMV | | ☐ | ☐ | ☐ |
| (1) MRTBL | $ FMV | | ☐ | ☐ | ☐ |

$ 1951 — : **MINIMUM MONTHLY LEASE PAYMENT** (excl. of applic. taxes)

## Price Information   ☐ Adjustment Period

| | Period A - Mos. Affected: — | | Period B - Mos. Affected: — | |
|---|---|---|---|---|
| Monthly Base Charge | $ 1951 — | Monthly Base Charge $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | Print Charge Meter 1: | |
| Prints 1 - ∞ | $ 0 | Prints 1 - $ | Prints 1 - | $ |
| Prints - | $ | Prints - $ | Prints - | $ |
| Prints - | $ | Prints - $ | Prints - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | Print Charge Meter 2: | |
| Prints 1 - | $ | Prints 1 - $ | Prints 1 - | $ |
| Prints - | $ | Prints - $ | Prints - | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | | Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | |

☐ Purchased Supplies ☐ Cash ☐ Financed ☐ Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ Application Software

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ Trade-In Allowance   Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance: $____
☐ Price of Replacement Equip.: $____

☐ K-16 Billing Suspension
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
   Description:____ /$____ mo.
☐ Comp. Replacement Program: $____
☐ Attached Addenda
   form#_____ (__) form#_____

**Agreement Presented By:**
Name BRUCE NUSSBAUM  Phone 202-962-7676
Xerox Corporation - Acceptance By:
Name _____
Signature _____  Date _____

**Customer:**
Name DON TYLER  Phone 703-934-1111
Title V.P. PHOENIX COLOR  Date 9/27/99
Signature [signed]

Form 51860 (10/97)

# LEASE AGREEMENT

**THE DOCUMENT COMPANY XEROX**

Customer's Legal Name (Bill to): ~~ECNIGRAPHIK A WHOLLY OWNED~~ PHOENIX COLOR CORP. 01
Name Overflow (if needed): ~~SUBSIDIARY OF PHOENIX COLOR CORP~~
Street Address: 22922 ENGLEWOOD CT
Box#/Routing:
City, State: STERLING, VA
Zip Code: 20166
Tax ID#:

Customer Name (Install): PHOENIX COLOR
Name Overflow (if needed):
Installed at Street Address: 18249 PHOENIX DR
Floor/Room/Routing:
City, State: HAGERSTOWN, MD
Zip Code: 21742
County Installed In:
Customer Requested Install Date: 9/29/99

**Check all that apply**
☒ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name: _____
☒ Negotiated Contract #: 0707168 06
☐ Attached Customer P.O. #s: Supplies:_____ Lease:_____
☐ State or Local Government Customer
   Int. Rate: ___ %  Total Int. Payable: $_____

☐ Replacement/Modification of Prior Xerox Agreement
Agreement covering Xerox Equipment Serial# (or 95#):_____
is hereby ☐ modified. ☐ replaced. Effective Date: _/_/_
Comments:

**Lease Information**
Lease Term: 60 months
☐ Supplies included in Base/Print Charges
☐ Refin. of Prior Agm't.: ☐ Xerox (95#)_____ ☐ 3rd Party Eq.
Amt Refin: $___ Int Rate: ___% Total Int. Payable: $___

## Lease Payment Information

| Product (with serial number, if in place equipment) | | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|---|
| (1) DIGIPATH | (1) TWISPAIR | FMV | $ | ☐ | ☐ | ☐ |
| (1) DIGIPCA | | FMV | | ☐ | ☐ | ☐ |
| (1) ADDSCAN-A | | FMV | | ☐ | ☐ | ☐ |
| (1) OPTICAL-A | | FMV | | ☐ | ☐ | ☐ |
| (1) MRTBL | | FMV | | ☐ | ☐ | ☐ |

$ 1951 : **MINIMUM MONTHLY LEASE PAYMENT** (excl. of applic. taxes)

### Price Information    ☐ Adjustment Period

| | | Period A - Mos. Affected: - | | Period B - Mos. Affected: - | |
|---|---|---|---|---|---|
| Monthly Base Charge | $1951 | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints  1 - ∞ | $ 0 | Prints  1 - | $ | Prints  1 - | $ |
| Prints  - | $ | Prints  - | $ | Prints  - | $ |
| Prints  - | $ | Prints  - | $ | Prints  - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints  1 - | $ | Prints  1 - | $ | Prints  1 - | $ |
| Prints  - | $ | Prints  - | $ | Prints  - | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | | Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | | Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | |

☐ **Purchased Supplies** ☐Cash ☐Financed ☐Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ **Application Software**

| Software Title | Initial License Fee ☐Cash ☐Finance | Annual Renewal Fee ☐Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ **Trade-In Allowance**  Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance: $___
☐ Price of Replacement Equip.: $___

☐ K-16 Billing Suspension (check 1 as required) Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
   Description:_____ /$___ mo.
☐ Comp. Replacement Program: $___
☐ Attached Addenda
   form#_____ (___) form#_____

**Agreement Presented By:**
Name: BRUCE NUSSBAUM  Phone: 202-962-7676
Xerox Corporation - Acceptance By:
Name:_____ Date:_____
Signature:_____

**Customer**
Name: DON TYLER  Phone: 703 854 1111
Title: VP PHOENIX COLOR  Date: 9/27/99
Signature: X_____

Form 51860 (10/97)