**EXHIBIT J**

**ORIGINAL**

1

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE DISTRICT OF MARYLAND

3

4   XEROX CORPORATION              :

5        Plaintiff                 :

6   Vs.                            :   CIVIL ACTION NO.

7   PHOENIX COLOR CORPORATION      :     L 02CV 1734

8   and                            :

9   TECHNIGRAPHIX, INCORPORATED    :

10       Defendants                :

11

12

13

14        Deposition of **ROSALIA T. GIANOLA**, taken

15   on Tuesday, March 4, 2003, at 12:40 p.m., at the

16   law offices of Piper Rudnick, LLP, 6225 Smith

17   Avenue, Baltimore, Maryland, before Bonnie L.

18   Russo, Notary Public.

19   ---------------------------

20   Reported by:

21   Bonnie L. Russo

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888    Fax (410) 821-4889

1   the original was entered into.  Not for sure
2   without the agreement to look at.  I don't know.
3       Q.   Let me show you a rental contract
4   here.  And for purposes of identification we are
5   still on customer number 098665581.
6            I am showing a rental contract
7   concerning the equipment E3N061638 and
8   H3T010421.
9            Can you identify the rental agreement
10  at issue in this?
11      A.   Rental agreement dated 11-7-97 between
12  Technigraphix and Xerox Corporation signed by
13  Jack Tiner monthly base $1,960.  No pick charges.
14      Q.   What is the date on this agreement?
15      A.   11-7-97.
16      Q.   Am I correct that you were suing Phoenix
17  Color based upon this rental agreement?
18      A.   Yes.
19      Q.   Why?
20      A.   Probably because there is outstanding
21  invoices that relate to this rental agreement.

```
 1        Q.   But why are you suing Phoenix Color for
 2   this agreement when Technigraphix is clearly
 3   identified as the contracting party?
 4        A.   They bought the assets of Technigraphix.
 5        Q.   What makes you think they bought the
 6   assets of Technigraphix?
 7        A.   There is a stock purchase.
 8        Q.   Is that your sole basis for why you are
 9   suing Phoenix Color based upon this 1997
10   agreement with Technigraphix?
11             MR. FRIEDMAN:   Objection.   Sole basis
12   will be made known once we have had a chance to
13   review the documents which you turned over today
14   which we asked for a month ago.
15             MR. GAUMONT:   Fair enough.   She can
16   testify as far as she knows in terms of factual
17   basis.  I am not asking for legal conclusions.
18   If her basis is based upon what she thinks may be
19   in the documents that we produced I would like
20   her to say so.
21             THE WITNESS:   Repeat your question
```

1       again.
2                   BY MR. GAUMONT:
3       Q.  My question is do you have any other
4  basis for holding Phoenix Color liable based upon
5  the 1997 contract between Xerox and
6  Technigraphix?
7       A.  There is probably outstanding invoices
8  for the time period Phoenix Color -- we have
9  rental invoices dated 12-31-01.  Phoenix Color
10 had possession of the rental equipment.
11      Q.  So you are suing Phoenix Color because
12 you think that it had possession of the rental
13 equipment in 2001.  That's one reason.
14             Are there any other reasons?
15      A.  For the rental equipment?
16      Q.  Uh-huh.
17      A.  No.
18      Q.  Let's go down to something on your
19 interrogatory.  I am still in the section
20 098665581 dealing with number -- the second one
21 from the bottom.  It says -- if you could refer

1  to the interrogatory it says "rental, searching
2  records for contract."
3      What does that response mean in your
4  interrogatory response?
5      A.  I wasn't able to retrieve a copy of that
6  rental agreement.
7      Q.  It means you don't have the contract for
8  that rental, right?
9      A.  Right.
10     Q.  On what basis are you deciding that
11 Phoenix Color owes you $14,440.55 based upon
12 that?
13     A.  Again, outstanding invoices for the time
14 period that Phoenix Color had the machines.
15     Q.  So it's based upon invoices and not any
16 contract that you have possession of; is that
17 right?
18     A.  It's based on the invoices on the
19 statement.
20     Q.  The next thing below that says, "FSMA."
21         What is that?

114

1  Q.  Included as part of this package are
2  terms and conditions.  Term lease and terms and
3  conditions dated October, 1997.
4      Why did you include that as part of
5  your response to customer 955288964?
6  A.  It's the terms and conditions that
7  govern that agreement.
8  Q.  Okay.
9  A.  As referenced by the form 51860
10 signifies the term lease agreement dated 10-97.
11 Q.  So just to be clear you are referring to
12 a lease agreement that is in the back of a
13 package of documents as part of this folder
14 called contract 955288964 write-off package AR
15 text history and the last page there includes a
16 lease agreement dated 9-7-99, and in the lower
17 left corner typed it states form?
18 A.  51860.
19 Q.  And a date of 10-97 that tells you in
20 order to get the terms and conditions of this
21 lease agreement you need to refer back to what


1  was in '97; is that right?

2      A.  Yes.  These are the terms and conditions

3  for October, '97.

4      Q.  Was it unusual for people to be

5  executing less agreements in '99 for -- to be

6  using forms that actually referenced terms and

7  conditions in '97?

8      A.  No.  If there wasn't an update or a

9  change to the terms and conditions it is very

10  likely that they used that form.

11      Q.  Do you know when the updates were in

12  effect with respect to the various lease

13  agreements?

14      A.  There could have been an update but that

15  would be irrelevant.  This was the form that was

16  utilized.  We have to -- the terms and conditions

17  would have to match the form.

18      Q.  Could you identify the contracting party

19  of this document?

20      A.  Technigraphix, Incorporated, a wholly

21  owned subsidiary of Phoenix Color and Xerox.

116

1  It's a term lease agreement for 60 months.

2  Signed by Walt Marple on September 7 of '99.

3       Q.   Do you know who Walt Marple is?

4       A.   According to the XOA it just says

5  operations.

6       Q.   The only title under Walt Marple is

7  operations; isn't that right?

8       A.   Yes.

9            (Gianola Deposition Exhibit No. 12

10 was marked for identification.)

11           BY MR. GAUMONT:

12      Q.   Let me show you another folder.  This is

13 in response to Count II against Phoenix

14 Color.

15           Do you know the distinction between

16 Count I and Count II between Phoenix Color and

17 Technigraphix?

18           MR. FRIEDMAN:  Objection.  You can

19 answer.

20           THE WITNESS:  Without looking at the

21 complaints I believe Count I was against