**EXHIBIT K**

X 35 NUSSBAUM

# LEASE AGREEMENT

THE DOCUMENT COMPANY
XEROX

Customer's Legal Name (Bill to): TECHNIGRAPHIX INC A WHOLLY OWNED
Name Overflow (if needed): SUBSIDIARY OF PHOENIX COLOR
Street Address: 22977 EAGLEWOOD CT
Box#/Routing: _____
City, State: STERLING VA
Zip Code: 20166-____
Tax ID#: _____

Check all that apply
☑ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name: _____
☐ Negotiated Contract #: _____
☐ Attached Customer P.O. #s:   Supplies: _____
   Lease: _____
☐ State or Local Government Customer
   Int. Rate: ___%   Total Int. Payable: $_____

Customer Name (Install): PHOENIX COLOR CORP
Name Overflow (if needed): _____
Installed at Street Address: 18249 PHOENIX DR.
Floor/Room/Routing: _____
City, State: HAGERSTOWN, MD
Zip Code: 21742-____
County Installed In: _____
Customer Requested Install Date: 9/10/99

☐ Replacement/Modification of Prior Xerox Agreement
Agreement covering Xerox Equipment Serial# (or 95#): _____
is hereby ☐ modified. ☐ replaced. Effective Date: __/__/__
Comments: _____

**Lease Information**
Lease Term: 60 months
☐ Supplies included in Base/Print Charges
☐ Refin. of Prior Agm't.: ☐ Xerox (95#) _____   ☑ 3rd Party Eq.
Amt Refin: $_____   Int Rate: ___%   Total Int. Payable: $_____

## Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|
| DOCUSHEETER 6180 | $ 0 | $ | ☐ | ☑ | ☐ |
| DYNNING PERFORATOR | $ 0 | | ☐ | ☑ | ☐ |
| ROLL CART | $ 0 | | ☐ | ☑ | ☐ |
| INSTALLATION | $ 0 | | ☐ | ☑ | ☐ |
| TRAINING | $ 0 | | ☐ | ☑ | ☐ |

$ 2088.07 : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

### Price Information     ☐ Adjustment Period

| | | Period A - Mos. Affected: - | | Period B - Mos. Affected: - | |
|---|---|---|---|---|---|
| Monthly Base Charge | $ | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints  1 - | $ | Prints  1 - | $ | Prints  1 - | $ |
| Prints  -  | $ | Prints  -  | $ | Prints  -  | $ |
| Prints  -  | $ | Prints  -  | $ | Prints  -  | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints  1 - | $ | Prints  1 - | $ | Prints  1 - | $ |
| Prints  -  | $ | Prints  -  | $ | Prints  -  | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | | Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | | Mo. Min.# of Prints (based on Meter 1 Print Charges): ___ | |

☐ Purchased Supplies  ☐ Cash  ☐ Financed  ☐ Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ Application Software

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ Trade-In Allowance   Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance: $_____
                            ☐ Price of Replacement Equip.: $_____

☐ K-16 Billing Suspension
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
   Description: _____ /$____ mo.
☐ Comp. Replacement Program: $_____
☐ Attached Addenda
   form#_____ (__) form#_____

Agreement Presented By:
Name: BRUCE NUSSBAUM   Phone: 302-462-7676  8 459 7676

Xerox Corporation - Acceptance By:
Signature: _____   Date: _____

Customer:
Name: WALT WHIPPLE   Phone: 703 834 1111
Title: OPERATIONS
Signature: X /s/ Walt Whipple   Date: 9/7/99

Form 51860 (10/97)

Tyler Deposition
Exh. No. 12   Date 3/5/03
Ilana Johnston   Salomon Reporting
CRC

