IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| XEROX CORPORATION | * |
| Plaintiff | * |
| v. | * |
| PHOENIX COLOR CORPORATION, *et al* | * |
| Defendants | *   Civil Action No.: |
| | *   WDQ 02 CV 1734 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S MOTION TO WITHDRAW IT'S MOTION TO STRIKE PHOENIX COLOR'S AMENDED ANSWER AND COUNTERCLAIM

Xerox Corporation ("Xerox"), Plaintiff, by and through its attorneys, Sidney S. Friedman, Rosemary E. Allulis, and Weinstock, Friedman & Friedman, P.A., hereby files this Motion to Withdraw It's Motion to Strike Phoenix Color's Amended Answer and Counterclaim, and for cause states:

1. After Plaintiff filed it's Motion to Strike, counsel for Defendant Phoenix Color contacted counsel for Plaintiff, and indicated that there had been a filing error.

2. Apparently, the Amended Answer and Counterclaim were both "proposed" pleadings, which should have been docketed as attachments to Defendant's Motion.

3. Because the amended pleadings have now been correctly docketed as proposed amendments, Plaintiff's motion has become moot.

1

WHEREFORE, Xerox Corporation, Plaintiff respectfully requests this Honorable Court to:

A.  Grant Plaintiff's Motion to Withdraw It's Motion to Strike Phoenix Color's Amended Answer and Counterclaim.

Respectfully Submitted,

WEINSTOCK, FRIEDMAN
& FRIEDMAN, P.A.

_____
Sidney S. Friedman

_____
Rosemary E. Allulis
Attorneys for Plaintiff
Executive Centre
4 Reservoir Circle
Baltimore, Maryland 21208-7301
(410) 559-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **XEROX CORPORATION** | * |
| **Plaintiff** | * |
| v. | * |
| **PHOENIX COLOR CORPORATION,** *et al* | * |
| **Defendants** | *   Civil Action No.: |
| | *   WDQ 02 CV 1734 |

**********************************************************************

## ORDER

Upon consideration of the corrected docket entries, and Plaintiff's Motion to Withdraw It's Motion to Strike Phoenix Color's Amended Answer and Counterclaim, it is this _____ day of _____, 2003, hereby

**ORDERED**: That Plaintiff's Motion to Withdraw It's Motion to Strike Phoenix Color's Amended Answer and Counterclaim, is **GRANTED**.

_____   _____
Date                              Judge,
                                  United States District Court
                                  for the District of Maryland

1

cc:

Sidney S. Friedman
Weinstock, Friedman & Friedman, P.A.
Executive Centre
4 Reservoir Circle
Baltimore, Maryland 21208-7301

John R. Wellschlager
Robert A. Gaumont
Piper Rudnick, LLP
6225 Smith Avenue
Baltimore, Maryland 21209

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this _____ day of _____, 2003, a copy of the foregoing Plaintiff's Motion to Withdraw It's Motion to Strike Phoenix Color's Amended Answer and Counterclaim and a proposed Order, were electronically filed, and mailed first class mail, postage pre-paid to: John R. Wellschlager, Robert A. Gaumont, Piper Rudnick, LLP, 6225 Smith Avenue, Baltimore, Maryland 21209.

WEINSTOCK, FRIEDMAN
& FRIEDMAN, P.A.

_____
Sidney S. Friedman

_____
Rosemary E. Allulis
The Executive Centre
4 Reservoir Circle
Baltimore, Maryland 21208
(410) 559-9000

Attorneys for Plaintiff