IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

**XEROX CORPORATION**          *

    **Plaintiff**

v.
                                           *

**PHOENIX COLOR CORPORATION,** *et al*   *
                                           *

    **Defendants**          *   Civil Action No.:

                                           *   WDQ 02 CV 1734

***************************************************************

## ORDER

Upon consideration of the corrected docket entries, and Plaintiff's Motion to Withdraw It's Motion to Strike Phoenix Color's Amended Answer and Counterclaim, it is this 28th day of April, 2003, hereby

**ORDERED**: That Plaintiff's Motion to Withdraw It's Motion to Strike Phoenix Color's Amended Answer and Counterclaim, is **GRANTED**.

_____4/28/3_____      _____
Date                          Judge,
                              United States District Court
                              for the District of Maryland

2003 APR 28 P 5: 45
BALTIMORE
DEPUTY
FILED
DISTRICT COURT