**EXHIBIT 1**

**Previously filed as Exhibit 1 to Plaintiff's Motion for Partial Summary Judgment**