EXHIBIT 3

```
                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF MARYLAND

     XEROX CORPORATION            :

                    Plaintiff     :

          vs.                     :   CIVIL ACTION NO.

     PHOENIX COLOR CORPORATION    :   L 02CV 1734

                and               :

     TECHNIGRAPHIX, INCORPORATED  :

                    Defendants    :


                    Deposition of ARMANDO GARCIA, III, taken
          on Monday, March 3, 2003, at 1:37 p.m., at the
          law offices of Piper Rudnick, LLP, 6225 Smith
          Avenue, Baltimore, Maryland, before Bonnie L.
          Russo, Notary Public.

                    ---------------------------------

               Reported by:

               Bonnie L. Russo


                         CRC-SALOMON
                         Baltimore, Maryland
               Phone (410) 821-4888   Fax (410) 821-4889
```



EXHIBIT 31

COPY

```
 1                STATE OF MARYLAND
 2                                    SS:
 3        I, BONNIE RUSSO, a Notary Public of the
 4   State of Maryland, do hereby certify that the
 5   within named, ARMANDO GARCIA, III, personally
 6   appeared before me at the time and place herein
 7   set out, and after having been duly sworn by me,
 8   was interrogated by counsel. I further certify
 9   that the examination was recorded
10   stenographically by me and this transcript is a
11   true record of the proceedings.
12        I further certify that I am not of counsel
13   to any of the parties, nor an employee or
14   counsel, nor related to any of the parties, nor
15   in any way interested in the outcome of this
16   action.
17        As witness my hand and notarial seal this
18   17th day of March, 2003.
19
20   My commission expires: _____
21   August 25, 2004             Notary Public.
```

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888    Fax (410) 821-4889

83

20

A. I don't believe so. Not that -- I don't
recall.

Q. In your interaction with Phoenix Color
did they ever ask for any sort of special pricing
that went beyond your empowerment level?

A. I don't believe so. I don't think any
of the discussions, at least not very many of
them, I can recall had a lot to do with pricing.
The reps know their abilities and it's only if
there is a unique situation that they would come
to me. I don't recall anything very unique about
this circumstance.

Q. Do you recall whether there was any
discussion about a need to lower the monthly
payment?

A. I remember later there being a
discussion about them being uncomfortable with
their monthly outlay. I am not exactly sure why,
but I do remember that. And we did do some
refinancing for them at their request on some of
their existing gear.

```
 1   A.  Donnie is the only other person I can
 2       remember.
 3   Q.  Anyone else at Hagerstown that you met
 4       up with?
 5   A.  I don't remember if Ed was in town that
 6       day or not.
 7   Q.  Do you remember Donnie saying anything?
 8   A.  Hello maybe.  I don't remember anything
 9       specific.
10   Q.  Did you have an understanding as to
11       whether Donnie was an employee of Phoenix Color?
12   A.  I never believed him to be anything
13       else.  That's the way he presented himself.
14   Q.  How did he present himself as an
15       employee of Phoenix Color?
16   A.  As the vice president of operations for
17       Phoenix Color.  He was the person from Phoenix
18       Color who was integrating Technigraphix into
19       Phoenix Color.
20   Q.  And that you said vice president of
21       what?
```

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888   Fax (410) 821-4889

32

```
 1   A.  I think it was operations or something
 2       like that.  I don't really recall.  I don't
 3       remember that part.  I know I had a card that
 4       said vice president of something.  I think it was
 5       operations.
 6   Q.  Do you ever recall him saying I am vice
 7       president of Phoenix Color?
 8   A.  I don't recall if he said it.  I would
 9       assume he said it.  If someone handed me their
10       card and said they are vice president I probably
11       wouldn't even ask the question.  But I don't
12       recall him saying I am vice president of Phoenix
13       Color, no.  But he did hand me a card and the
14       conversations were always that he had been with
15       Phoenix Color for years and that I guess he had
16       done things like that before.
17   Q.  Do you recall whether he had handed you
18       the card while he was at that meeting in
19       Hagerstown?
20   A.  I don't recall if it was that meeting.  I
21       would assume since the only places I remember
```

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888   Fax (410) 821-4889