**EXHIBIT 5**



DONALD TYLER
VICE PRESIDENT
QUALITY/SERVICE MANAGEMENT
EXT. 4516

101 TANDY DRIVE

HAGERSTOWN, MD 21740

800 632 4111

301 733 0018

FAX 301 733 6782

DTYLER@PHOENIXCOLOR.COM

