**EXHIBIT 6**

# ORIGINAL

1

1     IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF MARYLAND

3

4

5     XEROX CORPORATION,              :

6            Plaintiff              :

7     Vs.                    :     CIVIL ACTION NO.

8     PHOENIX COLOR CORPORATION:    L-02-CV-1734

9     and TECHNIGRAPHIX, INC., :

10           Defendants       :

11          - - - - - - - - - - - - - - - - - - - -

12          Deposition of **DONALD C. TYLER**, taken on

13    Wednesday, March 5, 2003, at 1:28 p.m., at the

14    offices of Weinstock, Friedman & Friedman, P.A.,

15    Executive Centre, 4 Reservoir Circle, Suite 200,

16    Baltimore, Maryland, before Ilana E. Johnston,

17    R.P.R. and Notary Public.

18          - - - - - - - - - - - - - - - - - - - -

19

20    Reported by:

21    Ilana E. Johnston, R.P.R.



EXHIBIT
6

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888  Fax (410) 821-4889

154

```
 1   STATE OF MARYLAND

 2              SS:

 3        I, Ilana E. Johnston, RPR, a Notary Public

 4   of the State of Maryland, do hereby certify that

 5   the within named, DONALD C. TYLER, personally

 6   appeared before me at the time and place herein

 7   set out, and after having been duly sworn by me,

 8   was interrogated by counsel.

 9        I further certify that the examination was

10   recorded stenographically by me and this

11   transcript is a true record of the proceedings.

12        I further certify that I am not of counsel

13   to any of the parties, nor an employee of counsel

14   nor related to any of the parties, nor in any way

15   interested in the outcome of this action.

16        As witness my hand and notarial seal this

17   10th day of March, 2003.

18

19

20   My commission expires: _____

21   December 1, 2004              Notary Public
```

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888  Fax (410) 821-4889

84

1    Exhibit No. 2, copy of business card, marked.)

2        Q.   When did you utilize this card,

3    Mr. Tyler?

4            MR. GAUMONT:   Objection.   Foundation,

5    form.

6        Q.   Do you remember?

7        A.   After I was given the cards or once I

8    received my promotion.

9        Q.   Which was when?

10       A.   In 1997 when I was promoted to

11   vice-president, quality service management.

12       Q.   If at any time you need to take a break,

13   just let me know.

14       A.   Thank you.

15       Q.   Do you have any cards, business cards,

16   with you today which indicate that you were the

17   chief operating officer of TechniGraphix?

18       A.   No, sir, I don't.

19       Q.   Did you ever have any cards printed up

20   indicating you were chief operating officer of

21   TechniGraphix?

85

1          MR. GAUMONT:  Objection to form.

2      A.  I don't recall.

3      Q.  Do you recall ever handing out cards

4  indicating you were chief operating officer of

5  TechniGraphix?

6      A.  I don't recall.

7      Q.  Sitting here today it's your testimony

8  that during the year you were the chief operating

9  officer of TechniGraphix you have no recollection

10  of ever handing out a business card which

11  indicates you were chief operating officer of

12  TechniGraphix?

13          MR. GAUMONT:  Objection.  Compound,

14  form.

15      Q.  Is that your testimony?

16      A.  That's correct, sir.

17          MR. FRIEDMAN:  Here's a stack of

18  documents we're going to go through.  I would

19  like to start with -- let's do this, if you don't

20  mind.  Let's mark this as an exhibit next on

21  behalf of Mr. Tyler.

1          A.   Repeat the question, please.

2          Q.   Would you have signed this lease if your

3     name was not printed out or written out above

4     where you signed?

5          MR. GAUMONT:   Objection to form.  Asked

6     and answered.

7          A.   No, sir.

8          Q.   No.   Would you have signed this lease

9     agreement if the customer's name was not filled

10    out?

11         MR. GAUMONT:   Objection to form.

12         A.   Yes, sir.

13         Q.   Why?

14         A.   Because in my dealings with Xerox over

15    the period of time on numerous lease agreements

16    my concentration was that I was purchasing the

17    meat of the contract, which is the components of

18    the 6180 and the current lease breakdown and my

19    name and Bruce's name.

