**EXHIBIT 11**



A Division of Phoenix Color Corp.

1/6/00

TO Bruce Nussbaum,
Re - 6180 ~~~ # 8VE050480

Bruce,

I would like to exercise my total
customer satisfaction gaurantee. We have
experienced an incredible high volume of down
time to to problems with the machine mentioned
Above. We would like to have this machine
removed ASAP and replaced.



Donald Tyler
VP - Operations

**PRINT ON-DEMAND DIVISION**
NORTHPOINTE BUILDING G, 22977 EAGLEWOOD COURT, STERLING, VA 20166

T 800 214 2452      T 703 834 1111      F 703 834 1115
www.technigraphix.com

EXHIBIT
11
ALL-STATE LEGAL

YES is the answer.
YES!
What is the question?