**EXHIBIT 12**

# SALE / MAINTENANCE AGREEMENT

THE DOCUMENT COMPANY
**XEROX**

Customer's Legal Name (Bill to) _Technigrafix Wholly Owned_
Name Overflow (if needed) _Subsidiary of Phoenix Color Corp_
Street Address _22877 Eaglewood Ct_
Box#/Routing
City, State _Sterling, VA_
Zip Code _20166_
Tax ID#
Customer Name (Install) _Phoenix Color Corp_
Name Overflow (if needed)
Installed at Street Address _18249 Phoenix Dr._
Floor/Room/Routing
City, State _Hagerstown, Md_
Zip Code _21742-_
County Installed In
Customer Requested Install Date _8/30/99_

**Check all that apply**
☑ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name: _____
☐ Negotiated Contract #: _____
☐ Attached Customer P.O. #s:  Supplies: _____
    Sale: _____    Maint.: _____
☐ State or Local Government Customer
☐ **Replacement/Modification of Prior Xerox Agreement**
    Agreement covering Xerox Equipment Serial# (or 95#): _____
    is hereby ☐ modified ☐ replaced. Effective Date: _/_/_
    Comments:
☐ **Installment Sales Information**    Total Int.
    Install. Sale Term: _____ mo. Int. Rate: _____    % Payable: $ _____
    ☐ Prepaid Invoice: _____ months
    ☐ Refin. of Prior Agrmt.: ☐ Xerox (95#): _____ ☐ 3rd Party Eq.
    Amt Refin: $ _____    Int Rate: _____ % Total Int Payable:$ _____
☑ **Maintenance Information**
    Maintenance Term: _60_ months
    ☐ Supplies included in Base/Print Charges

## Cash Sale/Installment Sale - Payment Information

| Product (with serial number, if in place equipment) | Qty | Prev Install | Fin'l Interm | Cust Install | Warr # mo | List Price (Total) | Down Payment | Total Discount (Inc. Trade-In) | Net Price (Total) |
|---|---|---|---|---|---|---|---|---|---|
| DocuSheeter 6180 | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |

$ **0 MONTHLY INSTALLMENT SALE PAYMENT** (excl. of applic. taxes)

## Maintenance Agreement Price Information      ☐ Adjustment Period (Maintenance Agreement Only)

| | | Period A - Mos. Affected: – | | Period B - Mos. Affected: – | |
|---|---|---|---|---|---|
| Monthly Base Charge | $ 1315 | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints  1 - | $ | Prints  1 - | $ | Prints  1 - | $ |
| Prints  - | $ | Prints  - | $ | Prints  - | $ |
| Prints  - | $ | Prints  - | $ | Prints  - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints  1 - | $ | Prints  1 - | $ | Prints  1 - | $ |
| Prints  - | $ | Prints  - | $ | Prints  - | $ |

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

## ☐ Purchased Supplies  ☐ Cash ☐ Financed ☐ Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

## ☐ Application Software

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

## ☐ Trade-In Allowance      Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance $ _____
☐ Price of Replacement Equip. $ _____

## ☐ K-16 Billing Suspension
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Len
☐ Per-Foo
☐ Extende
    Descrip
☐ Comp.
☐ Std. Ma
☐ Attache
    form# _____ (_) form#

EXHIBIT
12)

## Agreement Presented By:
Name _Bruce Nussbaum_    Phone _202-462-7476_
Xerox Corporation - Acceptance By:
Name _____    Date _____
Signature _____

## Customer:
Name _Donald Tween_    Phone _703 834-1111_
Title _VP Phoenix Color_    Date _8/26/99_
Signature

Form 51858 (10/97)

**LEASE AGREEMENT**

THE DOCUMENT COMPANY
**XEROX**

Customer's Legal Name (Bill to) *TECHNI GRAPHIX A WHOLLY OWNED*

Name Overflow (if needed) *SUBSIDIARY OF PHOENIX COLOR CORP*

Street Address *22977 EAGLEWOOD CT*

Box#/Routing

City, State *STERLING, VA*

Zip Code *20166 -*

Tax ID#

Customer Name (Install) *PCC PHOENIX COLOR*

Name Overflow (if needed)

Installed at Street Address *18249 PHOENIX DR*

Floor/Room/Routing

City, State *HAGERSTOWN MD*

Zip Code *21742 -*

County Installed In

Customer Requested Install Date *9/29/99*

**Check all that apply**

☐ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name: _____
☒ Negotiated Contract #: *0707168 06*
☐ Attached Customer P.O. #s:  Supplies: _____
  Lease: _____
☐ State or Local Government Customer
  Int. Rate: ____ %   Total Int. Payable: $ _____

☐ **Replacement/Modification of Prior Xerox Agreement**
  Agreement covering Xerox Equipment Serial# (or 95#): 
  is hereby ☐ modified. ☐ replaced. Effective Date: _ / _ / _
  Comments: _____

**Lease Information**
  Lease Term: *60* months
  ☐ Supplies included in Base/Print Charges
  ☐ Refin. of Prior Agm't.: ☐ Xerox (95#) _____ ☐ 3rd Party Eq.
  Amt Refin: $ _____   Int Rate: ____ %  Total Int. Payable: $ _____

**Lease Payment Information**

| Product (with serial number, if in place equipment) | | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|---|
| (1) DIGIPATH | (1) TWIS PAIR | $ FMV | $ | ☐ | ☐ | ☐ |
| (1) DIGIPCA | | $ FMV | | ☐ | ☐ | ☐ |
| (1) ADDSCAN-A | | $ FMV | | ☐ | ☐ | ☐ |
| (1) OPTICAL-A | | $ FMV | | ☐ | ☐ | ☐ |
| (1) MRTBL | | $ FMV | | ☐ | ☐ | ☐ |

$ *1951* **MINIMUM MONTHLY LEASE PAYMENT** (excl. of applic. taxes)

**Price Information**                    ☐ **Adjustment Period**

| | Period A - Mos. Affected: - | | Period B - Mos. Affected: - | |
|---|---|---|---|---|
| Monthly Base Charge | $ *1951* | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints 1 - ∞ | $ 0 | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints 1 - | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |

Mo. Min.# of Prints
(based on Meter 1 Print Charges): _____

Mo. Min.# of Prints
(based on Meter 1 Print Charges): _____

Mo. Min.# of Prints
(based on Meter 1 Print Charges): _____

☐ **Purchased Supplies** ☐ Cash ☐ Financed ☐ Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ **Application Software**

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ **Trade-In Allowance**  Final Principal Payment#

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance: $ _____
☐ Price of Replacement Equip.: $ _____

☐ **K-16 Billing Suspension**
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
  Description: _____ /$ _____ mo.
☐ Comp. Replacement Program: $ _____
☐ Attached Addenda
  form# _____ ( _ ) form# _____

**Agreement Presented By:**
Name *BRUCE NUSSBAUM*  Phone *202 962 2676*
Xerox Corporation - Acceptance By:
Name _____  Date _____
Signature _____

**Customer:**
Name *DON TYLER*  Phone *703 834 1111*
Title *V.P. PHOENIX COLO*  Date *9/27/99*
Signature _____

Form 51860 (10/97)