**EXHIBIT A**

**ORIGINAL**                                                              1

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF MARYLAND

3

4

5    XEROX CORPORATION,           :

6           Plaintiff             :

7           Vs.                   :    CIVIL ACTION NO.

8    PHOENIX COLOR CORPORATION:   L-02-CV-1734

9    and TECHNIGRAPHIX, INC.,     :

10          Defendants            :

11                  ---------------------

12

13          Deposition of **BRUCE M. NUSSBAUM**, taken

14   on Tuesday, February 25, 2003, at 1:07 p.m., at

15   the offices of Piper Rudnick, 6225 Smith Avenue,

16   Baltimore, Maryland, before Ilana E. Johnston,

17   R.P.R. and Notary Public.

18                  ---------------------

19

20   Reported by:

21   Ilana E. Johnston, R.P.R.


                         CRC-SALOMON
                      Baltimore, Maryland
           Phone (410) 821-4888  Fax (410) 821-4889

214

```
1    STATE OF MARYLAND    SS:
2              I, Ilana E. Johnston, RPR and Notary
3    Public of the State of Maryland, do hereby
4    certify that the within named, BRUCE M. NUSSBAUM,
5    personally appeared before me at the time and
6    place herein set out, and after having been duly
7    sworn by me, was interrogated by counsel.
8              I further certify that the examination
9    was recorded stenographically by me and this
10   transcript is a true record of the proceedings.
11             I further certify that the stipulations
12   contained herein were entered into by counsel in
13   my presence.
14             I further certify that I am not of
15   counsel to any of the parties, nor an employee of
16   counsel, nor related to any of the parties, nor i
17   any way interested in the outcome of this action.
18             As witness my hand and notarial seal
19   this 28th day of February, 2003.
20   My commission expires         _____
21   December 1, 2004                      Notary Public
```

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888  Fax (410) 821-4889

46

directed me to deal with him.  I mean, there was nobody else at TechniGraphix but him that was higher than him.

    Q.  After Phoenix Color purchased TechniGraphix's stock, who told you that you had to deal with Don Tyler?

    A.  What I was told when I came back, when I came back from the training, was my manager said see Don Tyler.  I went back and, you know, that's who I dealt with.  There was nobody else to deal with.

    Q.  Who was your manager at the time?

    A.  Ed Buckson.

    Q.  Did anyone ever tell you that Don Tyler was a vice-president of Phoenix Color?

    A.  I don't recall.

    Q.  At the time you were dealing with Don Tyler, did you think he was a vice-president of Phoenix Color?

    A.  He had a card, a business card, that said to that effect.

1    Q.   So is that a yes or a no?

2    A.   Yes.

3    Q.   Other than his business card, was there
4  anything other that made you think, anything that
5  anyone said or did, that made you think that he
6  was a vice-president of Phoenix Color?

7    A.   That was enough for me.  I didn't do
8  a -- I mean, you know, if somebody says go see
9  the person in that office, he's the new decision
10 maker, I would take that, you know.  It's not
11 like -- Jack Tiner said hey, Donny Tyler is
12 running the show here, I'm not running the show.
13 My boss told me who to talk to.

14   Q.   Do you recall what his card said on it?

15   A.   I don't recall, but that was a long time
16 ago.

17   Q.   Do you recall keeping the card?

18   A.   No.  I wish I could find it.

19   Q.   When is the last time you've talked to
20 anyone about this business card?

21   A.   This is the first time I've talked about