```
              IN THE UNITED STATES DISTRICT COURT FOR
             THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                  *
XEROX CORPORATION,                *

    Plaintiff,                    *

v.                                *    CIVIL ACTION NO: WDQ-02-1734

PHOENIX COLOR CORPORATION,        *

and                               *

TECHNIGRAPHIX, INCORPORATED       *

    Defendants.                   *

*    *    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

For the reasons stated in the Memorandum Opinion issued on this day, it is this 14th day of July, 2003, ORDERED:

1. That Xerox's Motion for Partial Summary Judgment BE, and hereby is, DENIED;

2. That Phoenix Color Corporation's Motion for Summary Judgment BE, and hereby is, DENIED IN PART, as to all claims involving on contracts purportedly written in Phoenix Color Corporation's name;

3. That Phoenix Color Corporation's Motion for Summary Judgement BE, and hereby is, GRANTED IN PART, as to pre-December 1999 contract claims;

4. That Phoenix Color Corporation's Motion for: (i) Leave to Designate Handwriting Expert and Extend Discovery Deadline, and (ii) leave to file counterclaim BE, and hereby is, DENIED.

5. That the Clerk of the Court mail copies of this Order and

the Memorandum Opinion to counsel.

```
                              _____/s/_____
                              William D. Quarles, Jr.
                              United States District Judge
```