# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
mdd_wdqchambers@mdd.uscourts.gov

July 23, 2003

Sidney S. Friedman, Esquire
Weinstock Friedman and Friedman PA
Four Reservoir Cir
Baltimore, MD 21208

Robert A. Gaumont, Esquire
Piper Rudnick LLP
6225 Smith Ave
Baltimore, MD 21208

Re: <u>Xerox Corporation v. Phoenix Color, et al.</u>, Civ. No. WDQ-02-1734

Dear Counsel:

A telephone scheduling conference is necessary in the above entitled case. Please call my assistant, Ms. Nora George, at (410) 962-0946 within the next week, with several mutually convenient dates and times.

The Clerk is directed to docket this letter.

Very truly yours,

/s/

William D. Quarles, Jr.
United States District Judge