IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| XEROX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX COLOR CORPORATION<br><br>and<br><br>TECHNIGRAPHIX, INC.,<br><br>Defendants. | CIVIL ACTION NO. WDQ 02 CV 1734 |

## REQUEST FOR HEARING

Pursuant to Local Rule 105.6, Phoenix Color Corporation requests a hearing to address any evidence in the record supporting the inference that Xerox acted with reasonable diligence in procuring Phoenix's name on the December 1999 lease modifications.

Respectfully submitted,

*[signature]*

John R. Wellschlager (Fed. Bar No. 24752)
Robert A. Gaumont (Fed. Bar No. 26302)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

*Attorneys for Phoenix Color Corporation and Technigraphix, Inc. Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July, 2003 a copy of Phoenix Color Corporation's Request for Hearing was mailed, postage pre-paid, to: Sidney S. Friedman, Esquire and Rosemary E. Allulis, Weinstock, Friedman & Friedman, P.A., Executive Centre, 4 Reservoir Circle, Baltimore, Maryland 21208-7301, attorneys for plaintiff.

_____
Robert A. Gaumont

~BALT1:3667601.v1 |7/23/03
/29302-15