# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

July 30, 2003

Sidney S. Friedman, Esquire
Weinstock Friedman and Friedman PA
Four Reservoir Cir
Baltimore, MD 21208

Robert A. Gaumont, Esquire
Piper Rudnick LLP
6225 Smith Ave
Baltimore, MD 21209

Re: <u>Xerox Corporation v. Phoenix Color, et al., Civ. No. WDQ-02-1734</u>

Dear Counsel:

During our July 30, 2003 telephone conference, I scheduled the 3-5 day non-jury trial in the above entitled case to begin on November 3, 2003 at 9:30 a.m in the Garmatz Courthouse, Courtroom 3A. The pretrial statement is due in chambers by the close of business on October 30, 2003.

Despite its informality, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge