**EXHIBIT D**

# Law Offices
# Weinstock, Friedman & Friedman, P.A.

| | | |
|---|---|---|
| Melvyn J. Weinstock<br>Sidney S. Friedman (MD, DC)<br>Edward J. Friedman (MD, DC, VA)<br>Jeffrey M. Lippman (MD, DC)<br><br>GREG I. ROSE (MD, DC, PA, VA)<br>BRUCE L. RICHARDSON (MD, DC)<br>LEONARD TOBER (MD, DC)<br>ALISON KRAMER-WRENN<br>ILONA M. FISHER<br>MICHAEL W. MOORE<br>STEPHEN G. HOWE (MD, DC)<br>EDGAR A. SHELTON (MD, DC, IL)<br>CRAIG A. SCHOENFELD<br>CHRISTINE GAGE<br>SHANNON B. KRESHTOOL (MD, DC)<br>SUZANNE DELANEY<br>JEFFREY ZIEGLER (MD, DC)<br>JAMES A. GRIFFITH<br>DENISE L. KINNARD<br>JOSEPH M. GUSMANO<br>DONINE M. GAYNOR (MD, DC) | EXECUTIVE CENTRE<br>4 RESERVOIR CIRCLE<br>BALTIMORE, MD 21208-7301<br><br>(410) 559-9000<br>FAX (410) 559-9009<br><br>IN NORTHERN VA, DC & MD SUBURBS<br>CALL TOLL FREE<br>800-999-8286<br><br>Other Locations<br>York, PA<br>Silver Spring, Frederick & Easton, MD<br><br>WWW.WEINSTOCKLEGAL.COM | DISTRICT OF COLUMBIA OFFICE<br>1413 K Street, N.W., Suite 1500<br>Washington, DC 20005<br><br>VIRGINIA OFFICE<br>10500 Sager Avenue, Suite F<br>Fairfax, VA 22030<br><br>LISA D. ETTLINGER<br>ROSEMARY E. ALLULIS<br>CAREY S. WARD<br>MIEKA C. M. DORSEY<br>JOHN R. ROSSBACH<br>ANUPA MUKHOPADHYAY (MD, DC)<br>PAUL G. WERSANT (MD, DC)<br>GEETA V. DANIEL<br>J C AMOS (MD, WV)<br>LESLEY-ANN MORRISSEY<br>KAREN MICHAELS<br>JORDAN I. SELZER<br>CLAUDINE MCCULLOUGH<br>WILLIAM M. O'CONNELL (MD, DC)<br>GINA M. GASCOIGNE |

April 22, 2003

Robert A. Gaumont, Esquire
Piper Rudnick
6225 Smith Avenue
Baltimore, Maryland 21209

        Re: Xerox v. Phoenix Color, et al
           Civil Action No.: WDQ 02 CV 1734

Dear Mr. Gaumont,

  Enclosed, please find supplemental discovery documents that I received from Xerox Corporation. The document corresponds to Document Request 17, and your request during Ms. Gianola's deposition. Please contact me if you have any questions or concerns.

         Very truly yours,

         WEINSTOCK, FRIEDMAN
         & FRIEDMAN, P.A.

         Rosemary E. Allulis

Enclosure



RECEIVED APR 28 2003



# USCO Contract Simplification Learner Guide

*deliver the Promise*

# Table of Contents

**Section 1: Introduction and Welcome** ............................................. 1-1
   Agenda ............................................................................................ 1-1
   Ground Rules ................................................................................. 1-2
   Objectives ....................................................................................... 1-2

**Section 2: Program Overview and New Forms Description** ............. 2-1
   Program Overview ......................................................................... 2-1
   The Old Contract Process ............................................................. 2-2
   The New Contract Process ............................................................ 2-3
   New Forms Description ................................................................. 2-4
   Highlights of the New Agreements and Terms & Conditions ...... 2-5
   Sale / Maintenance Agreement Highlights ................................... 2-6
   Customer Signature and Order Submission Requirements ......... 2-8
   Lease Agreement Highlights ......................................................... 2-10
   Rental Agreement Highlights ........................................................ 2-12
   Demonstration Agreement Highlights .......................................... 2-14
   Demonstration and Storage Agreement Highlights ..................... 2-16
   Internal Document Highlights ....................................................... 2-18
   Pool Plan Agreement Highlights ................................................... 2-20

