**EXHIBIT E**

Law Offices
# Weinstock, Friedman & Friedman, P.A.

Melvyn J. Weinstock
Sidney S. Friedman (MD, DC)
Edward J. Friedman (MD, DC, VA)
Jeffrey M. Lippman (MD, DC)

GREG I. ROSE (MD, DC, PA, VA)
BRUCE L. RICHARDSON (MD, DC)
LEONARD TOBER (MD, DC)
ALISON KRAMER-WRENN
ILONA M. FISHER
MICHAEL W. MOORE
STEPHEN G. HOWE (MD, DC)
CRAIG A. SCHOENFELD
CHRISTINE GAGE
SHANNON B. KRESHTOOL (MD, DC)
SUZANNE DELANEY
JEFFREY ZIEGLER (MD, DC)
JAMES A. GRIFFITH
DENISE L. KINNARD
JOSEPH M. GUSMANO
DONINE M. GAYNOR (MD, DC)
LISA D. ETTLINGER
ROSEMARY E. ALLULIS

EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

(410) 559-9000
FAX (410) 559-9009

IN NORTHERN VA, DC & MD SUBURBS
CALL TOLL FREE
800-999-8286

Other Locations
York, PA
Silver Spring, Frederick & Easton, MD

WWW.WEINSTOCKLEGAL.COM

DISTRICT OF COLUMBIA OFFICE
1413 K Street, N.W., Suite 1500
Washington, DC 20005

VIRGINIA OFFICE
10500 Sager Avenue, Suite F
Fairfax, VA 22030

JOHN R. ROSSBACH
ANUPA MUKHOPADHYAY (MD, DC)
PAUL G. WERSANT (MD, DC)
GEETA V. DANIEL
J C AMOS (MD, WV)
LESLEY-ANN MORRISSEY
JORDAN I. SELZER
CLAUDINE McCULLOUGH
WILLIAM M. O'CONNELL (MD, DC)
GINA M. GASCOIGNE
JOANNA S. PHARR
JASON E. SOLOMON (MD, DC)
WILLIAM H. THRUSH, JR. (MD, DC)
JOHN P. PANTELEAKIS
SABITIYU A. ADEMOLA
T. BRUCE GODFREY

August 6, 2003

Robert A. Gaumont, Esquire
Piper Rudnick
6225 Smith Avenue
Baltimore, Maryland 21209

         Re: Xerox v. Phoenix Color, et al
           Civil Action No.: WDQ 02 CV 1734

Dear Mr. Gaumont,

  Enclosed, please find a legible copy of the document that you requested. Please contact me if you have any questions or concerns.

        Very truly yours,

        WEINSTOCK, FRIEDMAN
        & FRIEDMAN, P.A.

        Rosemary E. Allulis

Enclosure



# USCO Contract Simplification Learner Guide

*deliver the Promise*

# Table of Contents

**Section 1: Introduction and Welcome** _____ 1-1
    Agenda _____ 1-1
    Ground Rules _____ 1-2
    Objectives _____ 1-2
**Section 2: Program Overview and New Forms Description** _____ 2-1
    Program Overview _____ 2-1
    The Old Contract Process _____ 2-2
    The New Contract Process _____ 2-3
    New Forms Description _____ 2-4
    Highlights of the New Agreements and Terms & Conditions _____ 2-5
    Sale / Maintenance Agreement Highlights _____ 2-6
    Customer Signature and Order Submission Requirements _____ 2-8
    Lease Agreement Highlights _____ 2-10
    Rental Agreement Highlights _____ 2-12
    Demonstration Agreement Highlights _____ 2-14
    Demonstration and Storage Agreement Highlights _____ 2-16
    Internal Document Highlights _____ 2-18
    Pool Plan Agreement Highlights _____ 2-20
**Section 3: Document Completion** _____ 3-1
    Example # 1 - Lease Agreement (Loudoun, Inc.) _____ 3-2
    Example # 2 - Lease with XTI Refinance (Beertel Inc.) _____ 3-5
    Example # 3 - Multiple Unit Cash Sale with Supplies & Maintenance ____ 3-8
    Example # 4 - Pool Plan Agreement (Data on Call Services) _____ 3-13
**Section 4: Practice Activities - Sales** _____ 4-1
    Instructions _____ 4-2
    Practice # 1 - Omega Lenders _____ 4-3
    Practice # 2 - Hearing Center, Inc. _____ 4-11
    Practice # 3 - Starkweather, Inc. _____ 4-19
    Practice # 4 - Data On Call Services _____ 4-27
    Practice # 5 - Satsu & Tchi _____ 4-44
    Practice # 6 - New Brunswick Board of Education _____ 4-52
**Section 4A: Practice Activities - Administration** _____ 4A-1
    Instructions _____ 4A-2
    Practice # 1 - Omega Lenders _____ 4A-3
    Practice # 2 - Hearing Center, Inc. _____ 4A-13
    Practice # 3 - Starkweather, Inc. _____ 4A-22
    Practice # 4 - Data On Call Services _____ 4A-32

