**EXHIBIT F**

# Weinstock, Friedman & Friedman, P.A.

**Law Offices**

Melvyn J. Weinstock
Sidney S. Friedman (MD, DC)
Edward J. Friedman (MD, DC, VA)
Jeffrey M. Lippman (MD, DC)

GREG I. ROSE (MD, DC, PA, VA)
BRUCE L. RICHARDSON (MD, DC)
LEONARD TOBER (MD, DC)
ALISON KRAMER-WRENN
ILONA M. FISHER
MICHAEL W. MOORE
STEPHEN G. HOWE (MD, DC)
CRAIG A. SCHOENFELD
CHRISTINE GAGE
SHANNON B. KRESHTOOL (MD, DC)
SUZANNE DELANEY
JEFFREY ZIEGLER (MD, DC)
JAMES A. GRIFFITH
DENISE L. KINNARD
JOSEPH M. GUSMANO
DONINE M. GAYNOR (MD, DC)
LISA D. ETTLINGER
ROSEMARY E. ALLULIS
JOHN R. ROSSBACH

EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

(410) 559-9000
FAX (410) 559-9009

IN NORTHERN VA, DC & MD SUBURBS
CALL TOLL FREE
800-999-8286

Other Locations
York, PA
Silver Spring, Frederick & Easton, MD

**WWW.WEINSTOCKLEGAL.COM**

DISTRICT OF COLUMBIA OFFICE
1413 K Street, N.W., Suite 1500
Washington, DC 20005

VIRGINIA OFFICE
10500 Sager Avenue, Suite F
Fairfax, VA 22030

ANUPA MUKHOPADHYAY (MD, DC)
PAUL G. WERSANT (MD, DC)
GEETA V. DANIEL
J C AMOS (MD, WV)
LESLEY-ANN MORRISSEY
JORDAN I. SELZER
CLAUDINE MCCULLOUGH
WILLIAM M. O'CONNELL (MD, DC)
GINA M. GASCOIGNE
JOANNA S. PHARR
JASON E. SOLOMON (MD, DC)
WILLIAM H. THRUSH, JR. (MD, DC)
JOHN P. PANTELEAKIS
SABITIYU A. ADEMOLA
T. BRUCE GODFREY
OWEN BLUM

September 5, 2003

Robert A. Gaumont, Esquire
Piper Rudnick
6225 Smith Avenue
Baltimore, Maryland 21209

Re:  Xerox v. Phoenix Color, et al
Civil Action No.: L 02 CV 1734
Discovery request

Dear Mr. Gaumont,

Enclosed, please find the entire second chapter of the USCO Learner Guide that you requested. As discussed, we believe that the documents that we previously produced fully responded to your discovery request. This is being provided as a courtesy to you. Please call with any questions or concerns.

Very truly yours,

WEINSTOCK, FRIEDMAN
& FRIEDMAN, P.A.

Rosemary E. Allulis

Enclosure

# USCO
# Contract
# Simplification
# Learner Guide

*deliver the* **Promise**



XEROX

# *USCO Contract Simplification Learner Guide*



**VERSION 1.0**
**JANUARY 1997**

**610P63727**

Xerox Corporation
Education & Learning
Xerox Document University
Leesburg, Virginia  22075

©1997 by Xerox Corporation.  All rights reserved.

Copyright protection claimed includes all forms and matters
of copyrightable material and information now allowed by
statutory or judicial law or hereinafter granted.

Printed in the United States of America.

Xerox® and all Xerox products mentioned in this publication
are trademarks of Xerox Corporation.

Changes are periodically made to this document.  Changes, technical
inaccuracies, and typographic errors will be corrected in subsequent
editions.

This document was created using Microsoft Word for Windows, Version
6.0.

# Table of Contents

**Section 1:  Introduction and Welcome** _____ **1-1**
    Agenda _____ 1-1
    Ground Rules _____ 1-2
    Objectives _____ 1-2

**Section 2:  Program Overview and New Forms Description** _____ **2-1**
    Program Overview _____ 2-1
    The Old Contract Process _____ 2-2
    The New Contract Process _____ 2-3
    New Forms Description_____ 2-4
    Highlights of the New Agreements and Terms & Conditions _____ 2-5
    Sale / Maintenance Agreement Highlights _____ 2-6
    Customer Signature and Order Submission Requirements _____ 2-8
    Lease Agreement Highlights_____ 2-10
    Rental Agreement Highlights _____ 2-12
    Demonstration Agreement Highlights _____ 2-14
    Demonstration and Storage Agreement Highlights_____ 2-16
    Internal Document Highlights _____ 2-18
    Pool Plan Agreement Highlights _____ 2-20

**Section 3:  Document Completion**_____ **3-1**
    Example # 1 - Lease Agreement (Loudoun, Inc.) _____ 3-2
    Example # 2 - Lease with XTI Refinance (Baartol Inc.) _____ 3-5
    Example # 3 - Multiple Unit Cash Sale with Supplies & Maintenance ___ 3-8
    Example # 4  - Pool Plan Agreement (Data on Call Services) ____ 3-13

**Section 4:  Practice Activities - Sales** _____ **4-1**
    Instructions _____ 4-2
    Practice # 1 - Omega Lenders _____ 4-3
    Practice # 2 - Hearing Center, Inc. _____ 4-11
    Practice # 3 - Starkweather, Inc. _____ 4-19
    Practice # 4 - Data On Call Services _____ 4-27
    Practice # 5 - Satsu & Tchi _____ 4-44
    Practice # 6 - New Brunswick Board of Education _____ 4-52

