IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **XEROX CORPORATION** | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| **PHOENIX COLOR CORPORATION,** *et al* | * |
| | * |
| Defendants | * |
| | *   **Civil Action No.:** L 02 CV 1734 |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SETTLEMENT

Xerox Corporation, Plaintiff, by and through its attorneys, Sidney S. Friedman, Rosemary E. Allulis, and Weinstock, Friedman & Friedman, P.A., and pursuant to Local Rule 111, hereby files Notice of Settlement and states as follows:

1) The above-captioned case has been settled by the parties.

2) Each party will be responsible for its own costs.

3) The parties have signed a preliminary settlement agreement, will be signing a more comprehensive formal settlement agreement in the near future, and anticipate that settlement will be consummated within sixty days.

WHEREFORE, Xerox Corporation requests this Honorable Court to:

A. Issue an Order of Dismissal without prejudice, so as to allow Plaintiff to move for good cause to reopen the case if settlement is not consummated within sixty days.

Respectfully Submitted,

WEINSTOCK, FRIEDMAN
& FRIEDMAN, P.A.


_____/S/_____
Sidney S. Friedman


_____/S/_____
Rosemary E. Allulis

Attorneys for Plaintiff

Executive Centre
4 Reservoir Circle
Baltimore, Maryland 21208-7301
(410) 559-9000