# SALE / MAINTENANCE AGREEMENT

**THE DOCUMENT COMPANY XEROX**

Customer's Legal Name (Bill to): TECHNIGRAPHIX INC A WHOLLY
Name Overflow (if needed): OWNED SUBSIDIARY OF PHOENIX COLOR
Street Address: 22977 ENGLEWOOD CT
Box#/Routing:
City, State: STERLING, VA
Zip Code: 20166
Tax ID#:
Customer Name (Install): PHOENIX COLOR CORP
Name Overflow (if needed):
Installed at Street Address: 18249 PHOENIX DR.
Floor/Room/Routing:
City, State: HAGERSTOWN, Md
Zip Code: 21742
County Installed In:
Customer Requested Install Date: __/__/__

**Check all that apply**
☒ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name: _____
☐ Negotiated Contract #: _____
☐ Attached Customer P.O. #s: Supplies: _____
   Sale: _____ Maint.: _____
☐ State or Local Government Customer
☐ Replacement/Modification of Prior Xerox Agreement
   Agreement covering Xerox Equipment Serial# (or 95#): _____
   is hereby ☐ modified ☐ replaced. Effective Date: __/__/__
   Comments: _____
☐ Installment Sales Information      Total Int.
   Install. Sale Term: ___ mo. Int. Rate: ___ % Payable: $___
   ☐ Prepaid Invoice: ___ months
   ☐ Refin. of Prior Agrmt.: ☐ Xerox (95#): ___  ☐ 3rd Party Eq.
   Amt Refin: $___ Int Rate: ___ % Total Int Payable: $___
☒ Maintenance Information
   Maintenance Term: 60 months
   ☐ Supplies included in Base/Print Charges

**Cash Sale/Installment Sale - Payment Information**

| Product (with serial number, if in place equipment) | Qty | Prev Install | Fin'l Interm | Cust Install | Warr # mo | List Price (Total) | Down Payment | Total Discount (Inc. Trade-In) | Net Price (Total) |
|---|---|---|---|---|---|---|---|---|---|
| DOCUSHEETER 6180 | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| RUNNING PERFORATOR | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| ROLL CART | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |

$ 0 : MONTHLY INSTALLMENT SALE PAYMENT (excl. of applic. taxes)

Maintenance Agreement Price Information   ☐ Adjustment Period (Maintenance Agreement Only)

| | Period A - Mos. Affected: - | | Period B - Mos. Affected: - | |
|---|---|---|---|---|
| Monthly Base Charge | $ 1315 | Monthly Base Charge $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | ▓▓▓ | Print Charge Meter 1: ▓▓▓ | Print Charge Meter 1: | ▓▓▓ |
| Prints 1 - ∞ | $ 0 | Prints 1 - $ | Prints 1 - | $ |
| Prints - | $ | Prints - $ | Prints - | $ |
| Prints - | $ | Prints - $ | Prints - | $ |
| Print Charge Meter 2: | ▓▓▓ | Print Charge Meter 2: ▓▓▓ | Print Charge Meter 2: | ▓▓▓ |
| Prints 1 - | $ | Prints 1 - $ | Prints 1 - | $ |
| Prints - | $ | Prints - $ | Prints - | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges) | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | Mo. Min.# of Prints (based on Meter 1 Print Charges) | |

☐ Purchased Supplies  ☐ Cash  ☐ Financed  ☐ Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ Application Software

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ Trade-In Allowance   Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance $___
                           ☐ Price of Replacement Equip.  $___

☐ K-16 Billing Suspension
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan  ☐ Fixed Price Plan
☐ Per-Foot Pricing ☐ Annual Charge Plan
☐ Extended Service Hours:
   Description: _____ / $ ___ mo.
☐ Comp. Replacement Program: $ _____
☐ Std. Maint. Agrmt.: $ _____ / year
☐ Attached Addenda
   form# _____ (___) form# _____

Agreement Presented By:
Name: BRUCE NUSSBAUM  Phone: 202-962-7676  8-459-7676
Xerox Corporation - Acceptance By:
me _____  Date _____
Signature _____

Customer:
Name: CURT MARPLE  Phone: 703 834-1111
Title: OPERATIONS
Signature: [signed]  Date: 9/7/99

Form 51858 (10/97)