20         Q.   So it didn't matter to you whose name

21    was in the space marked customer's legal name?

1      Q.  Is that your testimony?

2      A.  I concentrated on the meat of the

3  contract, sir.

4      Q.  So that means you didn't care whether

5  the customer's name was filled out, correct?

6      MR. GAUMONT:  Objection.  Form,

7  characterization.

8      A.  No, sir.

9      Q.  You did care.

10     MR. GAUMONT:  Objection.  How many

11  questions you got out there?

12     Q.  You did care.

13     A.  Sir, your question was did I look to see

14  if the name was filled out.  And I stated to you

15  that I concentrated solely on the components of

16  the contract, the lease agreement and the price.

17     Q.  Was it important to you whether the name

18  of the customer was filled out when you signed

19  the lease?

20     MR. GAUMONT:  Objection to form.

21     A.  I did not look at the top of the

1    contract on every contract, sir.

2        Q.  Was it important to you whether the name

3    of the customer was filled out?  That's my

4    question.

5        MR. GAUMONT:  Objection to form.

6        A.  I can't answer that.

7        Q.  I take it then it was not important to

8    you.

9        MR. GAUMONT:  Objection.

10   Characterization, form.

11       A.  Yes, sir, it was important to me.

12       Q.  It was important to you, but you didn't

13   look to see whether it was filled out; is that

14   your testimony?

15       MR. GAUMONT:  Objection to form.

16       A.  Yes, sir.

17       Q.  Okay.  But sitting here today, you don't

18   have any recollection as to whether it was filled

19   out completely or not; is that correct?

20       A.  No, sir, I don't recall.

21       Q.  I will tell you now that the rest of the

97

Q.  We're now looking at Exhibit 4, Bates
No. 2504.  I believe this is going to be a series
of lease agreements all dated December the 10th,
1999, but we'll see in a second because we're
going to go through each one.

A.  Okay.

Q.  The first one is Bates No. 2504.  Is
that your signature at the bottom of that lease
agreement?

A.  Yes, sir, it is.

Q.  Do you have any recollection sitting
here today whether this was completely filled out
before you signed it?

MR. GAUMONT:  Objection to form.

A.  I can't recall.

Q.  Okay.  Do you have recollection sitting
here today whether the words Don Tyler were
printed above your signature under the customer's
name?

A.  I can't recall.

Q.  Is there any reason why when you signed

98

1    that you didn't put in your title --

2             MR. GAUMONT:  Objection.  Form,

3    foundation.

4        Q.  -- to your recollection?

5             MR. GAUMONT:  Objection to form and

6    foundation.

7        A.  I can't recall.

8        Q.  Is there any recollection sitting here

9    today whether the customer's name was filled out

10   prior to your signing?

11       A.  I can't recall.

12       Q.  Okay.  Bates No. 2505, lease agreement

13   dated December the 10th, 1999.  Is that your

14   signature at the bottom of that lease agreement?

15       A.  Yes, sir, it is.

16       Q.  Do you have any recollection sitting

17   here today whether that lease agreement was

18   completely filled out when you signed it?

19            MR. GAUMONT:  Objection to form.

20       A.  I can't recall.

21       Q.  Do you have any recollection sitting

99

1    here today whether the words under the customer

2    name were written in, those words being Don

3    Tyler, vice-president, Phoenix Color Corporation?

4              MR. GAUMONT:  Objection to form.

5         A.  I can't recall.

6         Q.  Do you have any recollection today as to

7    whether the customer's name was written in before

8    you signed it?

9         A.  I can't recall.

10        Q.  I apologize that this is so repetitive,

11   but there's just no other way to do it.

12             Bates No. 2506, lease dated December

13   the 10th, 1999.  Is that your signature at the

14   bottom of that lease agreement?

15        A.  Yes, sir, it is.

16        Q.  Do you have any recollection sitting

17   here today whether that lease was fully filled

18   out before you signed it?

19        A.  I can't recall.

20        Q.  Do you have any recollection sitting

21   here today whether under the customer's name the

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888  Fax (410) 821-4889

100

1    words Don Tyler, vice-president, Phoenix Color

2    was written in before you signed it?