**Section 3: Document Completion** ..................................................... 3-1
   Example # 1 - Lease Agreement (Loudoun, Inc.) ......................... 3-2
   Example # 2 - Lease with XTI Refinance (Baartol, Inc.) ............... 3-5
   Example # 3 - Multiple Unit Cash Sale with Supplies & Maintenance ... 3-8
   Example # 4 - Pool Plan Agreement (Data on Call Services) ...... 3-13

**Section 4: Practice Activities - Sales** ................................................ 4-1
   Instructions ..................................................................................... 4-2
   Practice # 1 - Omega Lenders ...................................................... 4-3
   Practice # 2 - Hearing Center, Inc. ............................................... 4-11
   Practice # 3 - Starkweather, Inc. .................................................. 4-19
   Practice # 4 - Data On Call Services ............................................ 4-27
   Practice # 5 - Satsu & Tchi ............................................................ 4-44
   Practice # 6 - New Brunswick Board of Education ...................... 4-52

JANUARY 1997                                                                 USCO CONTRACT SIMPLIFICATION LEARNER GUIDE

## Sale / Maintenance Agreement

**SALE / MAINTENANCE AGREEMENT**                                   THE DOCUMENT COMPANY
                                                                         **XEROX**

Customer's Legal Name (Bill to) _____

Name Overflow (if needed) _____

Street Address _____

Box#/Routing _____

City, State _____

Zip Code _____

Tax ID# _____

Customer Name (Install) _____

Name Overflow (if needed) _____

Installed at Street Address _____

Floor/Room/Routing _____

City, State _____

Zip Code _____

County Installed In _____

Customer Requested Install Date __/__/__

**Check all that apply**
☐ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name _____
☐ Negotiated Contract # _____
☐ Attached Customer P.O. #s:   Supplies: _____
   Sale: _____  Maint. _____
☐ State or Local Government Customer
☐ Replacement/Modification of Prior Xerox Agreement
   Agreement covering Xerox Equipment Serial# (or 95#) _____
   is hereby ☐ modified  ☐ replaced.  Effective Date: __/__/__
   Comments _____
☐ Installment Sales Information                        Total Int.
   Install. Sale Term: ____ mo. Int. Rate ___% Payable $ _____
   ☐ Prepaid Invoice: _____ months
   ☐ Refin. of Prior Agrmt: ☐ Xerox (95# _____) ☐ 3rd Party Eq.
   Amt Refin: $ _____ Int Rate: ___% Total In Payable: $ _____
☐ Maintenance Information
   Maintenance Term: _____ months
   ☐ Supplies included in Base/Print Charges

**Cash Sale/Installment Sale - Payment Information**

| Product (with serial number, if in place equipment) | Qty | Prev Install | Fin'l Interm | Cust Install | Warr # mo | List Price (Total) | Down Payment | Total Discount (Inc. trade-in) | Net Price (Total) |
|---|---|---|---|---|---|---|---|---|---|
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |

$ _____ MONTHLY INSTALLMENT SALE PAYMENT (excl. of applic. taxes)

**Maintenance Agreement Price Information**     ☐ Adjustment Period (Maintenance Agreement Only)

| Monthly Base Charge | $ |
|---|---|
| Print Charge Meter 1: | |
| Prints 1 - _____ | $ |
| Prints ____ - ____ | $ |
| Prints ____ - ____ | $ |
| Print Charge Meter 2: | |
| Prints 1 - _____ | $ |
| Prints ____ - ____ | $ |

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

Period A - Mos. Affected: _____ - _____

| Monthly Base Charge | $ |
|---|---|
| Print Charge Meter 1: | |
| Prints 1 - _____ | $ |
| Prints ____ - ____ | $ |
| Print Charge Meter 2: | |
| Prints 1 - _____ | $ |
| Prints ____ - ____ | $ |