USCO CONTRACT SIMPLIFICATION LEARNER GUIDE                                   JANUARY 1997

## Sale / Maintenance Agreement Highlights

### Customer Information

- Be sure to use customer's legal name on line 1.

- **TAX ID** - new field.

  — Required on all commercial financed transactions.
  — Eliminates the need for UCC forms.
  — Not the same as the sales tax exempt certificate number.
  — Get this information from the customer's controller, VP of Finance, or Accounts Payable contact.

### Replacement / Modification of Prior Xerox Agreement

- New section - used to change an agreement a customer already has with Xerox.

- Use **MODIFICATION** for:          Use **REPLACEMENT** for:

  — Add-on Accessories               — Contract Substitutions
  — Upgrades                         — OTP Transactions
  — Contract Extensions
  — Price Plan Changes

### Maintenance Price Information & Adjustment Period

- New sections.

- Use them to describe Monthly Base Charge and Print Charges for <u>any</u> maintenance plan.

- Use Adjustment Period to reflect any changes in how the customer will be billed in the initial months after install (such as for Warranty Buyouts or Prepaid Months for Lease agreements, or Supplies billed during the Warranty Period for Supplies & Maintenance contracts).

JANUARY 1997                                    USCO CONTRACT SIMPLIFICATION LEARNER GUIDE

## Sale / Maintenance Agreement

[Form image: Xerox Sale/Maintenance Agreement form with fields for Customer's Legal Name, Name Overflow, Street Address, Box/Routing, City/State, Zip Code, Tax ID#, Customer Name (Install), Installed at Street Address, Floor/Room/Routing, County Installed In, Customer Requested Install Date; checkboxes for Tax Exempt, Assoc./Coop. Name, Negotiated Contract #, Attached Customer P.O. #s (Supplies, Sale, Maint.), State or Local Government Customer, Replacement/Modification of Prior Xerox Agreement, Installment Sale Information, Maintenance Information; sections for Cash Sale/Installment Sale - Payment Information with columns Product, Qty, Prev Install, Pmt Inform, Cust Install, Warr # mo, List Price (Total), Down Payment, Total Discount (Inc. Trade-In), Net Price (Total); Monthly Installment Sale Payment; Maintenance Agreement Price Information with Adjustment Period, Period A, Period B; Purchased Supplies; Application Software; Trade-In Allowance; K-16 Billing Suspension; Additional Options; Agreement Presented By and Customer signature blocks. Form 21868 (11/96)]

USCO CONTRACT SIMPLIFICATION LEARNER GUIDE                                       JANUARY 1997

**Customer Signature and Order Submission Requirements**

Since the new agreements are no longer a "one-write" NCR form, there are some changes to the Customer Signature and Order Submission requirements:

**AN ORIGINAL INK SIGNATURE IS REQUIRED ON ALL ORDER DOCUMENTS SUBMITTED FOR PROCESSING.**

There are two ways to do this:

**1. COPY IN ADVANCE METHOD:**

*Before leaving the office:*

- Fill out as much of the order as possible;
- Make a copy of the cover sheet;

*At the customer site:*

- Fill in the rest of the order on **both** the copy and the original;
- Have the customer sign both the copy and the original in ink.

**2. COPY AT THE CUSTOMER SITE METHOD:**

*At the customer site:*

- Fill out the entire order <u>except</u> for the signature
- Make a copy
- Have the customer sign both the original and the copy in ink.