**Section 4A:  Practice Activities - Administration**_____ **4A-1**
    Instructions _____ 4A-2
    Practice # 1 - Omega Lenders _____ 4A-3
    Practice # 2 - Hearing Center, Inc. _____ 4A-13
    Practice # 3 - Starkweather, Inc. _____ 4A-22
    Practice # 4 - Data On Call Services _____ 4A-32

Practice # 5 - Satsu & Tchi _____ 4A-52

Practice # 6 - State of New Brunswick Board of Education _____ 4A-62

**Section 5: Price List Changes for 1997**_____ **5-1**

**Section 6: Preview of MTC Electronic Point of Sale Agreement** _____ **6-1**

**Section 7: Transition Plans to the New Agreements** _____ **7-1**

**Section 8: Questions and Answers**_____ **8-1**

**Section 9: Wrap-Up and Evaluation**_____ **9-1**

# Section 1:  Introduction and Welcome

This Guide will help you learn about USCO Order Simplification and how to complete or edit the new agreements.

The activities in this Guide work together with the video, **Building Orders A Better Way!**  If you are using this workbook on your own, without a facilitator, be sure you have a copy of the video before proceeding.

## Agenda

| | |
|---|---|
| • **Welcome and Introduction** | 5 minutes |
| • **Program Overview and New Forms Description (video)** | 25 minutes |
| • **Document Completion (video & discussion)** | 55 minutes |
|    — *Example 1 - Lease* | |
|    — *Example  2 - Lease with XTI Refinance* | |
|    — *Example 3 - Cash Sale & SAM (2 units)* | |
|    — *Example 4 - Pooling - with new and existing units* | |
| • **Break** | 15 minutes |
| • **Practice Exercises** | 90 minutes |
| • **Price List Changes for 1997** | 5 minutes |
| • **Preview of the MTC Electronic Point of Sale Agreement** | 5 minutes |
| • **Transition Plans to the New Agreements** | 10 minutes |
| • **Questions and Answers** | 25 minutes |
| • **Wrap-Up and Evaluation** | 5 minutes |
| **TOTAL TIME REQUIRED** | 4 hours |

Case 1:02-cv-01734-WDQ    Document 42-7    Filed 10/02/2003    Page 9 of 33

## Ground Rules

- Participation

- Use of flip chart "Parking Lot"

- Use of Quality Interactive Skills

- Be on time!

- Share responsibility for training

- No side conversations

After the Program Overview and the New Forms Description, you will probably have many questions about how to complete the agreements for specific transactions.

Before going in search of answers, work through the examples and the practice exercises. These activities will answer most of your questions.

## Objectives

After completing the activities in this workbook, you should be able to:

**For All Audiences**  Work through a varied series of example transactions using both the new Agreements and the Order Completion Manual.

**For Sales Representatives:**  Select and complete the appropriate Agreement(s), including any internal forms necessary to document the transactions entered into with CBU customers.

**For CBR's and XFC Representatives:**  Edit completed Agreement(s) to ensure appropriate contract documentation.

**For Customer Administration Reps**  Identify the changes to the new Agreements and the major changes in the Terms and Conditions.

# Section 2:    Program Overview and New Forms Description

**Video**    Watch the first segment of the video, **"Building Orders a Better Way!"**

In this part of the video, the narrator covers the Program Overview and the New Forms Description.

## Program Overview

This section of the video explains why and how Xerox is changing the contract documents and the process.

The narrator contrasts the old and new processes and presents a quick summary of the new forms used in the process.

The next two pages illustrate the old and new contract processes.

Case 1:02-cv-01734-WPG    Document 42-7    Filed 10/02/2003    Page 11 of 33

## The Old Contract Process



Cover Sheet &
Internal Document



100+
Amendments



Terms &
Conditions

600+ Price Lists
(includes Supplemental
T&C's)



20+ Internal
Documents

Case 1:02-cv-01734-WDQ     Document 42-7     Filed 10/02/2003     Page 12 of 33

## The New Contract Process

Sale/Maintenance
Agreement

Demo
Agreements (2)

Lease
Agreement

Pool Plan
Agreement

8 addenda for
Additional
Products & other
situations

Rental
Agreement

1 Internal Document
(goes with all Agreements)

Refer to the **Document Change Summary**
in the **Order Completion Manual** for full
details about how the documents have
changed with this new, simplified process.

Each Agreement is self-contained with it's own
Terms & Conditions

Case 1:02-cv-01734-WDQ    Document 42-7    Filed 10/02/2003    Page 13 of 33

## New Forms Description

In this section of the video, the narrator presents each of the new forms in more detail.

Copies of the agreements are included on the next several pages so you can follow along.

**Pause the tape at the end of this segment** to look over the forms more closely.

Don't spend too much time trying to understand everything about the forms right now.  There are several examples coming up that will clear up most of your questions.

Case 1:02-cv-01734-WDQ     Document 42-7     Filed 10/02/2003     Page 14 of 33

**Highlights of the New Agreements and Terms & Conditions**

- Each consists of a cover page plus specific terms and conditions.

- They can be copied on 11 x 17" paper so that the cover page is on the front, and the T&C's are on the inside and back.

- The Terms and Conditions have been completely re-written to be easily understood by you and your customers.

- Terms and Conditions are broken into logical sections that correspond to the cover sheet.

- Checkboxes on the cover sheet refer to specific terms and conditions and have eliminated the need for many amendments.