3              MR. GAUMONT:  Objection to form.

4         A.  I can't recall.

5         Q.  Do you have any recollection sitting

6    here today whether the customer's name was filled

7    out before you signed it?

8              MR. GAUMONT:  Objection to form.

9         A.  I can't recall.

10        Q.  Bates No. 2507.  I'm going to speed this

11   up since the questions are the same, so let's see

12   if we can short-circuit this a little bit.  Bates

13   No. 2507, Bates No. 2508, Bates

14   No. 2509, let's take those three.  Is that your

15   signature at the bottom of each one of those

16   lease agreements?

17        A.  Yes, sir, it is.

18        Q.  Do you have any recollection sitting

19   here -- and they were all signed or dated

20   December the 10th, 1999, correct?

21        A.  Yes, sir, they are.

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888  Fax (410) 821-4889

101

1      Q.  Do you have any recollection sitting

2   here today whether the lease agreements that

3   you've just identified were filled out before you

4   signed?

5          MR. GAUMONT:  Objection to form.

6      A.  I can't recall.

7      Q.  Do you have any recollection sitting

8   here today whether your name under the customer

9   portion was filled in, Don Tyler, vice-president,

10  Phoenix Color Corporation?

11         MR. GAUMONT:  Objection to form.

12     A.  I don't recall.

13     Q.  Do you have any recollection sitting

14  here today as to whether the customer's name,

15  Phoenix Color Corporation, was filled out before

16  you signed it?

17         MR. GAUMONT:  Objection to form.

18     A.  I don't recall.

19     Q.  Okay.  Bates No. 2510, lease

20  agreement.  I note that there is no date.  Would

21  you agree with me?

102

1          A.   Yes, sir, there is no date.

2          Q.   Is that your signature at the bottom of

3    that lease agreement?

4          A.   Yes, sir, it is.

5          Q.   Do you mind if I come around?

6          A.   Yes.

7          Q.   It's a little hard to bend over like

8    that.

9          A.   If you'd stand on this side.

10          Q.   Sure.   Is that your better ear over

11    here?

12          A.   Yes.

13          Q.   Okay.   Thank you.   Do you have any

14    recollection sitting here today whether the lease

15    agreement that's Bates No. 2510 was filled out

16    before you signed your name at the bottom?

17          MR. GAUMONT:   Objection to form.

18          A.   I don't recall.

19          Q.   Do you have any recollection sitting

20    here today whether the words Don Tyler were

21    written in under the customer's name before you

103

1    signed it?

2        A.  I don't recall.

3        Q.  Do you have any recollection sitting

4    here today whether the customer's name was filled

5    out before you signed it?

6            MR. GAUMONT:  Objection to form.

7        A.  I don't recall.

8        Q.  When you signed this document, is there

9    any reason why you didn't fill in the date and

10   your title under the customer's name?

11           MR. GAUMONT:  Objection.  Compound,

12   form.

13       A.  I don't recall.

14       Q.  Bates No. 2511, lease agreement dated

15   December the 10th, '99.  Is that your signature

16   at the bottom of that lease?

17       A.  Yes, sir, it is.

18       Q.  Do you have recollection sitting here

19   today whether that was completely filled out

20   before you signed it?

21           MR. GAUMONT:  Objection to form.

104

1    A.   I don't recall.

2    Q.   Do you have any recollection sitting

3  here today whether your name was written in under

4  the customer portion, Don Tyler, vice-president,

5  Phoenix Color?

6       MR. GAUMONT:  Objection to form.

7    A.   I don't recall.

8    Q.   Do you have any recollection sitting

9  here today whether the customer's name was filled

10 in, Phoenix Color Corporation?

11      MR. GAUMONT:  Objection to form.

12   A.   I don't recall.

13   Q.   Bates No. 2512, lease dated December the

14 10th, '99.  Is that your signature at the bottom?

15   A.   Yes, sir, it is.

16   Q.   Do you have any recollection sitting

17 here today whether this lease was completely

18 filled out before you signed it?

19      MR. GAUMONT:  Objection to form.

20   A.   I don't recall.

21   Q.   Do you have any recollection sitting

105

1    here today whether your name was written in with

2    the title at the bottom, Don Tyler,

3    vice-president, Phoenix Color?