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

Period B - Mos. Affected: _____ - _____

| Monthly Base Charge | $ |
|---|---|
| Print Charge Meter 1 | |
| Prints 1 - _____ | $ |
| Prints ____ - ____ | $ |
| Print Charge Meter 2: | |
| Prints 1 - _____ | $ |
| Prints ____ - ____ | $ |

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

☐ **Purchased Supplies**  ☐ Cash  ☐ Financed  ☐ Contract# _____

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ **Application Software**

| Software Title | Initial License Fee | Annual Renewal Fee |
|---|---|---|
| | ☐ Cash  ☐ Finance | ☐ Support Only |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ **Trade-In Allowance**   Final Principal Payment# _____

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance $ _____
                            ☐ Price of Replacement Equip. $ _____

☐ **K-16 Billing Suspension** _____
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan       ☐ Fixed Price Plan
☐ Per-Foot Pricing      ☐ Annual Charge Plan
☐ Extended Service Hours:
   Description _____ $ _____ mo.
☐ Comp. Replacement Program: $ _____
☐ Std. Maint. Agrmt: $ _____ / year
☐ Attached Addenda
   form# _____ , _____ form#

**Agreement Presented By:**                                    **Customer:**

Name _____ Phone _____        Name _____ Phone _____

USCO CONTRACT SIMPLIFICATION LEARNER GUIDE                                                                 JANUARY 1997

## Sale / Maintenance Agreement Highlights

### Customer Information

- Be sure to use customer's legal name on line 1.

- **TAX ID** - new field.

    — Required on all commercial financed transactions.
    — Eliminates the need for UCC forms.
    — Not the same as the sales tax exempt certificate number.
    — Get this information from the customer's controller, VP of Finance, or Accounts Payable contact.

### Replacement / Modification of Prior Xerox Agreement

- New section - used to change an agreement a customer already has with Xerox.

- Use **MODIFICATION** for:              Use **REPLACEMENT** for:

    — Add-on Accessories                 — Contract Substitutions
    — Upgrades                           — OTP Transactions
    — Contract Extensions
    — Price Plan Changes

### Maintenance Price Information & Adjustment Period

- New sections.

- Use them to describe Monthly Base Charge and Print Charges for any maintenance plan

USCO CONTRACT SIMPLIFICATION LEARNER GUIDE                                        JANUARY 1997

## Customer Signature and Order Submission Requirements

Since the new agreements are no longer a "one-write" NCR form, there are some changes to the Customer Signature and Order Submission requirements:

**AN ORIGINAL INK SIGNATURE IS REQUIRED ON ALL ORDER DOCUMENTS SUBMITTED FOR PROCESSING.**

There are two ways to do this:

### 1. COPY IN ADVANCE METHOD:

*Before leaving the office:*

- Fill out as much of the order as possible;
- Make a copy of the cover sheet;

*At the customer site:*

- Fill in the rest of the order on **both** the copy and the original;
- Have the customer sign both the copy and the original in **ink.**

### 2. COPY AT THE CUSTOMER SITE METHOD:

*At the customer site:*

- Fill out the entire order <u>except</u> for the signature
- Make a copy
- Have the customer sign both the original and the copy in **ink.**

Whichever method you use, be sure to:

- Leave the signed original, with terms and conditions attached with the customer;

USCO CONTRACT SIMPLIFICATION LEARNER GUIDE

JANUARY 1997

## Lease Agreement Highlights

### Lease Information Section

- Use it to indicate term of the agreement.

- Interest Rate fields apply only to State or Local Government Customers or to Refinance transactions where disclosure is required.

### Payment Information Section

- Purchase Option - write in fixed purchase option amount or FMV for Fair Market Value transactions.

### Price Information Section

- Reflects amounts for the Lease payment and the maintenance component.

- Monthly Base Charge and Monthly Minimum Lease Payment are always the same unless it is a separately billed Cost Per Copy, with an Average Monthly Print Volume (AMPV) greater than zero.

### Adjustment Period Section

- This section is used for Warranty Buyouts or Prepaid Months on the Lease Agreement.