Whichever method you use, be sure to:

- Leave the signed original, with terms and conditions attached with the customer;

- Submit the copy with the original ink signature to the Customer Business Rep for processing.

USCO CONTRACT SIMPLIFICATION LEARNER GUIDE                                JANUARY 1997

## Lease Agreement Highlights

### Lease Information Section

- Use it to indicate term of the agreement.

- Interest Rate fields apply only to State or Local Government Customers or to Refinance transactions where disclosure is required.

### Payment Information Section

- Purchase Option – write in fixed purchase option amount or FMV for Fair Market Value transactions.

### Price Information Section

- Reflects amounts for the Lease payment and the maintenance component.

- Monthly Base Charge and Monthly Minimum Lease Payment are always the same unless it is a separately billed Cost Per Copy, with an Average Monthly Print Volume (AMPV) greater than zero.

### Adjustment Period Section

- This section is used for Warranty Buyouts or Prepaid Months on the Lease Agreement.

JANUARY 1997                                        USCO CONTRACT SIMPLIFICATION LEARNER GUIDE

## Lease Agreement

[Lease Agreement form - Xerox, The Document Company. Form includes fields for Customer's Legal Name, Name Overflow, Street Address, Bowl/Routing, City/State, Zip Code, Tax ID#, Customer Name (Install), Installed at Street Address, Floor/Room/Routing, County Installed In, Customer Requested Install Date; checkboxes for Tax Exempt, Assoc./Coop. Name, Negotiated Contract#, Attached Customer P.O.#, State or Local Government Customer, Replacement/Modification of Prior Xerox Agreement; Lease Information including Lease Term, Supplies included, Refin. of Prior Agm't, 3rd Party Eq.; Lease Payment Information table with Product, Purchase Option, Down Payment, Prev Install, Fin'l Interm, Cust Install columns; Minimum Monthly Lease Payment; Price Information with Monthly Base Charge, Print Charge Meter 1, Prints, Print Charge Meter 2, Mo. Min.# of Prints (based on Meter 1 Print Charges); Adjustment Period with Period A and Period B - Mos. Affected; Purchased Supplies table; Application Software with Software Title, Initial License Fee, Annual Renewal Fee; Trade-In Allowance with Manufacturer, Model/Serial#, Allowance, Total Allowance Applied to Trade-In Equipment Balance or Price of Replacement Equip.; K-16 Billing Suspension with Months affected (June only, July only, August only, June-July, July-August); Additional Options including Run Length Plan, Fixed Price Plan, Per-Foot Pricing, Extended Service Hours, Comp. Replacement Program, Attached Addenda; Agreement Presented By section with Name, Phone, Xerox Corporation - Acceptance By Name, Date, Signature; Customer section with Name, Title, Signature, Phone, Date. Form 81850 (11/96)]

USCO CONTRACT SIMPLIFICATION LEARNER GUIDE                                    JANUARY 1997

## Example # 1 - Lease Agreement (Loudoun, Inc.)

**Video**   Watch the video segment for Example # 1. When finished, STOP the tape to review the information here more closely.

**Customer Information Summary**

- The customer, Loudoun Inc. wants to lease a 5365FIN
- The lease term is 60 months
- The Purchase Option Amount is $3,000
- Sue Sickle is the President of the company
- The customer's name and address is as follows:
  - Loudoun, Inc.
  - 150 South Avenue
  - Chicago, IL - 60016
  - County: Cook
- The customer's Federal Tax ID # is: 001-20113-13
- The Customer Requested Install Date is: 2/15/97
- Per print charge is $0.0102 (from the Price List)
- The Minimum Monthly Lease payment is $1,078.15 (from Sale Range)

JANUARY 1997                                                    USCO CONTRACT SIMPLIFICATION LEARNER GUIDE

## Lease Agreement for Loudoun, Inc.

**LEASE AGREEMENT**                                                 THE DOCUMENT COMPANY
                                                                    XEROX