## Sale / Maintenance Agreement

---

### SALE / MAINTENANCE AGREEMENT

THE DOCUMENT COMPANY
**XEROX**

Customer's Legal Name (Bill to) _____
Name Overflow (if needed) _____
Street Address _____
Box#/Routing _____
City, State _____
Zip Code _____
Tax ID# _____

Customer Name (Install) _____
Name Overflow (if needed) _____
Installed at Street Address _____
Floor/Room/Routing _____
City, State _____
Zip Code _____
County Installed In _____
Customer Requested Install Date __/__/__

**Check all that apply**
☐ Tax Exempt (Certificate Attached)
☐ Assoc./Coop. Name _____
☐ Negotiated Contract # _____
☐ Attached Customer P.O. #s:　Supplies: _____
　　Sale: _____　Maint. _____
☐ State or Local Government Customer
☐ **Replacement/Modification of Prior Xerox Agreement**
　Agreement covering Xerox Equipment Serial# (or 95#) _____
　is hereby ☐ modified ☐ replaced. Effective Date: __/__/__
　Comments _____
☐ **Installment Sales Information**　Total Int. _____
　Install. Sale Term: ___ mo. Int. Rate ___% Payable $: ___
　☐ Prepaid Invoice: ___ months
　☐ Refin. of Prior Agrmt. ☐ Xerox (95# ___) ☐ 3rd Party Eq.
　Amt Refin: $ ___ Int Rate: ___% Total Int Payable: $ ___
☐ **Maintenance Information**
　Maintenance Term: ___ months
　☐ Supplies included in Base/Print Charges

**Cash Sale/Installment Sale - Payment Information**

| Product (with serial number, if in place equipment) | Qty | Prev Install | Fin'l Interm | Cust Install | Warr # mo | List Price (Total) | Down Payment | Total Discount (Inc. Trade-In) | Net Price (Total) |
|---|---|---|---|---|---|---|---|---|---|
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |
| | | ☐ | ☐ | ☐ | | $ | $ | $ | $ |

$ ___ **MONTHLY INSTALLMENT SALE PAYMENT (excl. of applic. taxes)**

**Maintenance Agreement Price Information**　☐ **Adjustment Period (Maintenance Agreement Only)**

| Maintenance Agreement Price Information | | Period A - Mos. Affected: ___ - ___ | | Period B - Mos. Affected: ___ - ___ | |
|---|---|---|---|---|---|
| Monthly Base Charge | $ | Monthly Base Charge | | Monthly Base Charge | |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints 1 - ___ | $ | Prints 1 - ___ | $ | Prints 1 - ___ | $ |
| Prints ___ - ___ | $ | Prints ___ - ___ | | Prints ___ - ___ | |
| Prints ___ - ___ | $ | Prints ___ - ___ | | Prints ___ - ___ | |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints 1 - ___ | $ | Prints 1 - ___ | $ | Prints 1 - ___ | $ |
| Prints ___ - ___ | $ | Prints ___ - ___ | $ | Prints ___ - ___ | $ |
| Mo. Min. # of Prints (based on Meter 1 Print Charges) | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | | Mo. Min.# of Prints (based on Meter 1 Print Charges) | |

☐ **Purchased Supplies** ☐ Cash ☐ Financed ☐ Contract#

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

☐ **Application Software**

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | $ | |

☐ **Trade-In Allowance**　Final Principal Payment# ___

| Manufacturer . | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance $ ___
　　　　　　☐ Price of Replacement Equip. $ ___

☐ **K-16 Billing Suspension**
(check 1 as required)
Months affected
☐ June only
☐ July only
☐ August only
☐ June - July
☐ July - August

**Additional Options** (check all that apply)
☐ Run Length Plan　☐ Fixed Price Plan
☐ Per-Foot Pricing　☐ Annual Charge Plan
☐ Extended Service Hours: ___ mo.
　Description: _____
☐ Comp. Replacement Program: $ ___
☐ Std. Maint. Agrmt. $ ___ / year
☐ Attached Addenda
　form# ___ (__ __) form# ___

**Agreement Presented By:**
Name _____ Phone _____
Xerox Corporation - Acceptance By:
Name _____ Date _____
Signature _____

Form 51858 (11/96)

**Customer:**
Name _____ Phone _____
Title _____ Date _____
Signature _____

---

Case 1:02-cv-01734-WDQ    Document 42-7    Filed 10/02/2003    Page 16 of 33

## Customer Signature and Order Submission Requirements

Since the new agreements are no longer a "one-write" NCR form, there are some changes to the Customer Signature and Order Submission requirements:

**AN ORIGINAL INK SIGNATURE IS REQUIRED ON ALL ORDER DOCUMENTS SUBMITTED FOR PROCESSING.**

There are two ways to do this:

### 1.  COPY IN ADVANCE METHOD:

*Before leaving the office:*
- Fill out as much of the order as possible;
- Make a copy of the cover sheet;

*At the customer site:*
- Fill in the rest of the order on **both** the copy and the original;
- Have the customer sign both the copy and the original in **ink.**

### 2.  COPY AT THE CUSTOMER SITE METHOD:

*At the customer site:*
- Fill out the entire order **_except_** for the signature
- Make a copy
- Have the customer sign both the original and the copy in **ink.**

Whichever method you use, be sure to:

- Leave the signed original, with terms and conditions attached with the customer;

- Submit the copy with the original ink signature to the Customer Business Rep for processing.

# This page left intentionally blank

## Sale / Maintenance Agreement Highlights

### Customer Information

- Be sure to use customer's legal name on line 1.

- **TAX ID** - new field.

  — Required on all commercial financed transactions.

  — Eliminates the need for UCC forms.

  — Not the same as the sales tax exempt certificate number.