4              MR. GAUMONT:  Objection to form.

5         A.   I don't recall.

6         Q.   Do you have any recollection sitting

7    here today whether the customer's name was filled

8    in under the lease agreement, Phoenix Color

9    Corporation?

10             MR. GAUMONT:  Objection to form.

11        A.   I don't recall.

12        Q.   Bates No. 2513, lease dated

13   December 10, '99.  Is that your signature at the

14   bottom?

15        A.   Yes, sir, it is.

16        Q.   Do you have any recollection sitting

17   here today whether this was completely filled out

18   before you signed it?

19             MR. GAUMONT:  Objection to form.

20        A.   I don't recall.

21        Q.   Do you have any recollection sitting

1    here today whether your name was written out, Don

2    Tyler, under the customer, with the title

3    vice-president, Phoenix Color?

4            MR. GAUMONT:  Objection to form.

5        A.  I don't recall.

6        Q.  Do you have any recollection sitting

7    here today whether the name Phoenix Color

8    Corporation was filled out as it is here where it

9    says customer legal name?

10       A.  I don't recall.

11       Q.  Bates No. 2514, lease dated

12   December 10, '99.  Is that your signature at the

13   bottom?

14       A.  Yes, sir, it is.

15       Q.  Do you have any recollection sitting

16   here today whether this was filled out before you

17   signed it?

18           MR. GAUMONT:  Objection to form.

19       A.  I don't recall.

20       Q.  Do you have any recollection sitting

21   here today whether your name was written in under

107

1    the customer name, Don Tyler, with title

2    vice-president, Phoenix Color?

3         MR. GAUMONT:  Objection to form.

4         A.  I don't recall.

5         Q.  Do you have any recollection sitting

6    here today whether the customer legal name,

7    Phoenix Color Corporation, was on the lease when

8    you signed it?

9         A.  I don't recall.

10        Q.  Bates No. 2515, no date.  Is that your

11   signature at the bottom of that lease agreement?

12        A.  Yes, sir, it is.

13        Q.  Do you have any recollection as to

14   whether this was completely filled out before you

15   signed it?

16        A.  I don't recall.

17        Q.  Do you have any recollection whether

18   your name under customer name, Don Tyler, was

19   written in?

20        MR. GAUMONT:  Objection to form.

21        A.  I don't recall.

1          Q.   Do you have any recollection whether the

2    customer legal name, Phoenix Color Corporation,

3    was written in as it's shown here?

4          A.   I don't recall.

5          Q.   Bates No. 2516, lease dated

6    December 10, '99.  Is that your signature at the

7    bottom?

8          A.   Yes, sir, it is.

9          Q.   Do you have any recollection whether

10   this was filled out as it is today before you

11   signed it?

12          MR. GAUMONT:  Objection to form.

13          A.   I don't recall.

14          Q.   Do you have any recollection whether

15   your name, Don Tyler, was written in at the

16   bottom with the title vice-president, Phoenix

17   Color before you signed it?

18          MR. GAUMONT:  Objection to form.

19          A.   I don't recall.

20          Q.   Do you have any recollection whether the

21   name Phoenix Color Corporation was on the lease

109

1    agreement where it says customer legal

2    name --

3            MR. GAUMONT:  Objection to --

4        Q.  -- before you signed it?

5            MR. GAUMONT:  Objection to form.

6        A.  I don't recall.

7        Q.  Bates No. 2517, lease dated December the

8    10th.  Is that your signature at the bottom?

9        A.  Yes, sir, it is.

10       Q.  Do you have any recollection whether

11   this was filled out as is before you signed it?

12       A.  I don't recall.

13       Q.  Do you have any recollection as to

14   whether the customer name at the bottom where it

15   says Don Tyler, title, vice-president, Phoenix

16   was filled out before you signed it?

17           MR. GAUMONT:  Objection to form.

18       A.  I don't recall.

19       Q.  Looking at the customer legal name where

20   it says Phoenix Color Corporation, do you have

21   any recollection whether that was filled out

110

1    before you signed it?

2         A.  I don't recall.

3         Q.  Bates No. 2518, lease dated

4    December 10, '99.  Is that your signature at the

5    bottom?