## Lease Agreement

**LEASE AGREEMENT**                                   THE DOCUMENT COMPANY
                                                     XEROX

Customer's Legal Name (Bill to) _____
Name Overflow (if needed) _____
Street Address _____
Box#/Routing _____
City, State _____
Zip Code _____-____
Tax ID# _____
Customer Name (Install) _____
Name Overflow (if needed) _____
Installed at Street Address _____
Floor/Room/Routing _____
City, State _____
Zip Code _____-____
County Installed In _____
Customer Requested Install Date __/__/__

**Check all that apply**
☐ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name _____
☐ Negotiated Contract # _____
☐ Attached Customer P.O. #s:   Supplies:_____
   Lease: _____
☐ State or Local Government Customer
   Int. Rate: ____%   Total Int. Payable: $ _____

☐ **Replacement/Modification of Prior Xerox Agreement**
   Agreement covering Xerox Equipment Serial# (or 95#)_____
   is hereby ☐ modified. ☐ replaced.  Effective Date: __/__/__
   Comments _____

**Lease Information**
   Lease Term: _____ months
   ☐ Supplies included in Base/Print Charges
   ☐ Refin. of Prior Agm't.: ☐ Xerox (95# _____) ☐ 3rd Party Eq.
   Amt Refin: $_____ Int Rate: ____% Total Int. Payable: $ _____

**Lease Payment Information**

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|
| | $ | $ | ☐ | ☐ | ☐ |
| | $ | | ☐ | ☐ | ☐ |
| | $ | | ☐ | ☐ | ☐ |
| | $ | | ☐ | ☐ | ☐ |
| | $ | | ☐ | ☐ | ☐ |

$_____ : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

**Price Information**                    ☐ **Adjustment Period**

| Monthly Base Charge | $ |
|---|---|
| Print Charge Meter 1: | |
| Prints 1 - ____ | $ |
| Prints ____ - ____ | $ |
| Prints ____ - ____ | $ |
| Print Charge Meter 2: | |
| Prints 1 - ____ | $ |
| Prints ____ - ____ | $ |

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

Period A - Mos. Affected: ____ - ____

| Monthly Base Charge | $ |
|---|---|
| Print Charge Meter 1: | |
| Prints 1 - ____ | $ |
| Prints ____ - ____ | $ |
| Prints ____ - ____ | $ |
| Print Charge Meter 2: | |
| Prints 1 - ____ | $ |
| Prints ____ - ____ | $ |

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

Period B - Mos. Affected: ____ - ____

| Monthly Base Charge | $ |
|---|---|
| Print Charge Meter 1: | |
| Prints 1 - ____ | $ |
| Prints ____ - ____ | $ |
| Prints ____ - ____ | $ |
| Print Charge Meter 2: | |
| Prints 1 - ____ | $ |
| Prints ____ - ____ | $ |

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

☐ **Purchased Supplies**  ☐ Cash ☐ Financed ☐ Contract# _____

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ **Application Software**

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ **Trade-In Allowance**   Final Principal Payment# _____

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

☐ **K-16 Billing Suspension**
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only

**Additional Options** (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
   Description: _____ / $ _____ mo.
☐ Comp. Replacement Program $ _____
☐ Attached Addenda

USCO CONTRACT SIMPLIFICATION LEARNER GUIDE  JANUARY 1997

## Example # 1 - Lease Agreement (Loudoun, Inc.)

**Video**  Watch the video segment for Example # 1. When finished, **STOP** the tape to review the information here more closely.

**Customer Information Summary**

- The customer, Loudoun Inc. wants to lease a 5365FIN
- The lease term is 60 months
- The Purchase Option Amount is $3,000
- Sue Sickle is the President of the company
- The customer's name and address is as follows:
  — Loudoun, Inc.
  — 150 South Avenue
  — Chicago, IL - 60016
  — County: Cook
- The customer's Federal Tax ID # is: 001-20113-13
- The Customer Requested Install Date is: 2/15/97
- Per print charge is $0.0102 (from the Price List)
- The Minimum Monthly Lease payment is $1,078.15 (from Sale Range)

JANUARY 1997                                                    USCO CONTRACT SIMPLIFICATION LEARNER GUIDE

## Lease Agreement for Loudoun, Inc.

**LEASE AGREEMENT**                                                          THE DOCUMENT COMPANY
                                                                              XEROX