Customer's Legal Name: Loudoun, Inc.
Name Overflow (if needed):
Street Address: 150 South Avenue
Road/Routing:
City, State: Chicago, IL
Zip Code: 60016
Tax ID#: 001-20113-13
Customer Name (Install): Loudoun, Inc.
Name Overflow (if needed):
Installed at Street Address: 150 South Avenue
Floor/Room/Routing:
City, State: Chicago, IL
Zip Code: 60016
County Installed in: Cook
Customer Requested Install Date: 2/15/97

Check all that apply:
☐ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name
☐ Negotiated Contract #
☐ Attached Customer P.O. #: ___ Supplies: ___
    Lease: ___
☐ State or Local Government Customer
    Int. Rate: ___% Total Int. Payable: $___
☐ Replacement/Modification of Prior Xerox Agreement
    Agreement covering Xerox Equipment Serial# (or 95#) ___
    is hereby ☐ modified ☐ replaced. Effective Date: __/__/__
    Comments: ___

Lease Information
Lease Term: 60 months
☐ Supplies included in Base/Print Charges
☐ Refin. of Prior Agm't: ☐ Xerox (95# ___ ) ☐ 3rd Party Eq.
    Amt Refin: $___ Int Rate: ___% Total Int. Payable: $___

**Lease Payment Information**

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Full Interest | Cust Install |
|---|---|---|---|---|---|
| 3135FIN | $3000.00 | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

$ 1,078.15 : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

**Price Information**                  ☐ Adjustment Period

| | | Period A - Mos. Affected: ___ | | Period B - Mos. Affected: ___ | |
|---|---|---|---|---|---|
| Monthly Base Charge | $1078.15 | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints 1 - 00 | $.0102 | Prints 1 - | $ | Prints 1 - | $ |
| Prints ___ - ___ | $ | Prints ___ - ___ | $ | Prints ___ - ___ | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints 1 - | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints ___ - ___ | $ | Prints ___ - ___ | $ | Prints ___ - ___ | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges) ___ | | Mo. Min.# of Prints (based on Meter 1 Print Charges) ___ | | Mo. Min.# of Prints (based on Meter 1 Print Charges) ___ | |

☐ Purchased Supplies  ☐ Cash ☐ Financed ☐ Contract

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ Application Software

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | Total Initial License Fees = $ | |

☐ Trade-In Allowance    Final Principal Payment

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance $___
                           ☐ Price of Replacement Equip. $___

☐ K-16 Billing Suspension
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

Additional Options (check all that apply)
☐ Rent Length Plan  ☐ Fixed Price Plan
☐ Per-Foot Pricing
☐ Extended Service Hours:
    Description: ___ / $___
☐ Comp. Replacement Program $___
☐ Attached Addenda
    form# ___ ( ___ ) form# ___

Agreement Presented By:
Name: Chris Isimaia          Phone: (312)941-4486
Xerox Corporation - Acceptance By:
Name: ___                    Date: ___
Signature: ___

Customer:
Name: Sue Sickle             Phone: (312)926-8100
Title: President             Date: 10/9/96
Signature: Sue Sickle

Form 84500 (11/90)

## Sale Range Control Screen for Example # 1 - Loudoun Inc.

```
ISRP3101         Sale Range Order Proposal Worksheet Controller   01/21/97 16:00
 WORKSHEET: 638015     DESCRIPTION: 5365 - Loudoun Inc       Wksht Status OARDY
 ORD EMP NO: L71P           ORDER DT: 100996              Last Accessed 11/21/96
 COMMON EXCESS METER (Y/N): N  SUPPLY IND (Y/N) : N        Release Date
 VAR IND (Aevar,Var,Xas):     CHANNEL CONT#:          ******* Order Totals ****
                  BILL CD TRAN CPC                     * Target Rev      28,525
 UNIT QTY PRODUCT   METER  TYPE IND CONTRACT   STATUS  * S/Rep Floor     27,115
  1   1  5365FIN    5199 / 1 SNB  N             OARDY  * Manager Flr     25,400
                       /                               * Abv Rep Flr      9,675
                       /                               * Tot Revenue     53,059
                       /                               * Prc Achvmt      14,180
                       /                               * Sale Qtd Pr     36,790
                       /                               * Subtot  Inv     36,790
                       /                               * Tot Mon Pmt   1,078.15
                       /                               ************************
                       /                                   RECEIVE DATE:
 SCROLL AMT: PAGE           MORE:  +                   CAPS SALE ORDER #:
 Worksheet contains 1 line item                        CAPS RENT ORDER #:
 UNIT SELECTION:       (To Detail, Copy or Delete) CUSTOMER AWARD ACCT#:
                                                       CAPS CASH ORDER #:
 NEXT SCREEN: EQUIPMENT
 F01=Help     F04=Prompt    F05=Clear    F09=Show     F10=Add Wksht  F11=Change
 F12=Delete   F13=Confirm   F14=Copy     F17=Next Scrn F18=Messages  F24=Release
 Informational messages have been generated.  Press F18 to see them.
```