  — Get this information from the customer's controller, VP of Finance, or Accounts Payable contact.

### Replacement / Modification of Prior Xerox Agreement

- New section - used to change an agreement a customer already has with Xerox.

- Use **MODIFICATION** for:

  — Add-on Accessories

  — Upgrades

  — Contract Extensions

  — Price Plan Changes

  Use **REPLACEMENT** for:

  — Contract Substitutions

  — OTP Transactions

### Maintenance Price Information & Adjustment Period

- New sections.

- Use them to describe Monthly Base Charge and Print Charges for <u>any</u> maintenance plan.

- Use Adjustment Period to reflect any changes in how the customer will be billed in the initial months after install (such as for Warranty Buyouts or Prepaid Months for Lease agreements, or Supplies billed during the Warranty Period for Supplies & Maintenance contracts).

## Lease Agreement Highlights

### Lease Information Section

- Use it to indicate term of the agreement.

- Interest Rate fields apply only to State or Local Government Customers or to Refinance transactions where disclosure is required.

### Payment Information Section

- Purchase Option - write in fixed purchase option amount or FMV for Fair Market Value transactions.

### Price Information Section

- Reflects amounts for the Lease payment and the maintenance component.

- Monthly Base Charge and Monthly Minimum Lease Payment are always the same unless it is a separately billed Cost Per Copy, with an Average Monthly Print Volume (AMPV) greater than zero.

### Adjustment Period Section

- This section is used for Warranty Buyouts or Prepaid Months on the Lease Agreement.

## Lease Agreement

**LEASE AGREEMENT**  THE DOCUMENT COMPANY **XEROX**

Customer's Legal Name (Bill to) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Name Overflow (if needed) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Street Address _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Box#/Routing _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
City, State _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Zip Code _ _ _ _ _ - _ _ _ _
Tax ID# _ _ _ _ _ _ _ . _ _ _
Customer Name (Install) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Name Overflow (if needed) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Installed at Street Address _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Floor/Room/Routing _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
City, State _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Zip Code _ _ _ _ _ - _ _ _ _
County Installed In _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Customer Requested Install Date _ _ / _ _ / _ _

**Check all that apply**
- ☐ Tax Exempt (Certificate Attached)
- ☐ Assoc./Coop. Name _____
- ☐ Negotiated Contract # _____
- ☐ Attached Customer P.O. #s:  Supplies: _____
  Lease: _____
- ☐ State or Local Government Customer
  Int. Rate: ____ %  Total Int. Payable: $ _____

☐ **Replacement/Modification of Prior Xerox Agreement**
Agreement covering Xerox Equipment Serial# (or 95#) _____
is hereby ☐ modified. ☐ replaced. Effective Date: __ / __ / __
Comments _____

**Lease Information**
Lease Term: _____ months
- ☐ Supplies included in Base/Print Charges
- ☐ Refin. of Prior Agm't.: ☐ Xerox (95# _____ ) ☐ 3rd Party Eq.
  Amt Refin: $ _____ Int Rate: ____ % Total Int. Payable: $ _____

### Lease Payment Information

| Product (with serial number, if in place equipment) | Purchase Option | Down Payment | Prev Install | Fin'l Interim | Cust Install |
|---|---|---|---|---|---|
| | $ | | ☐ | ☐ | ☐ |
| | $ | | ☐ | ☐ | ☐ |
| | $ | | ☐ | ☐ | ☐ |
| | $ | | ☐ | ☐ | ☐ |
| | $ | | ☐ | ☐ | ☐ |

$ _____ : MINIMUM MONTHLY LEASE PAYMENT (excl. of applic. taxes)

### Price Information    ☐ Adjustment Period

| Monthly Base Charge | $ |
|---|---|
| Print Charge Meter 1: | |
| Prints 1 - _____ | $ |
| Prints _____ - _____ | $ |
| Prints _____ - _____ | $ |
| Print Charge Meter 2: | |
| Prints 1 - _____ | $ |
| Prints _____ - _____ | $ |

Mo. Min.# of Prints (based on Meter 1 Print Charges) _____

**Period A - Mos. Affected:** _____ - _____

| Monthly Base Charge | $ |
|---|---|
| Print Charge Meter 1: | |
| Prints 1 - _____ | $ |
| Prints _____ - _____ | $ |
| Prints _____ - _____ | $ |
| Print Charge Meter 2: | |
| Prints 1 - _____ | $ |
| Prints _____ - _____ | $ |

Mo. Min.# of Prints (based on Meter 1 Print Charges) _____

**Period B - Mos. Affected:** _____ - _____

| Monthly Base Charge | $ |
|---|---|
| Print Charge Meter 1: | |
| Prints 1 - _____ | $ |
| Prints _____ - _____ | $ |
| Print Charge Meter 2: | |
| Prints 1 - _____ | $ |
| Prints _____ - _____ | $ |

Mo. Min.# of Prints (based on Meter 1 Print Charges) _____

### ☐ Purchased Supplies ☐ Cash ☐ Financed ☐ Contract#_____

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | $ |

### ☐ Application Software

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| Total Initial License Fees = | $ | |

### ☐ Trade-In Allowance    Final Principal Payment#_____

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to: ☐ Trade-In Equipment Balance $ _____
☐ Price of Replacement Equip. $ _____

### ☐ K-16 Billing Suspension
(check 1 as required)
Months affected
- ☐ June only
- ☐ July only
- ☐ August only
- ☐ June - July
- ☐ July - August

**Additional Options** (check all that apply)
- ☐ Run Length Plan  ☐ Fixed Price Plan
- ☐ Per-Foot Pricing
- ☐ Extended Service Hours:
  Description: _____ / $ _____ mo.
- ☐ Comp. Replacement Program $ _____
- ☐ Attached Addenda
  form# _____ ( _____ ) form# _____

### Agreement Presented By:
Name _____ Phone _____
Xerox Corporation - Acceptance By:
Name _____ Date _____
Signature _____

### Customer:
Name _____ Phone _____
Title _____ Date _____
Signature _____

Form 51860 (11/96)

## Rental Agreement Highlights

### Payment Information Section

• Number of months in the rental term is written in here.