6         A.  Yes, sir, it is.

7         Q.  Do you have any recollection whether

8    that was filled out as is before you signed it?

9              MR. GAUMONT:  Objection to form.

10         A.  I don't recall.

11         Q.  Do you have any recollection whether

12    your name at the bottom where it says in writing

13    Don Tyler and below that title, vice-president,

14    Phoenix was filled out before you signed it?

15              MR. GAUMONT:  Objection to form.

16         A.  I don't recall.

17         Q.  Do you have any recollection whether the

18    customer legal name, Phoenix Color Corporation,

19    was filled out before you signed it?

20         A.  I don't recall.

21         Q.  Bates No. 2519, lease dated

111

1    December 10, '99.  Is that your signature at the

2    bottom?

3        A.  Yes, sir, it is.

4        Q.  Do you have any recollection whether

5    that lease was filled out as is before you signed

6    it?

7            MR. GAUMONT:  Objection to form.

8        A.  I don't recall.

9        Q.  Do you have any recollection whether

10   your name, Don Tyler, vice-president, Phoenix

11   Color, was filled out before you signed it?

12           MR. GAUMONT:  Objection to form.

13       A.  I don't recall.

14       Q.  Do you have any recollection whether the

15   name Phoenix Color was in the box for customer

16   legal name before you signed it?

17           MR. GAUMONT:  Objection to form.

18       A.  I don't recall.

19           MR. FRIEDMAN:  All right.  Let's see

20   what's next here.  Let's have this next packet

21   marked.

112

1          (Whereupon, Tyler Deposition

2     Exhibit No. 5, lease agreements, marked.)

3          Q.   This has been marked as Exhibit 5, and

4     let's see if there's some way for me to speed

5     this up a little bit and try to group it all

6     together.

7              These are all copies, except for one

8     page, of leases which are dated December the

9     28th, 1999.  Take a look at that entire packet

10    and tell me -- and just so we're clear, so I can

11    be clear, these are Bates Nos. 2520, 2521, 2522,

12    2523, 2524, 2525, 2526, 2527, 2528, 2529, 2530,

13    2531, 2532, 2533.  Tell me if your signature

14    appears at the bottom of those leases.

15         A.   Yes, sir, that's my signature.

16         Q.   Okay.  Now, take another look at this

17    and tell me whether you have any recollection

18    sitting here today whether these leases were

19    filled out and appear as they do today before you

20    signed them.

21         A.   No, sir, I don't recall.

113

1      Q.  No recollection.  Okay.  Take a look and

2  make sure or tell me whether you have any

3  recollection today regarding the title above your

4  signature on the leases.  Was it filled out as it

5  appears today before you signed it?

6          MR. GAUMONT:  Objection to form.

7      A.  I don't recall.

8      Q.  Take a look at the customer's name and

9  tell me if that was filled out as it appears

10  today before you signed it.

11          MR. GAUMONT:  Objection to form.

12      A.  I don't recall.

13      Q.  Okay.  Bates No. 2534 is a lease dated

14  December the 9th, 1999.  Is that your signature

15  at the bottom?

16      A.  Yes, sir, it is.

17      Q.  Do you have any recollection sitting

18  here today whether this was filled out as it

19  appears today before you signed it?

20          MR. GAUMONT:  Objection to form.

21      A.  I don't recall.

114

1        Q.   Do you have any recollection sitting

2   here today whether your name, Donald Tyler,

3   vice-president, Phoenix Color was filled out as

4   it appears today before you signed it?

5        MR. GAUMONT:   Objection to form?

6        A.   I don't recall.

7        Q.   Do you have any recollection sitting

8   here today whether the name Phoenix Color

9   Corporation next to customer legal name was

10  filled out before you signed it?

11       MR. GAUMONT:   Objection to form.

12       A.   I don't recall.

13       MR. FRIEDMAN:   Next exhibit.

14            (Whereupon, Tyler Deposition

15  Exhibit No. 6, lease agreements, marked.)

16            (Recess.)

17       Q.   Tyler Exhibit 6.

18       MR. GAUMONT:   Do you have a copy for me,

19  Sidney?

20       MR. FRIEDMAN:   It's all in there.

21       MR. GAUMONT:   Oh, it is?