Customer's Legal Name (Bill to): **Loudoun, Inc**
Name Overflow (if needed):
Street Address: **150 South Avenue**
Box#/Routing:
City, State: **Chicago** **IL**
Zip Code: **60016-**
Tax ID#: **001-20113-13**
Customer Name (Install): **Loudoun, Inc**
Name Overflow (if needed):
Installed at Street Address: **150 South Avenue**
Floor/Room/Routing:
City, State: **Chicago** **IL**
Zip Code: **60016-**
County Installed In: **Cook**
Customer Requested Install Date: **2/15/97**

Check all that apply
☐ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name
☐ Negotiated Contract #
☐ Attached Customer P.O. #s:  Supplies:
   Lease:
☐ State or Local Government Customer
   Int. Rate: _____%   Total Int. Payable: $
☐ Replacement/Modification of Prior Xerox Agreement
   Agreement covering Xerox Equipment Serial# (or 95#)
   is hereby ☐ modified.  ☐ replaced.  Effective Date: __/__/__
   Comments

**Lease Information**
Lease Term: **60** months
☐ Supplies included in Base/Print Charges
☐ Refin. of Prior Agm't.: ☐ Xerox (95#_____) ☐ 3rd Party Eq.
Amt Refin: $_____ Int Rate: ____% Total Int. Payable: $

**Lease Payment Information**

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interm | Cust Install |
|---|---|---|---|---|---|
| **5365FIN** | **$3000.00** | $ | ☐ | ☐ | ☐ |
|  | $ |  | ☐ | ☐ | ☐ |
|  | $ |  | ☐ | ☐ | ☐ |
|  | $ |  | ☐ | ☐ | ☐ |

$ **1,078.15**  : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

**Price Information**                                    ☐ **Adjustment Period**

| Monthly Base Charge | **$1078.15** |
|---|---|
| Print Charge Meter 1: | |
| Prints 1 - ∞ | $.0102 |
| Prints ___ - ___ | $ |
| Prints ___ - ___ | $ |
| Print Charge Meter 2: | |
| Prints 1 - ___ | $ |
| Prints ___ - ___ | $ |

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

Period A - Mos. Affected: ___-___
| Monthly Base Charge | $ |
|---|---|
| Print Charge Meter 1: | |
| Prints 1 - ___ | $ |
| Prints ___ - ___ | $ |
| Prints ___ - ___ | $ |
| Print Charge Meter 2: | |
| Prints 1 - ___ | $ |
| Prints ___ - ___ | $ |

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

Period B - Mos. Affected: ___-___
| Monthly Base Charge | $ |
|---|---|
| Print Charge Meter 1: | |
| Prints 1 - ___ | $ |
| Prints ___ - ___ | $ |
| Prints ___ - ___ | $ |
| Print Charge Meter 2: | |
| Prints 1 - ___ | $ |
| Prints ___ - ___ | $ |

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

☐ **Purchased Supplies**  ☐ Cash  ☐ Financed  ☐ Contract# _____

| Reorder # | Qty | Description | Price |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  | Total Price = | $ |

☐ **Application Software**

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
| Total Initial License Fees = | $ |  |

☐ **Trade-In Allowance**  Final Principal Payment# _____

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance $_____
                            ☐ Price of Replacement Equip. $

☐ **K-16 Billing Suspension**
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan   ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
   Description: _____ $ _____
☐ Comp. Replacement Program $ _____
☐ Attached Addenda
   form# _____ (___) form# _____