## Sale Range Finance Screen for Example # 1 - Loudoun Inc.

```
ISRP3107         Sale Range Order Proposal Finance Screen        01/21/97 14:12
 WORKSHEET: 638015    UNIT: 1  of 1    Qty 1    Description 5365 - Loudoun Inc.

 BILL CD/MT: 5199 / 1       Total Rem Bal        0         CPC Ind N
 FMV IND (Y/N):   N         REF? (Y/N): N RATE:  0.00      Product 5365FIN
 STANDARD RATE:  15.00         Unit Fin Amt 36,790       PMS Comm Rev 36.790
 QUOTED RATE:    15.00         DOWNPAYMENT: 0           ******* Order Totals ****
 TERM (IN MTHS): 60            CUSTOMER ED: 0            * Target Rev      28,525
 PREPAID MTHS:    0            CONSULTING SVC: 0         * S/Rep Floor     27,115
 SLS TAX RATE:    0.000        SUPPLY FIN AMT: 0         * Manager Flr     25,400
 **** Term Lease ****          EXTRA FIN AMT:  0         * Abv Rep Flr      9,675
   PURCH OPT AMT:  3,000       Total Fin Amt 36,790      * Tot Revenue     53,059
   UPLIFT RATE:    2.00        Equip Mthly Pmt 1,078.15  * Prc Achvmt      14,180
   SERVICE AMT:    220         Refin Mthly Pmt 0.00      * Sale Qtd Pr     36,790
   FLTRT WAR MTHS: 0           Unit Mthly Pmt  1,078.15  * Subtot  Inv     36,790
   Fltrt War Amt   0                                     * Tot Mon Pmt   1,078.15
 ************ Unit Totals ************    Eq Comm Prc    36,790 ***************
 List Pric Above Flr Adtl  Warr   Finance    Trade    Cash     Other
     36,790    9,675        0       0          0        0        0
 Promo Avail/Used           0 / 0
 NEXT SCREEN: EQUIPMENT
 F01=Help     F04=Prompt    F09=Show     F11=Change    F17=Next Scrn   F18=Messages
```

## Example # 3 - Multiple Unit Cash Sale with Supplies & Maintenance Agreement (DiFiore Construction)

**Video**  Watch the video segment for Example # 3. When finished, STOP the tape to review the information here more closely.

### Customer Account Information

- The customer's name and address is:

  — DiFiore Construction
  — 155 Pool Avenue
  — Lincoln, NE - 78110
  — County: Lurell

- They want to Purchase two Cash Sale Units with Supplies included in the Base / Print Charges of their maintenance agreements.

- The customer is purchasing the following equipment:

| Unit | Maintenance Option | CRID |
|---|---|---|
| 5328ZTAST | • 36 Month Warranty<br>• Supplies Included | 1/4/97 |
| 5365FIN | • 3 Month Warranty<br>• Supplies Included<br>• 48 month FSMA | 10/13/96 |

JANUARY 1997                                    USCO CONTRACT SIMPLIFICATION LEARNER GUIDE

## Sale / Maintenance Agreement for DiFiore Construction (Unit 1)

**SALE / MAINTENANCE AGREEMENT**                          THE DOCUMENT COMPANY
                                                          XEROX

Customer's Legal Name: **DiFiore Construction**
Name Overflow (if needed):
Street Address: **155 Pool Avenue**
Box/Routing:
City, State: **Lincoln** **NE**
Zip Code: **78110**
Tax ID#:
Customer Name (Install):
Name Overflow (if needed):
Installed at Street Address: **SAME**
Floor/Room/Routing:
City, State:
Zip Code:
County Installed In: **Lowell**
Customer Requested Install Date: **01/04/97**