### Price Information Section

• Write in the minimum monthly rental payment.

### Adjustment Period Section

• Use this section when the initial months of the rental agreement will be billed differently than the rest of the agreement, such as trade-in credits.

### Trade-In Allowance

• If the trade-in allowance is applied to the replacement rental equipment, then the allowance is applied equally to the first 24 months.

### Additional Options

• Rental Flexibility Plan checkbox corresponds to the Rental Flexibility terms and conditions in the agreement.

## Rental Agreement

### RENTAL AGREEMENT

THE DOCUMENT COMPANY
**XEROX**

**Check all that apply**
- ☐ Tax Exempt (Certificate Attached)
- ☐ Negotiated Contract # _____
- ☐ Attached Customer P.O. #s:    Supplies: _____
  Rental: _____
- ☐ State or Local Government Customer
- ☐ **Modification of Prior Xerox Agreement**
  Agreement covering Xerox Equipment Serial# (or 95#) ____
  is hereby modified.    Effective Date: _ / _ / _ _
  Comments _____

| Customer's Legal Name (Bill to) | _ _ _ _ _ _ _ _ _ _ _ _ _ |
| Name Overflow (if needed) | _ _ _ _ _ _ _ _ _ _ _ _ _ |
| Street Address | _ _ _ _ _ _ _ _ _ _ _ _ _ |
| Box#/Routing | _ _ _ _ _ _ _ _ _ _ _ _ _ |
| City, State | _ _ _ _ _ _ _ _ _ _ _ _ _ |
| Zip Code | _ _ _ _ _ - _ _ _ _ |

**Rental Information**
Rental Term: _____ months
☐ Supplies included in Base/Print Charges

| Customer Name (Install) | _ _ _ _ _ _ _ _ _ _ _ _ _ |
| Name Overflow (if needed) | _ _ _ _ _ _ _ _ _ _ _ _ _ |
| Installed at Street Address | _ _ _ _ _ _ _ _ _ _ _ _ _ |
| Floor/Room/Routing | _ _ _ _ _ _ _ _ _ _ _ _ _ |
| City, State | _ _ _ _ _ _ _ _ _ _ _ _ _ |
| Zip Code | _ _ _ _ _ - _ _ _ _ |
| County Installed In | _ _ _ _ _ _ _ _ _ _ _ _ _ |
| Customer Requested Install Date | _ _ / _ / _ |

**Rental Payment Information**
Product (with serial number, if in place equipment)
_____
_____
_____
_____

$ _____ : MINIMUM MONTHLY RENTAL PAYMENT
(exclusive of applicable taxes)

**Price Information**    ☐ **Adjustment Period**

| Price Information | $ | Period A - Mos. Affected: ___ - ___ | | Period B - Mos. Affected: ___ - ___ | |
|---|---|---|---|---|---|
| Monthly Base Charge | $ | Monthly Base Charge | $ | Monthly Base Charge | $ |
| Print Charge Meter 1: | | Print Charge Meter 1: | | Print Charge Meter 1: | |
| Prints 1 - | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints ___ - ___ | $ | Prints ___ - ___ | $ | Prints ___ - ___ | $ |
| Prints ___ - ___ | $ | Prints ___ - ___ | $ | Prints ___ - ___ | $ |
| Print Charge Meter 2: | | Print Charge Meter 2: | | Print Charge Meter 2: | |
| Prints 1 - | $ | Prints 1 - | $ | Prints 1 - | $ |
| Prints ___ - ___ | $ | Prints ___ - ___ | $ | Prints ___ - ___ | $ |

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

Mo. Min.# of Prints
(based on Meter 1 Print Charges) _____

☐ **Purchased Supplies**    ☐ Contract# _____

| Reorder # | Qty | Description | Price |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total Price = | |

☐ **Application Software**

| Software Title | Initial License Fee ☐ Cash ☐ Finance | Annual Renewal Fee ☐ Support Only |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Total Initial License Fees = | | |

☐ **Trade-In Allowance**    Final Principal Payment# _____

| Manufacturer | Model/Serial # | Allowance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total Allowance = | $ |

Total Allowance Applied to:  ☐ Trade-In Equipment Balance $ ____
☐ Price of Replacement Equip. $ ____
(Applied equally to first 24 payments)

☐ **K-16 Billing Suspension**
(check 1 as required)
Months affected
- ☐ June only
- ☐ July only
- ☐ August only
- ☐ June - July
- ☐ July - August

**Additional Options** (check all that apply)
- ☐ Run Length Plan    ☐ Fixed Price Plan
- ☐ Per-Foot Pricing
- ☐ Extended Service Hours:
  Description: _____ / $ _____ mo.
- ☐ Rental Flexibility Plan
- ☐ Attached Addenda
  form# _____ ( ____ )form# _____

**Agreement Presented By:**
Name _____ Phone _____
Xerox Corporation - Acceptance By:
Name _____ Date ____
Signature _____

**Customer:**
Name _____ Phone _____
Title _____ Date ____
Signature _____

Form 51859 (11/96)

## Demonstration Agreement Highlights

Use the Demonstration Agreement for on-site demonstrations of Xerox equipment (trials).