USCO CONTRACT SIMPLIFICATION LEARNER GUIDE

JANUARY 1997

## Sale Range Control Screen for Example # 1 - Loudoun Inc.

```
ISRP3101          Sale Range Order Proposal Worksheet Controller    01/21/97 16:00
   WORKSHEET: 638015      DESCRIPTION: 5365 - Loudoun Inc      Wksht Status OARDY
   ORD EMP NO: L71P           ORDER DT: 100996               Last Accessed 11/21/96
   COMMON EXCESS METER (Y/N): N  SUPPLY IND (Y/N) : N          Release Date
   VAR IND (Aevar,Var,Xas):    CHANNEL CONT#:                ******* Order Totals ****
                          BILL CD TRAN CPC                    * Target Rev      28,525
   UNIT QTY PRODUCT        METER  TYPE IND CONTRACT  STATUS   * S/Rep Floor     27,115
     1   1  5365FIN        5199 / 1 SNB   N          OARDY    * Manager Flr     25,400
                              /                               * Abv Rep Flr      9,675
                              /                               * Tot Revenue     53,059
                              /                               * Prc Achvmt      14,180
                              /                               * Sale Qtd Pr     36,790
                              /                               * Subtot  Inv     36,790
                              /                               * Tot Mon Pmt   1,078.15
                              /                             **************************
                              /                                    RECEIVE DATE:
   SCROLL AMT: PAGE          MORE:    +                        CAPS SALE ORDER #:
   Worksheet contains 1 line item                              CAPS RENT ORDER #:
   UNIT SELECTION:                                             CAPS CASH ORDER #:
   NEXT SCREEN: EQUIPMENT   (To Detail, Copy or Delete)   CUSTOMER AWARD ACCT#:
   F01=Help     F04=Prompt   F05=Clear     F09=Show       F10=Add Wksht   F11=Change
   F12=Delete   F13=Confirm  F14=Copy     F17=Next Scrn  F18=Messages     F24=Release
   Informational messages have been generated.  Press F18 to see them.
```

## Sale Range Finance Screen for Example # 1 - Loudoun Inc.

```
ISRP3107          Sale Range Order Proposal Finance Screen     01/21/97 14:12
   WORKSHEET: 638015    UNIT: 1  of 1      Qty 1   Description 5365 - Loudoun Inc.

   BILL CD/MT: 5199 / 1      Total Rem Bal         0         CPC Ind N
   FMV IND (Y/N):  N         REF? (Y/N): N RATE:  0.00       Product 5365FIN
   STANDARD RATE:   15.00       Unit Fin Amt  36,790        FMS Comm Rev 36,790
   QUOTED RATE:     15.00       DOWNPAYMENT:  0             ******* Order Totals ****
   TERM (IN MTHS):  60          CUSTOMER ED:  0              * Target Rev      28,525
   PREPAID MTHS:    0           CONSULTING SVC: 0            * S/Rep Floor     27,115
   SLS TAX RATE:    0.000       SUPLY FIN AMT:  0            * Manager Flr     25,400
   **** Term Lease ****         EXTRA FIN AMT:  0            * Abv Rep Flr      9,675
   PURCH OPT AMT:   3,000       Total Fin  Amt 36,790        * Tot Revenue     53,059
   UPLIFT RATE:     2.00        Equip Mthly Pmt 1,078.15     * Prc Achvmt      14,180
   SERVICE AMT:     220         Refin Mthly Pmt 0.00         * Sale Qtd Pr     36,790
   FLTRT WAR MTHS:  0           Unit  Mthly Pmt 1,078.15     * Subtot  Inv     36,790
   Fltrt War Amt    0                                        * Tot Mon Pmt   1,078.15
   *********** Unit Totals ************    Eq Comm Prc    36,790 ***************
   List Pric Above Flr Adtl  Warr    Finance       Trade      Cash       Other
      36,790      9,675      0           0           0          0          0
   Promo Avail/Used         0 / 0
   NEXT SCREEN: EQUIPMENT
   F01=Help    F04=Prompt    F09=Show     F11=Ch
```

USCO CONTRACT SIMPLIFICATION LEARNER GUIDE

JANUARY 1997

# Example # 3 - Multiple Unit Cash Sale with Supplies & Maintenance Agreement (DiFiore Construction)

**Video**  Watch the video segment for Example # 3. When finished, STOP the tape to review the information here more closely.

## Customer Account Information

- The customer's name and address is:
  - DiFiore Construction
  - 155 Pool Avenue
  - Lincoln, NE - 78110
  - County: Lurell

- They want to Purchase two Cash Sale Units with Supplies included in the Base / Print Charges of their maintenance agreements.