Check all that apply:
☐ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name
☒ Negotiated Contract # **0709036402**
☐ Attached Customer P.O. #s:  Supplies ___ Sale ___ Maint ___
☐ State or Local Government Customer
☐ Replacement/Modification of Prior Xerox Agreement
  Agreement covering Xerox Equipment Serial# (or S#) ___
  is hereby ☐ modified ☐ replaced  Effective Date: __/__/__
  Comments
☐ Installment Sales Information    Total Int.
  Install. Sale Term: ___ mo. Int. Rate ___ % Payable $___
  ☐ Prepaid Invoice ___ months
  ☐ Refin. of Prior Agrmt.: ☐ Xerox 19$= ___ ☐ 3rd Party Eq
  Amt Refin: $___ Int Rate: ___% Total Int Payable: $___
☒ Maintenance Information
  Maintenance Term: **36** months
  ☒ Supplies included in Base/Print Charges

**Cash Sale/Installment Sale – Payment Information**

| Product (with serial number, if in place equipment) | Qty | Prev Install | Fin'l Interm | Cust Install | Warr # mo | List Price (Total) | Down Payment | Total Discount (Inc. Trade-in) | Net Price (Total) |
|---|---|---|---|---|---|---|---|---|---|
| 5328Z1AS1 | 1 | ☐ | ☐ | ☐ | 36 | $9815 | $0 | $0 | $9815 |
|  |  | ☐ | ☐ | ☐ |  | $ | $ | $ | $ |
|  |  | ☐ | ☐ | ☐ |  | $ | $ | $ | $ |

$_____ : MONTHLY INSTALLMENT SALE PAYMENT (excl. of applic. taxes)

**Maintenance Agreement Price Information**   ☐ Adjustment Period (Maintenance Agreement Only)

| | | Period A - Mos. Affected: | | Period B - Mos. Affected: | |
|---|---|---|---|---|---|
| Monthly Base Charge | $40.60 | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: |  | Print Charge Meter 1: |  | Print Charge Meter 1: |  |
| Prints 1 - **2000** | $0 | Prints 1 - | $ | Prints 1 - | $ |
| Prints **2001** - ∞ | $.0158 | Prints - | $ | Prints - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Print Charge Meter 2: |  | Print Charge Meter 2: |  | Print Charge Meter 2: |  |
| Prints 1 - | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints - | $ | Prints - | $ | Prints - | $ |
| Mo. Min.# of Prints (based on Meter 1 Print Charges) **2000** | | Mo. Min.# of Prints (based on Meter 1 Print Charges) ___ | | Mo. Min.# of Prints (based on Meter 1 Print Charges) ___ | |

☐ Purchased Supplies  ☐ Cash  ☐ Financed  ☐ Contract#   ☐ Application Software

| Reorder # | Qty | Description | Price | | Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|---|---|---|---|---|
|  |  |  | $ | |  | $ | $ |
|  |  |  | $ | |  | $ | $ |
|  |  |  | $ | |  | $ | $ |
|  |  | Total Price = | $ | | Total Initial License Fees = | $ | |

☐ Trade-In Allowance   Final Principal Payment# ___        ☐ K-16 Billing Suspension            Additional Options (check all that apply)

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance $___
                           ☐ Price of Replacement Equip. $___

☐ K-16 Billing Suspension
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

Additional Options (check all that apply)
☐ Run Length Plan          ☒ Fixed Price Plan
☐ Per-Foot Pricing         ☐ Annual Charge Plan
☐ Prorated Service Mount
  Description: ___ /$___ mo.
☐ Comp. Replacement Program: $___
☐ Std. Maint. Agmt. $___ / year
☒ Attached Addenda
  form# **518528-1L1** Mtrs#___

**Agreement Presented By:**
Name: **Arnold Billows**    Phone: **(301) 986-5011**
Xerox Corporation - Acceptance By:
Name: ___
Signature: ___    Date: ___
Form 01888 (11/96)

**Customer:**
Name: **Lionel Hargrave**    Phone: **(301) 910-1810**
Title: **Controller**                    Date: **9/30/96**
Signature: *Lionel Hargrave*