- Terms and Conditions are now self-contained in the agreement.

- Write in the demonstration equipment and the number of days in the demo period.

## Demonstration Agreement

<table>
<tr><td colspan="2"><strong>DEMONSTRATION AGREEMENT</strong></td><td colspan="2" align="right"><strong>THE DOCUMENT COMPANY<br>XEROX</strong></td></tr>
</table>

| Customer's Legal Name (Mail) | _____ | Customer Name (Install) | _____ |
|---|---|---|---|
| Name Overflow (if needed) | _____ | Name Overflow (if needed) | _____ |
| Street Address | _____ | Installed at Street Address | _____ |
| Box#/Routing | _____ | Floor / Room / Routing | _____ |
| City, State | _____ | City, State | _____ |
| Zip Code | _____ - ____ | Zip Code | _____ - ____ |

**Demonstration Equipment**

| Products | Customer Requested Install Date:  ___ / ___ / ___ |
|---|---|
| _____ | Demonstration Period: _____ Days |
| _____ | |
| _____ | |
| _____ | |

**Terms**

Xerox agrees to deliver and install the products set forth above (the "Products") on a demonstration basis pursuant to the following terms.

1.  PRODUCT USE AND MAINTENANCE. You shall have use of the Products throughout the Demonstration Period set forth above in order to determine whether you wish to acquire them from Xerox. During this time, Xerox shall maintain the equipment pursuant to its standard maintenance terms at no charge to you.

2.  SUPPLIES. Xerox will provide you with the initial supplies necessary to operate the Products (with the understanding that Xerox may bill you for these supplies if you later decide to acquire the Products). You agree to purchase from Xerox all additional supplies you require during the Demonstration Period.

3.  TITLE AND RISK OF LOSS. Title to the Products (including any Software) shall at all times reside with Xerox and/or its licensors. Risk of Loss shall shift to you upon installation and remain with you throughout the term of this Agreement.

4.  DELIVERY AND REMOVAL CHARGES. Xerox will be responsible for all standard costs associated with on-site delivery or removal of the Products (while you will be responsible for any non-typical delivery or removal expenses).

5.  TERMINATION. Xerox may terminate this Demonstration Agreement at any time by giving you notice of its decision in this regard and removing the Products from your premises.

6.  MISCELLANEOUS. This Agreement constitutes the entire agreement as to its subject matter and supersedes all prior and contemporaneous oral and written agreements. All changes must be made in a writing signed by both parties. Neither party shall be liable to the other for any direct damages in excess of one million dollars nor for any special, indirect, incidental, consequential or punitive damages arising out of or relating to this Agreement, whether the claim alleges tortious conduct (including negligence) or any other legal theory. In any action to enforce this Agreement, the prevailing party shall be entitled to recover its costs and expenses, including reasonable attorneys' fees.

**Agreement Presented By:**                          **Customer:**

Name _____ Phone _____          Name _____ Phone _____

Xerox Corporation - Acceptance By:                   Title _____ Date _____

Name _____ Date _____                Signature _____

Signature _____

Form 51861 (11/96)

## Demonstration and Storage Agreement Highlights

This agreement is the same as the Demonstration Agreement, except that it includes a space to write in the equipment that Xerox will store for the customer during the demonstration period.

Terms and Conditions regarding this storage are also included.

Whenever possible, have the customer keep their trade-in equipment on-site during the demonstration period and use the **Demonstration Agreement** instead.

# Demonstration and Storage Agreement

---

**DEMONSTRATION AND STORAGE AGREEMENT**                     THE DOCUMENT COMPANY

**XEROX**

| | |
|---|---|
| Customer's Legal Name (Mail) _____ | Customer Name (Install) _____ |
| Name Overflow (if needed) _____ | Name Overflow (if needed) _____ |
| Street Address _____ | Installed at Street Address _____ |
| Box#/Routing _____ | Floor / Room / Routing _____ |
| City, State _____ | City, State _____ |
| Zip Code _____-____ | Zip Code _____-____ |

**Demonstration Equipment**

Products
_____

_____

_____

_____

_____

Customer Requested Install Date: __/__/__

Demonstration Period: _____ Days

Stored Equipment

| Manufacturer | Model/Serial # |
|---|---|
| | |
| | |
| | |

**Terms**

Xerox agrees to deliver and install the products set forth above (the "Products") on a demonstration basis pursuant to the following terms.

1.  PRODUCT USE AND MAINTENANCE. You shall have use of the Products throughout the Demonstration Period set forth above in order to determine whether you wish to acquire them from Xerox. During this time, Xerox shall maintain the equipment pursuant to its standard maintenance terms at no charge to you.

2.  SUPPLIES. Xerox will provide you with the initial supplies necessary to operate the Products (with the understanding that Xerox may bill you for these supplies if you later decide to acquire the Products). You agree to purchase from Xerox all additional supplies you require during the Demonstration Period.

3.  TITLE AND RISK OF LOSS. Title to the Products (including any Software) shall at all times reside with Xerox and/or its licensors. Risk of Loss shall shift to you upon installation and remain with you throughout the term of this Agreement.

4.  EQUIPMENT STORAGE. Xerox will remove and store certain units of your equipment ("Stored Equipment") throughout the Demonstration Period. Title to the Stored Equipment, along with all payment obligations, shall remain with you while Risk of Loss will shift to Xerox until the Stored Equipment is returned to you or disposed of as agreed to by you and Xerox.