- The customer is purchasing the following equipment:

| Unit | Maintenance Option | CRID |
|---|---|---|
| 5328ZTAST | • 36 Month Warranty<br>• Supplies Included | 1/4/97 |
| 5365FIN | • 3 Month Warranty<br>• Supplies Included<br>• 48 month FSMA | 10/13/96 |

## Additional Products Addendum for Example # 3 (DiFiore Construction)

**SALE / MAINTENANCE ADDENDUM** (Additional Products)                    THE DOCUMENT COMPANY **XEROX**

Customer's Legal Name (Bill to): **DiFiore Construction**
Name Overflow (if needed): _____
Date of Customer Signature on Attached Agreement: **9/30/96**
Customer Name (Install): _____
Name Overflow (if needed): _____
Installed at Street Address: **SAME**
Floor/Room/Routing: _____
City, State: _____
Zip Code: _____
County Installed In: _____
Customer Requested Install Date: **10/13/96**

**Check all that apply**
☐ Attached Customer P.O. #s: Supplies: ____  Sale: ____  Maint.: ____
☐ Replacement/Modification of Prior Xerox Agreement
 Agreement covering Xerox Equipment Serial# (or 95#) ____
 is hereby ☐ modified ☐ replaced. Effective Date: ____
 Comments: ____
☐ Installment Sales Information                Total Int.
 Install. Sale Term: ___ mo. Int. Rate ___ % Payable $___
 ☐ Prepaid Invoice: ___ months
 ☐ Refin. of Prior Agrmt: ☐ Xerox (95#) ____  ☐ 3rd Party Eq.
 Amt Refin: $___ Int Rate: ___% Total Int Payable: $___
☒ Maintenance Information
 Maintenance Term: **48** months
 ☒ Supplies included in Base/Print Charges

**Cash Sale/Installment Sale - Payment Information**

| Product (with serial number, if in place equipment) | Qty | Prev Install | Fin'l Interm | Cust Install | Warr # mo | List Price (Total) | Down Payment | Total Discount (Inc. Trade-In) | Net Price (Total) |
|---|---|---|---|---|---|---|---|---|---|
| 5365FIN | 1 | ☐ | ☐ | ☐ | 3 | $36,790 | $0 | $0 | $36,790 |
|  |  | ☐ | ☐ | ☐ |  | $ | $ | $ | $ |
|  |  | ☐ | ☐ | ☐ |  | $ | $ | $ | $ |
|  |  | ☐ | ☐ | ☐ |  | $ | $ | $ | $ |

$____ : MONTHLY INSTALLMENT SALE PAYMENT (excl. of applic. taxes)

**Maintenance Agreement Price Information**    ☒ **Adjustment Period (Maintenance Agreement Only)**

| Monthly Base Charge | $384.00 |
| Print Charge Meter 1: | |
| Prints 1 - **10,000** | $ **0** |
| Prints **10,001 - ∞** | $**.0158** |
| Prints ___ - ___ | $ |
| Print Charge Meter 2: | |
| Prints 1 - ___ | $ |
| Prints ___ - ___ | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges) **10,000** | |

Period A - Mos. Affected: **1** - **3**
| Monthly Base Charge | $ **38.00** |
| Print Charge Meter 1: | |
| Prints 1 - **10,000** | $0 |
| Prints **10,001 - ∞** | $**.0066** |
| Prints ___ - ___ | $ |
| Print Charge Meter 2: | |
| Prints 1 - ___ | $ |
| Prints ___ - ___ | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges) **10,000** | |

Period B - Mos. Affected: ___ - ___
| Monthly Base Charge | $ |
| Print Charge Meter 1: | |
| Prints 1 - ___ | $ |
| Prints ___ - ___ | $ |
| Prints ___ - ___ | $ |
| Print Charge Meter 2: | |
| Prints 1 - ___ | $ |
| Prints ___ - ___ | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges) ___ | |

☐ **Purchased Supplies**  ☐ Cash  ☐ Financed  ☐ Contract# ____

| Reorder # | Qty | Description | Price |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  | Total Price = | $ |

☐ **Application Software**

| Software Title | Initial License Fee ☐ Cash  ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
| Total Initial License Fees = | $ | |