JANUARY 1997                                                    USCO CONTRACT SIMPLIFICATION LEARNER GUIDE

### Sale Range Unit Summary Screen - Example # 3 - Unit 1 - DiFiore Construction

```
ISRP3203  NP Order Proposal Worksheet    Contract Unit Summary   01/15/97 12:59
WORKSHEET: 51753    UNIT: 1   of 2       Bill Cd/Mt 5195 / 1   Unit Status OARDY
Contract ID 0709364 02  Type BPA  Cust COMMERCIAL TRANSACTION CONTRACT
Tran Type SNB Order Date 09/30/96  Dist        Rep 80243C  Prod 5328ZTAST  Qty   1
Contract Balance                    0   Contract Price                    9,815
Std/Qtd Amt              0 /        0   Flexibility Cost                      0
Buyout Value                        0   (Cash Discount)                       0
Contr Warr   0  Addl    0  Total   36   Sales Quoted Price                9,815
Addtl    Warranty Value             0   (Net Trade-In)                        0
Other                               0   (Credit Usage)                        0
Purch Opt Amt                       0   (Invoice Award Amt)                   0
Finance Rate Reduction              0   Subtotal Invoice                  9,815
Pre Paid Months Amt                 0   Financed Amount                       0
Order Credit Earned                 0   Std/Qtd Rate  0.00 /  0.00  Term     36
Target Revenue                  8,485   Fin Monthly Payment Amount         0.00
Sales Rep Floor                 8,025   CPC Monthly Payment Amount        40.60
Manager Floor                   7,210   Total Revenue                    10,665
Eq Comm Floor                   6,435      Eq Comm Prc   10,665 FSMA          0
Above Rep Floor                 1,790      Finance            0 FMS           0
Floor Compare Amount            9,815   Price Achievement                 3,380
Allocated Ach Price             9,815   Rem Bal       0  CPC BSO Amt        850
NEXT SCREEN:                            Eq Achieved Price                 9,815
F01=Help    F04=Prompt    F05=Clear    F06=Menu    F09=Show    F17=Next Scrn
Information was found for the selected criteria and is being displayed.
```

### Sale Range Unit Summary Screen - Example # 3 - Unit 2 - DiFiore Construction

```
ISRP3203  NP Order Proposal Worksheet    Contract Unit Summary   01/15/97 13:01
WORKSHEET: 51753    UNIT: 2   of 2       Bill Cd/Mt 5195 / 1   Unit Status OARDY
Contract ID 0709364 02  Type BPA  Cust COMMERCIAL TRANSACTION CONTRACT
Tran Type SNB Order Date 09/30/96  Dist        Rep 80243C  Prod 5365FIN   Qty   1
Contract Balance                    0   Contract Price                   36,790
Std/Qtd Amt              0 /        0   Flexibility Cost                      0
Buyout Value                        0   (Cash Discount)                       0
Contr Warr   0  Addl    0  Total    3   Sales Quoted Price               36,790
Addtl    Warranty Value             0   (Net Trade-In)                        0
Other                               0   (Credit Usage)                        0
Purch Opt Amt                       0   (Invoice Award Amt)                   0
Finance Rate Reduction              0   Subtotal Invoice                 36,790
Pre Paid Months Amt                 0   Financed Amount                       0
Order Credit Earned                 0   Std/Qtd Rate  0.00 /  0.00  Term     48
Target Revenue                 28,525   Fin Monthly Payment Amount         0.00
Sales Rep Floor                27,115   CPC Monthly Payment Amount       364.00
Manager Floor                  25,400   Total Revenue                    37,390
Eq Comm Floor                  22,610      Eq Comm Prc   37,390 FSMA          0
Above Rep Floor                 9,675      Finance            0 FMS           0
Floor Compare Amount           36,790   Price Achievement                14,180
Allocated Ach Price            36,790   Rem Bal       0  CPC BSO Amt        600
NEXT SCREEN:                            Eq Achieved Price                36,790
F01=Help    F04=Prompt    F05=Clear    F06=Menu    F09=Show    F17=Next Scrn
Information was found for the selected criteria and is being displayed.
```