5.  DELIVERY AND REMOVAL CHARGES. Xerox will be responsible for all standard costs associated with on-site delivery or removal of the Products (while you will be responsible for any non-typical delivery or removal expenses).

6.  TERMINATION. Xerox may terminate this Demonstration Agreement at any time by giving you notice of its decision in this regard and removing the Products from your premises.

7.  MISCELLANEOUS. This Agreement constitutes the entire agreement as to its subject matter and supersedes all prior and contemporaneous oral and written agreements. All changes must be made in a writing signed by both parties. Neither party shall be liable to the other for any direct damages in excess of one million dollars nor for any special, indirect, incidental, consequential or punitive damages arising out of or relating to this Agreement, whether the claim alleges tortious conduct (including negligence) or any other legal theory. In any action to enforce this Agreement, the prevailing party shall be entitled to recover its costs and expenses, including reasonable attorneys' fees.

**Agreement Presented By:**                          **Customer:**

Name _____ Phone _____            Name _____ Phone _____

**Xerox Corporation - Acceptance By:**                Title _____ Date _____

Name _____ Date _____              Signature _____

Signature _____

Form 51862 (11/96)

---

## Internal Document Highlights

**An Internal Document must be completed for each unit ordered!**

- Changes on the Internal Document **do not** require a customer signature.

- Sales Reps complete the **solid boxes.**

- Customer Business Reps complete the **dotted-line boxes.**

- Several amendments have been eliminated because of the revised Internal Document.

- Exception Approval Checkboxes and Signatures are at the bottom of this document.

JANUARY 1997                                                      USCO CONTRACT SIMPLIFICATION LEARNER GUIDE

## Internal Document

---

| ★ ★ DOTTED AREAS ★ ★ | ORDER AGREEMENT | THE DOCUMENT COMPANY |
|---|---|---|
| To be completed by the Sales CBR. All other areas to be completed by the Sales Rep. | INTERNAL DOCUMENT | XEROX |

Customer Number _____  95 Customer Number _____  Sale Range Worksheet/Unit _____  Product _____  Order Number _____

Customer Name _____  Ordertaker Loc ____  Install Rep Loc ____  Order Emp # _____  Install Emp # ____  Warr Mos ____  Equip BCD ____  Maint. BCD ____

Sale Price List # _____  Maint. Price List # / Plan Description _____  Rental Price List # _____  Applicable Marketing Guide Article(s) # _____  Data Unit ____

Config. Overrid ____  Override Data Unit ____  Commission Waiver Code ____  Network _____  Pooling ID _____  Pooling ID / Type (not CPC related) ____

Tax Exempt ☐ Yes ☐ No  Tax Codes ____  State ____  County ____  City ____  Overrides ☐ PT&D ☐ P&A ☐ Rent ☐ Sale ☐ Other  Geo Codes State ____  County ____  City ____

Standard Industrial Code (SIC) ____  Install Establishment # ____  Nature of Business: _____  Years in Business ____  XNAC ____

### METER READS
(in place equipment)

1. _____
2. _____
3. _____
4. _____
5. _____

### NUMBER OF EMPLOYEES
at the Customer's Location

1. ☐ 1-9      5. ☐ 100-499
2. ☐ 10-19    6. ☐ 500-999
3. ☐ 20-49    7. ☐ 1000-1499
4. ☐ 50-99    8. ☐ 1500-2499
              9. ☐ 2500+

### State and Local Contract
_____  [R]

Fed. Gov't Contract # ____

☐ Gov't Firm Contract Option
☐ Gov't Fiscal Year Option

Gov't Fiscal year begins

### CUSTOMER INVOICING REQUIREMENTS (check all that apply)
Meter Source: ☐ Outbound  ☐ Inbound  ☐ RIC
☐ Meter Collection Sys ☐ Fax ☐ Meter Cards

☐ Single Invoicing          ☐ Electronic Invoicing
☐ Summary Invoicing         ☐ Electronic Funds Transfer     Summary Override

☐ Finance Summary
☐ EBS Statement Invoicing     IMI Code ____

Link # _____

### SUPPLIES AUTO REPLENISHMENT PRINT VOLUME ADJUSTMENT(S)
☐ Estimated Print Volume (EMPV) _____
☐ Monthly Print Volume (fill in all months) _____

| Jan | Feb | Mar | Apr |
| May | Jun | Jul | Aug |
| Sep | Oct | Nov | Dec |

Supplies Contact _____
Phone _____  Ext. ____

Special Delivery Instructions for Equipment or Supplies (address, etc.)

### DELIVERY / INSTALLATION REQUIREMENTS

Delivery Contact _____  Phone _____  Ext. ____
Alternate Delivery Contact _____  Phone _____  Ext. ____
Survey Contact _____  Phone _____  Ext. ____

Delivery location / dept. _____  Floor # ____  Room # ____  Flooring: ☐ Carpet ☐ Tile ☐ Marble ☐ Other

Delivery Entrance: ☐ Front ☐ Back ☐ Side  Delivery Hours ____ to ____  Doorway Width ____ inches  RIC/FAX # _____

☐ Loading Dock?  Elevator: ☐ Passenger ☐ Freight ☐ Upend Required? ☐ Rails Needed? ☐ Staircrawler? ☐ Tech Rap?
☐ Steps #____ Landing #____ ☐ Space Ready? ☐ Site Cleared? ☐ Supplies Ordered? ☐ Stand / Table required?
☐ In place equipment / furniture needs to be moved prior to delivery? ☐ Telephone Line Ready?
☐ Electricity / Receptacle Ready?  Power Cord Type ____ Volts ____ Amps ____
☐ 20 Amp receptacle given to customer?  Customer 20 Amp Power receptacle installed? ☐ Yes ☐ No
☐ Customer acknowledges request to be billed for Xerox Service Installation charges on customer installable equipment? ☐ Software?
☐ DTR Site Verification required? ☐ Obstruction / obstacles in the delivery path?  If checked, explain in space to the right.
☐ Installation Preparation Document reviewed? ☐ Customer Satisfaction Checklist Completed?
☐ Pick up trade unit at same time as delivery?  Date _____  ERC Code _____  ☐ Repack Kit ?