☐ **Trade-In Allowance**  Final Principal Payment# ____

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance $____

☐ **K-16 Billing Suspension** (check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July

**Additional Options** (check all that apply)
☐ Run Length Plan          ☒ Fixed Price Plan
☐ Per-Foot Pricing         ☐ Annual Charge Plan
☐ Extended Service Hours:
 Description: ____ $____ mo.
☐ Comp. Replacement Program $____
☐ Std. Maint. Agrmt. $____ year

## Sale Range Unit Summary Screen - Example # 3 - Unit 1 - DiFiore Construction

```
ISRP3203  NP Order Proposal Worksheet      Contract Unit Summary    01/15/97 12:59
WORKSHEET: 51753     UNIT: 1   of 2        Bill Cd/Mt 5195 / 1   Unit Status OARDY
Contract ID 0709364 02   Type BPA   Cust COMMERCIAL TRANSACTION CONTRACT
Tran Type SNB  Order Date 09/30/96   Dist        Rep 80243C   Prod 5328ZTAST Qty   1
Contract Balance                         0   Contract Price                  9,815
Std/Qtd Amt              0 /             0   Flexibility Cost                    0
Buyout Value                             0   (Cash Discount)                     0
Contr Warr    0  Addl    0  Total       36   Sales Quoted Price              9,815
Addtl    Warranty Value                  0   (Net Trade-In)                      0
Other                                    0   (Credit Usage)                      0
Purch Opt Amt                            0   (Invoice Award Amt)                 0
Finance Rate Reduction                   0   Subtotal Invoice                9,815
Pre Paid Months Amt                      0   Financed Amount                     0
Order Credit Earned                      0   Std/Qtd Rate   0.00 /   0.00 Term  36
Target Revenue                       8,485   Fin Monthly Payment Amount       0.00
Sales Rep Floor                      8,025   CPC Monthly Payment Amount      40.60
Manager Floor                        7,210   Total Revenue                  10,665
Eq Comm Floor                        6,435     Eq Comm Prc    10,665 FSMA        0
Above Rep Floor                      1,790     Finance              0 FMS        0
Floor Compare Amount                 9,815   Price Achievement               3,380
Allocated Ach Price                  9,815   Rem Bal         0 CPC BSO Amt     850
                                             Eq Achieved Price               9,815
NEXT SCREEN:
F01=Help    F04=Prompt    F05=Clear      F06=Menu     F09=Show      F17=Next Scrn
Information was found for the selected criteria and is being displayed.
```

## Sale Range Unit Summary Screen - Example # 3 - Unit 2 - DiFiore Construction

```
ISRP3203  NP Order Proposal Worksheet      Contract Unit Summary    01/15/97 13:01
WORKSHEET: 51753     UNIT: 2   of 2        Bill Cd/Mt 5195 / 1   Unit Status OARDY
Contract ID 0709364 02   Type BPA   Cust COMMERCIAL TRANSACTION CONTRACT
Tran Type SNB  Order Date 09/30/96   Dist        Rep 80243C   Prod 5365FIN  Qty   1
Contract Balance                         0   Contract Price                 36,790
Std/Qtd Amt              0 /             0   Flexibility Cost                    0
Buyout Value                             0   (Cash Discount)                     0
Contr Warr    0  Addl    0  Total        3   Sales Quoted Price             36,790
Addtl    Warranty Value                  0   (Net Trade-In)                      0
Other                                    0   (Credit Usage)                      0
Purch Opt Amt                            0   (Invoice Award Amt)                 0
Finance Rate Reduction                   0   Subtotal Invoice               36,790
Pre Paid Months Amt                      0   Financed Amount                     0
Order Credit Earned                      0   Std/Qtd Rate   0.00 /   0.00 Term  48
Target Revenue                      28,525   Fin Monthly Payment Amount       0.00
Sales Rep Floor                     27,115   CPC Monthly Payment Amount     384.00
Manager Floor                       25,400   Total Revenue                  37,390
Eq Comm Floor                       22,610     Eq Comm Prc    37,390 FSMA        0
Above Rep Floor                      9,675     Finance              0 FMS        0
Floor Compare Amount                36,790   Price Achievement              14,180
```