- NOTES -

Make _____  Model _____  Serial Number _____  Competitive Equipment Replacement Tag # _____

### ★ ★ EXCEPTION APPROVALS SHOULD BE OBTAINED BY SALES REP PRIOR TO SUBMITTING ORDER TO CBR ★ ★

Check all that apply:
☐ Competitive Trade-In Range Extension Promotion
☐ XTI / CTI / CRP Headquarters Exception Approval
☐ Waiver of Rental ETCs
☐ Other _____
☐ Other _____
☐ Other _____

Signatures below indicate approval for the items checked on the left

CBU Manager, Sales Operations _____  Date ____

CBU Controller _____  Date ____

Form 51869H (12/96)

---

PROGRAM OVERVIEW & NEW FORMS DESCRIPTION

## Pool Plan Agreement Highlights

This is a **new** agreement.

- The Pool Plan Agreement is an "umbrella" agreement and modifies the underlying existing agreements for all units in the Pool.

- Replaces the need to complete separate Supply and Maintenance (SAM) agreements for each SAM unit added to a Pool.

- If existing lease units are being added to the Pool, then complete the **Use Charge Pricing Exhibit** (more on this exhibit in a later example).

## Pool Plan Agreement

**POOL PLAN AGREEMENT**

THE DOCUMENT COMPANY
**XEROX**

**Pool Invoice Summary Bill to Address**

| | |
|---|---|
| Customer's Legal Name | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| Name Overflow (if needed) | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| Street Address | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| Box#/Routing | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| City, State | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _  _ _ |
| Zip Code | _ _ _ _ _ - _ _ _ _ |

Pool ID # _ _ _ _ _ _ _ _
   Supplies Included ☐ Yes ☐ No
   Fixed Pricing    ☐ Yes ☐ No
☐ Modification to existing Pool
   Modification eff. date _____
☐ Customer Purchase Order # (if required - attach copy)
   P.O. # _____ (one P.O. # per Pool)

**Equipment Included**

As of the date of this Agreement, there are _____ units of
equipment which constitute the Pool as shown on the attached Pool
Plan Pricing Exhibit. These units are currently physically installed or
pending delivery to one or more of your locations.

**Meter Reconciliation**

☐ Monthly
☐ Quarterly
☐ Semi-annual
☐ Annual

**Pool Price Information**

| | |
|---|---|
| Pool Monthly Charge | $ |
| Pool Prints Included | |
| Excess Rate per Print | $ |

**Agreement Presented By:**

Name _____ Phone _____

Xerox Corporation - Acceptance By:

Name _____ Date _____

Signature _____

**Customer:**

Name _____ Phone _____

Title _____ Date _____

Signature _____

Form 51863 (11/96)

## Changes to the Terms and Conditions

The changes in contract terms and conditions that allowed us to create the new Xerox Order Agreements were based primarily on:

### Reduced and simplified language

Changing the way we express many of our terms so as to significantly **reduce** the amount of language required for clarity (e.g., using the Base / Prints boxes in place of extensive "price plan descriptions").

### Moving information to On-Demand documents

Shifting concepts that were not necessary to put "in writing" for most of our customers to the new **On-Demand documents** (e.g., Period of Assured Availability and a description of Training and Start-Up Services).

### Removing non-critical provisions

Eliminating provisions that were simply not critical to Xerox or our customers' ability to comfortably enter into an agreement (e.g., removal of explanatory language as to how service should be engaged by the Customer).

## What has changed in the Terms and Conditions

In addition, however, some relatively major changes were implemented in our standard terms that will **change the "deal"** we strike with our customers.

### Changes to Warranty

- Warranties are now limited to "sold" products only (i.e., we have deleted any mention of warranties for lease customers). Note, however, that via the Adjustment Period section, the cost of service can still be removed from a customer's bill for any specific number of reasons.

- Warranties on upgrades have been limited to "sold upgrades without FSMA" and have been standardized at 30 days.

### Changes to the Total Satisfaction Guarantee

Total Satisfaction Guarantee (TSG) has been clarified to distinguish those products that receive only one year of coverage (i.e., ODP products) and to remove what had been a stated exception for damages due to "Acts of God."

### Changes to Early Termination Charges (ETCs)

- Maintenance Early Termination Charges ("ETCs") have been standardized for all products at the new periods of 6 months for one-year agreements and 12 months for multi-year agreements.

- The number of rental ETC "options" has been reduced from four (i.e., full payout, option to upgrade, option to upgrade/downgrade, option to upgrade/downgrade/cancel) to two, with full payout being established as the default and a more limited 6 month ETC period available as a paid option (now termed the Rental Flexibility Plan).

## Standardized the term "Previously Installed Equipment"

The terms "in-place equipment", "Used equipment", "previously installed equipment", and "previously owned equipment" have all been consolidated under the term "Previously Installed Equipment."

## RIC no longer in Ts & Cs

We have deleted all references to RIC in our Ts & Cs (the now simply a feature to be marketed as a Xerox compe advantage).